

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF PENNSYLVANIA

August 6, 2009

**WILLIAM L. STANDISH**
**DISTRICT JUDGE**

6170 U.S. COURTHOUSE
PITTSBURGH, PA 15219
(412) 208-7430

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RE:  Calendar Year 2008 Filing

Dear Judge Baldock:

    Enclosed are 3 copies of the corrected pages required to complete and close my 2008 Financial Disclosure Report.  They set forth the following corrections and changes:

    Part VII, page 4, line 7, "BNY Mellon Nat'l Muni MM Fund" was removed since it did not belong there.  This asset was also listed in error on page 96, line 1570, and was removed.

    Part VII, page 112, line 1840, "Nortel Networks (Class action Ligtig), was not worded properly.  This asset was received as a result of the (Nortel Networks Class Action Litigation).

    Part VII, page 65, Mellon Mid Cap Stock Fund Cl M was already in Tr 8-A on lines 1045 and 1046.  This asset had not been entered in Tr 8-B.  It was entered on page 77, line 1250.  It was also omitted from Tr 20, and was entered on page 139, line 2296.

    Part VII, page 94, line 1542, page 96, line 1571; page 97, lines 1583, 1585, 1591, 1592, 1595 and 1598; page 98, lines 1599, 1604, 1607 and 1608; page 99, line 1618; all had no income for the year.

    If you need any further information, please let me know.

Very truly yours,

William L. Standish

WLS/md

Enclosure

**Standish, William L**

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 (1/8% Income) | | | | | | | | | See Section VIII #1 & #3 |
| 2. Trust #11 (100% Interest) | G | Int./Div | P2 | T | | | | | See Section VII #1 |
| 3. -Blackrock PA Muni MM Insg Cl Fd #40 | | | | | Mon Mkt Inv | | | | |
| 4. -Altoona PA City Wtr Rev 4.0-2011 | | | | | | | | | |
| 5. -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 6. -Bucks Cnty PA Wtr&Sewr Auth 4 0-2012 | | | | | | | | | |
| 7. -Sancaster PA Pkg Auth Rev 4 0-2015 | | | | | | | | | |
| 8. -Lower Bucks Cnty PA Jt Mun 3.6-2013 | | | | | | | | | |
| 9. -Lower Merion PA Sch Dist 4 0-2014 | | | | | | | | | |
| 10. -North Waler PA Wtr Auth Rev XLCA 4.0-2011 | | | | | | | | | |
| 11. -PA St Higher Edl Col of Med 3 75-2012 | | | | | | | | | |
| 12. -Unionville Chadds Ford PA Sch 3 5-2013 | | | | | | | | | |
| 13. -Red Lion PA Sch Dist FGIC 4 0-2013 | | | | | | | | | |
| 14. -SpringFord Sch Dist XLCA 4 0-2014 | | | | | | | | | |
| 15. -ABB Ltd | | | | | Sold | 12/22 | | | |
| 16. -Abbott Labs Inc | | | | | | | | | |
| 17. -Accenture Ltd | | | | | Buy | 09/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 65 of 154 | Name of Person Reporting<br><br>Standish, William L. | Date of Report<br><br>06/23/2009 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent.<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g .<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038 -Ishares MSCI EAFE Index Fd | | | | | Buy | 12/05 | | | |
| 1039 -Ishares S&P Midcap 400 | | | | | Buy | 12/05 | | | |
| 1040 -Ishares Tr S&P Small Cap 600 | | | | | Buy | 12/05 | | | |
| 1041 -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1042 -BNY Mellon Int'l Natl Fd Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1043 -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1044 -BNY Mellon Mid Cap Stk Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1045 -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1046 -BNY Mellon Small Cap Stk Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1047 -BNY Mellon Small Cap Stk Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1048 Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 1049 -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1050 -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp 7 375-2012 | | | | | | | | | |
| 1051 -Allegheny Cnty PA Port Auth SPL Rev 5 0-2021 | | | | | | | | | |
| 1052 -Athens PA Area Sch Dist 4 5-2014 | | | | | | | | | |
| 1053 -Bensalem Twp PA 3 5-2012 | | | | | | | | | |
| 1054 -Council Rock PA Sch Dist 4 0-2017 | | | | | | | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1 000 or less<br>F =$50 001 - $100 000 | B =$1 001 - $2 500<br>G =$100 001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000 001 - $5,000,000 | D =$5 001 - $15 000<br>H2 =More than $5,000,000 | E =$15 001 $50 000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15 000 or less<br>N =$250,001 - $500,000 | K =$15,001 $50,000<br>O =$500,001 - $1,000,000 | L =$50 001 $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q -Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent. or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1242 -Zimmer Hldgs Inc | | | | | | | | | |
| 1243 -Advantage Global Alpha-R Fund | | | | | Sold | 12/02 | | | |
| 1244 Dreyfus PR G1 (recd fr merger BNY Hamilton) | | | | | Merged (with line 1246) | 09/15 | | | |
| 1245 Dreyfus PR G1 | | | | | Sold | 12/12 | | | |
| 1246 -Global Real Est Fund (merged into Dreyfus PR G1) | | | | | Spinoff (from line 1245) | 09/15 | | | |
| 1247 -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1248. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1249 -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1250 -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Sold | 05/06 | | | See Section VIII #4 |
| 1251 -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1252 -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1253 -Midcap SPDR Tr Unit Ser 1 | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1254 -Ishares MSCI Emerg Mkts Index Fd) | | | | | Buy | 12/05 | | | |
| 1255 -Ishares MSCI EAF Index FD | | | | | Buy | 12/05 | | | |
| 1256. -Ishares S&P Midcap 400 | | | | | Buy | 12/05 | | | |
| 1257 -Ishares Tr S&P Small Cap 600 | | | | | Buy | 12/05 | | | |
| 1258 -Midcap SPDR Tr Unit Ser 1 | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 94 of 154

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1531 -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1532. -Procter & Gamble | E | Dividend | P1 | T | | | | | |
| 1533 -Smucker J M Co | D | Dividend | K | T | | | | | |
| 1534. -3M Co | D | Dividend | M | T | | | | | |
| 1535. -United Tech Inc | B | Dividend | L | T | | | | | |
| 1536. -Verizon (spinoff of Fairpoint Comm) | D | Dividend | M | T | Transferred<br>(to line 1520) | 04/01 | | | |
| 1537 Agency Acct #1 | | | | | | | | | |
| 1538. -Hillman-Burgettstown Mineral Acct (2.6%<br>Income Int) | | None | J | U | Coal Royalty | | | | |
| 1539 Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1540 -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1541 -Abitibi Consol Inc | A | ¨ Dividend | | | Sold | 01/30 | J | | |
| 1542 -Abitibibowater Inc | | None | | | Sold | 11/04 | K | | |
| 1543 -Alberto Culver Co New | A | Dividend | K | T | | | | | |
| 1544 -Alliance Wordwide Privatization Fnd, Cl A | A | Dividend | K | T | | | | | |
| 1545 -Allscripts Healthcare | E | Dividend | K | T | | | | | |
| 1546. -Amer International Group Inc | A | Dividend | J | T | | | | | |
| 1547 -Applied Microcircuits Corp | | None | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000 000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 96 of 154

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1565 -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1566. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1567 -FEI Co | | None | L | T | Bot | 01/07 | L | | |
| 1568 -Fairpoint (recd fr Verizon spinoff) | | | | | Spinoff<br>(from line 1613) | 04/01 | | | |
| 1569. -Fairpoint Comm | | None | K | T | Buy | 04/04 | L | | |
| 1570 -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1571. -Foundry Networks Inc | | None | | | Sold | 07/22 | L | | |
| 1572 Gamestop Corp New CLA | | None | K | T | | | | | |
| 1573 -General Electric Co | E | Dividend | M | T | | | | | |
| 1574 -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1575 -Google Inc | | None | L | T | | | | | |
| 1576 -Hanesbrands Inc | | None | K | T | | | | | |
| 1577 -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1578 -Hologic Inc | | None | K | T | | | | | |
| 1579 -Home Depot Inc | C | Dividend | L | T | | | | | |
| 1580 -Hospira Inc | A | Dividend | L | T | | | | | |
| 1581 -JP Morgan Chase & CO | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 $2,500 | C =$2,501 - $5 000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
. Page 97 of 154

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A — Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int.) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1582 -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1583 -Lifecell Corp | | None | | | Sold | 04/08 | L | | |
| 1584 -Macy's Dept Store | A | Dividend | J | T | | | | | |
| 1585 -Market Vectors Global | | None | | | Buy | 01/30 | K | | |
| 1586. -Market Vectors Global | | | | | Sold | 11/04 | K | | |
| 1587. -Medco Hlth Solutions Inc | | None | M | T | | | | | |
| 1588 -Memc Electronic Mtls Inc | | None | K | T | | | | | |
| 1589 -Merck & Co Inc | C | Dividend | M | T | | | | | |
| 1590 -Microsoft Corp | B | Dividend | K | T | | | | | |
| 1591. -Netflix Inc | | None | | | Buy | 01/30 | L | | |
| 1592 -Orion Energy Sys | | None | | | Buy | 03/05 | J | | |
| 1593 -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1594 -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1595 -Power Shs Global Water Port | | None | | | Sold | 11/04 | K | | |
| 1596 -Procter & Gamble Co | B | Dividend | K | T | | | | | |
| 1597 -Ralclip Hldgs Inc New | | None | | | Buy | 04/17 | L | | |
| 1598 -RochesterMed Grp | | None | | | Buy | 10/20 | L | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 98 of 154

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 1600 -Sally Beauty Hldgs Inc | | None | K | T | | | | | |
| 1601 -Sanofi-Synthelabo | C | Dividend | L | T | | | | | |
| 1602 -Sara Lee Corp | B | Dividend | K | T | | | | | |
| 1603. -Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 1604 -Smart Balance Inc | | None | | | Sold | 11/04 | K | | |
| 1605 -Sonic Innovations Inc | | None | J | T | | | | | |
| 1606 -Suncor Energy Inc | A | Dividend | K | T | Sold | 05/13 | L | | |
| 1607 -Sunpower Grp Cl A | | None | | | Buy | 02/11 | L | | |
| 1608 -Teco Energy, Inc | B | Dividend | K | T | | | | | |
| 1609 -Teva Pharmaceutical | | None | | | Buy | 09/08 | L | | |
| 1610 -3M Co | D | Dividend | M | T | | | | | |
| 1611 -Unilever NV New York Shs New | C | Dividend | L | T | | | | | |
| 1612 -Verizon (spinoff of Fairpoint Comm) | C | Dividend | L | T | Transferred (to line 1567) | 04/01 | J | | |
| 1613 -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1614 -Washington Mutual Inc | A | Dividend | L | T | Buy | 01/07 | L | | |
| 1615 -Washington Mutual Inc | | | | | Sold | 10/06 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 99 of 154 | Name of Person Reporting<br><br>Standish, William L. | Date of Report<br><br>06/23/2009 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1616 -Watts Wtr Technologies Inc | A | Dividend | K | T | | | | | |
| 1617 -Wyeth | C | Dividend | L | T | | | | | |
| 1618 -YRC Worldwide Inc | | None | | T | Bot | 01/30 | L | | |
| 1619 -YRC Worldwide Inc | | | | T | Sold | 11/04 | K | | |
| 1620 -Zimmer Holdings Inc | | None | K | T | | | | | |
| 1621. -Templeton Developing Mkts | C | Dividend | M | T | | | | | |
| 1622 -India Fund Inc | B | Dividend | L | T | | | | | |
| 1623. -Templeton Russia E Europe Fd Inc | B | Dividend | L | T | | | | | |
| 1624 -Unilever NV NY Shs - New | | None | L | T | | | | | |
| 1625 -Smith Barney Money Funds | E | Dividend | O | T | Mon Mkt Inv | | | | |
| 1626 Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1627 -Blackrock US Treas MM Fd #02 | A | Dividend | K | T | Mon Mkt Inv | | | | |
| 1628 -State Lease 195 (Operated by Gulf Stream Resources, Inc) | | (No income) | | | | | | | |
| 1629 -Rycade Lease Section 28 (operated by T erino Co) | | (No income) | | | | | | | |
| 1630. Note Rec from Ron Bacon* (D/B/A Village Deli) (*default) | | None | L | U | | | | | |
| 1631 Trust #11 (6 25% income interest) | C | Dividend | K | T | | | K | E | See Section VIII #1 |
| 1632 -Cisco Systems Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 112 of 154

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1837 -Nokia Corp Spon Adr | | | | | Buy | 09/25 | | | |
| 1838 -Nokia Corp Spon Adr | | | | | Sold (part) | 10/07 | | | |
| 1839 -Nortel Networks (rec fr Cl action ltig) | | | | | | 10/08 | | | |
| 1840 -Nortel Networks | | | | | Sold | 12/01 | | | |
| 1841. -Novartis AG Spon Adr | | | | | Buy | 09/30 | | | |
| 1842 -Novartis AG Spon Adr | | | | | Sold (part) | 10/07 | | | |
| 1843 -Novartis AG Spon Adr | | | | | Buy | 10/10 | | | |
| 1844 -Omnicom Group Inc | | | | | | | | | |
| 1845 -Omnicom Group Inc | | | | | Sold (part) | 04/28 | | | |
| 1846 -Omnicom Group Inc | | | | | Sold (part) | 08/12 | | | |
| 1847 -Omnicom Group Inc | | | | | Sold (part) | 10/07 | | | |
| 1848 -Oracle Corp | | | | | | | | | |
| 1849 -Oracle Corp | | | | | Bot | 04/28 | | | |
| 1850. -Oracle Corp | | | | | Part Sold | 09/25 | | | |
| 1851 -Oracle Corp | | | | | Part Sold | 10/07 | | | |
| 1852 -PNC Financial Svs Grp | | | | | Buy | 03/05 | | | |
| 1853 -PNC Financial Svs Grp | | | | | Sold (part) | 10/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 139 of 154 | Name of Person Reporting<br><br>Standish, William L. | Date of Report<br><br>06/23/2009 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g , div . rent. or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g , buy, sell, redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 2296. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy | 07/10 | | | See Section VIII #4 |
| 2297. -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2298 -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2299. -AT&T | | | | | Buy | 09/15 | | | |
| 2300 -Abbott Laboratories | | | | | Buy | 06/20 | | | |
| 2301 -Abbott Laboratories | | | | | Buy | 09/15 | | | |
| 2302 -Accenture Ltd | | | | | Buy | 09/15 | | | |
| 2303. -Adobe Sys Inc | | | | | Buy | 09/15 | | | |
| 2304 -Aetna Inc | | | | | Buy | 09/15 | | | |
| 2305 -Akamai Tech Inc | | | | | Buy | 09/15 | | | |
| 2306 -Akamai Tech Inc | | | | | Sold | 10/31 | | | |
| 2307 -Alliance Data Sys Corp | | | | | Buy | 09/15 | | | |
| 2308 -Amgen Inc | | | | | Buy | 11/03 | | | |
| 2309 -Apache Corp | | | | | Buy | 06/20 | | | |
| 2310 -Apache Corp | | | | | Buy | 09/15 | | | |
| 2311 -Apple Inc | | | | | Buy | 09/15 | | | |
| 2312 -Bank of America | | | | | Buy | 09/15 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1 000 001 - $5,000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| AO 10 Rev 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U S C app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Standish, William L. | 2. Court or Organization U S. Dist Court, W. Dist of PA | 3. Date of Report 06/23/2009 |
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U S District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 6170 U.S. Post Office & Cthse 700 Grant Street Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1 Co-Trustee | Co-Trustee of Trust No 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No 15 |
| 4. Co-Trustee | Co-Trustee of Trust No. 22 |
| 5. Co-Trustee | Co-Trustee of Trust No. 23 |
| 6 Co-Trustee | Co-Trustee of Trust No. 24 |
| 7 Trustee | Western Pennsylvania School for the Deaf |
| 8 Trustee | Sewickley Valley YMCA |
| 9 Director | Pittsburgh Theological Seminary |

RECEIVED 2009 JUN 25 P 1: 44 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4 | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (1/8% Income) | | | | | | | | | See Section VIII #1 & #3 |
| 2. Trust #1.1 (100% Interest) | G | Int./Div. | P2 | T | | | | | See Section VII #1 |
| 3. -Blackrock PA Muni MM Inst Cl Fd #40 | | | | | | | | | |
| 4. -Altoona PA City Wtr Rev 4.0-2011 | | | | | | | | | |
| 5 -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 6. -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | | | | | |
| 7. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 8 -5ancaster PA Pkg Auth Rev 4.0-2015 | | | | | | | | | |
| 9. -Lower Bucks Cnty PA Jt Mun 3.6-2013 | | | | | | | | | |
| 10 -Lower Merion PA Sch Dist 4 0-2014 | | | | | | | | | |
| 11 -North Waler PA Wtr Auth Rev XLCA 4. 0-2011 | | | | | | | | | |
| 12. -PA St Higher Edl Col of Med 3 75-2012 | | | | | | | | | |
| 13. -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | | | | | |
| 14. -Red Lion PA Sch Dist FGIC 4 0-2013 | | | | | | | | | |
| 15. -SpringFord Sch Dist XLCA 4 0-2014 | | | | | | | | | |
| 16. -ABB Ltd | | | | | Sold | 12/22 | | | |
| 17 -Abbott Labs Inc | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18    -Accenture Ltd | | | | | Buy | 09/09 | | | |
| 19.   -Accenture Ltd | | | | | Sold | 12/22 | | | |
| 20    -Air Products & Chemicals Inc | | | | | | | | | |
| 21.   -Altria Group (Spinoff of Phillip Morris) | | | | | | 03/31 | | | |
| 22.   -American Express | | | | | Sold | 12/22 | | | |
| 23.   -Ampherol Corp New Cl A | | | | | Buy | 09/09 | | | |
| 24    -Ampherol Corp New Cl A | | | | | Sold | 12/22 | | | |
| 25.   -Automatic Data Processing | | | | | | | | | |
| 26.   -BP PLC Spons Adr | | | | | | | | | |
| 27    -Bank of America | | | | | Sold | 12/22 | | | |
| 28.   -Baxter Intl Inc | | | | | Buy | 06/20 | | | |
| 29.   -Baxter Intl Inc | | | | | Sold | 12/22 | | | |
| 30.   -Bristol Myers Squibb Co | | | | | | | | | |
| 31    -Caterpillar Inc | | | | | Sold | 12/22 | | | |
| 32.   -Cisco Sys Inc | | | | | Buy | 06/20 | | | |
| 33    -Cisco Sys Inc | | | | | Sold | 12/22 | | | |
| 34    -Coca Cola Co | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Disney Walt Co | | | | | Buy | 06/20 | | | |
| 36.   -Disney Walt Co | | | | | Sold | 12/22 | | | |
| 37.   -Dominion Res Inc VA | | | | | | | | | |
| 38.   -Emerson El Co | | | | | | | | | |
| 39.   -Exxon Mobil Corp | | | | | Sold<br>(part) | 01/03 | | | |
| 40.   -Exxon Mobil Corp | | | | | Sold<br>(part) | 06/20 | | | |
| 41.   -Exxon Mobil Corp | | | | | Sold<br>(part) | 09/09 | | | |
| 42.   -Fairpoint Comm (recd fr Verizon Spinoff) | | | | | Spinoff<br>(from line 79) | 04/01 | | | |
| 43.   -Fairpoint Communications | | | | | Sold | 04/22 | | | |
| 44.   -Franklin Resources Inc | | | | | Sold | 12/22 | | | |
| 45.   -General Electric Co | | | | | | | | | |
| 46.   -Goldman Sacks Grp Inc | | | | | Sold | 12/22 | | | |
| 47.   -Heinz H J Co | | | | | | | | | |
| 48.   -Hewlett-Packard Co | | | | | Buy | 06/20 | | | |
| 49   -Hewlett-Packard Co | | | | | Sold | 12/22 | | | |
| 50   -Home Depot inc | | | | | | | | | |
| 51.   -Honeywell Intl Inc | | | | | Buy | 06/20 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Honywell Inrl Inc | | | | | Sold | 12/22 | | | |
| 53. -Illinois Tool Works Inc | | | | | | | | | |
| 54. -Ingersoll Rand Co Ltd Cl A | | | | | Sold | 12/22 | | | |
| 55. -Ingersoll Rand Co Ltd Cl A | | | | | Sold | 12/22 | | | |
| 56 -Intel Corp | | | | | Sold | 12/22 | | | |
| 57. -ITT Corp | | | | | Buy | 09/09 | | | |
| 58. -ITT Corp | | | | | Sold | 12/22 | | | |
| 59. -JP Morgan Chase & Co | | | | | | | | | |
| 60. -Kraft Foods Inc | | | | | | | | | |
| 61. -McGraw Hill Cos Inc | | | | | Sold | 12/22 | | | |
| 62. -Merck & Co Inc | | | | | | | | | |
| 63. -Microsoft Corp | | | | | | | | | |
| 64 -News Corp Cl A | | | | | Sold | 12/22 | | | |
| 65. -Nike Inc Cl B | | | | | Sold | 12/22 | | | |
| 66. -Nokia Corp | | | | | Sold | 12/22 | | | |
| 67. -Northern Tr Corp | | | | | Sold | 12/22 | | | |
| 68 -Oracle Corp | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less | K =$15,001 - $50,000 | L - $50 001 - $100,000 | M =$100 001 - $250 000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1 000 001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Pfizer Inc | | | | | | | | | |
| 70. -Phillip Morris (rec fr Altria spinoff) | | | | | Spinoff (from line 21) | 03/31 | | | |
| 71. -Safeco Corp | | | | | Sold | 09/23 | | | |
| 72 -Southern Co | | | | | | | | | |
| 73. -State Street Corp | | | | | Buy | 09/09 | | | |
| 74. -State Street Corp | | | | | Sold | 12/22 | | | |
| 75. -Texas Instruments Inc | | | | | Sold | 09/09 | | | |
| 76. -3M Company | | | | | | | | | |
| 77. -United Tech Corp | | | | | Buy | 09/09 | | | |
| 78. -United Tech Corp | | | | | Sold | 12/22 | | | |
| 79 -Verizon Comm (Spinoff of Fairpoint) | | | | | Transferred (to line 42) | 04/01 | | | |
| 80. -Walgreen Co | | | | | | | | | |
| 81 -Wells Fargo & Co | | | | | Buy | 09/09 | | | |
| 82. -Wells Fargo & Co | | | | | Sold | 10/03 | | | |
| 83. -Wyeth | | | | | | | | | |
| 84 -Zimmer Holdings Inc | | | | | | | | | |
| 85 -Artisian Fds Intl | | | | | Buy | 01/10 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Artisian Fds Intl | | | | | Buy | 06/20 | | | |
| 87. -Artisian Fds Intl | | | | | Buy | 09/09 | | | |
| 88. -Artisian Fds Intl | | | | | Sold | 12/22 | | | |
| 89. -Artisian Mid Cap Value Fd | | | | | Buy | 01/10 | | | |
| 90 -Artisian Mid Cap Value Fd | | | | | Buy | 09/09 | | | |
| 91. -Artisian Mid Cap Value Fd | | | | | Sold | 12/22 | | | |
| 92. -Artisian Small Cap Value Fd | | | | | Buy | 01/10 | | | |
| 93. -Artisian Small Cap Value Fd | | | | | Buy | 09/09 | | | |
| 94. -Artisian Small Cap Value Fd | | | | | Sold | 12/22 | | | |
| 95. -Baron Asset Fund | | | | | Buy | 01/10 | | | |
| 96 -Baron Asset Fund | | | | | Buy | 09/09 | | | |
| 97 -Baron Asset Fund | | | | | Sold | 12/22 | | | |
| 98. -Baron Small Cap Value Fd | | | | | Buy | 01/10 | | | |
| 99. -Baron Small Cap Value Fd | | | | | Buy | 09/09 | | | |
| 100 -Baron Small Cap Value Fd | | | | | Sold | 12/22 | | | |
| 101. -Dodge & Cox Intl Stk Mkt | | | | | Buy | 01/10 | | | |
| 102 -Dodge & Cox Intl Stk Mkt | | | | | Buy | 06/20 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4), | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1.000 001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,080 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Dodge & Cox Intl Stk Mkt | | | | | Buy | 09/09 | | | |
| 104.  -Dodge & Cox Intl Stk Mkt | | | | | Sold | 12/22 | | | |
| 105.  -Vanguard Emerging Mkts Sfk | | | | | Buy | 01/11 | | | |
| 106.  -Vanguard Emerging Mkts Stk | | | | | Buy | 06/20 | | | |
| 107.  -Vanguard Emerging Mkgts Stk | | | | | Sold | 12/22 | | | |
| 108.  -Vanguard FTSE All World Ex US | | | | | Buy | 12/26 | | | |
| 109.  -Ishares Tr MSCI EAFE Index Fd | | | | | Buy | 06/20 | | | |
| 110.  -Ishares Tr MSCI EAFE Index Fd | | | | | Buy | 09/09 | | | |
| 111.  -Ishares Tr MSCI EAFE Index Fd | | | | | Sold | 12/22 | | | |
| 112.  -Ishares Russell Midcap Index Fd | | | | | Buy | 06/20 | | | |
| 113.  -Ishares Russell Midcap Index Fd | | | | | Sold | 12/22 | | | |
| 114.  -Ishares Tr Russell 2000 Index Fd | | | | | Buy | 06/20 | | | |
| 115.  -Ishares Tr Russell 2000 Index Fd | | | | | Sold | 12/22 | | | |
| 116  -Vanguard Emerging Mkts Stock | | | | | Buy | 01/11 | | | |
| 117.  -Vanguard Emerging Mkts Stock | | | | | Buy | 06/20 | | | |
| 118.  Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 119  -BNY Mellon Nat'l Muni MM Fund | | | | | | | | | See Section VIII #4 |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Fleetwood PA Area School | | | | | | | | | |
| 121   -Phila PA Sch Muni Bd | | | | | | | | | |
| 122   -Abbott Laboratories | | | | | | | | | |
| 123.  -Abbott Laboratories | | | | | Buy | 04/28 | | | |
| 124   -Accenture Ltd | | | | | Buy | 04/28 | | | |
| 125   -Adobe Systems Inc | | | | | Buy | 03/31 | | | |
| 126.  -Adobe Systems Inc | | | | | Buy | 04/28 | | | |
| 127.  -Aetna Inc | | | | | Buy | 07/28 | | | |
| 128.  -Aetna Inc | | | | | Buy | 08/13 | | | |
| 129.  -Akamai Tech Inc | | | | | Buy | 03/31 | | | |
| 130.  -Akamai Tech Inc | | | | | Buy | 04/28 | | | |
| 131.  -Akamai Tech Inc | | | | | Sold (part) | 10/31 | | | |
| 132.  -Akamai Tech Inc | | | | | Sold | 11/03 | | | |
| 133.  -Allegheny Tech Inc | | | | | Sold (part) | 04/28 | | | |
| 134   -Allegheny Tech Inc | | | | | Sold | 06/16 | | | |
| 135   -Alliance Data Sys Corp | | | | | Buy | 06/03 | | | |
| 136.  -Alliance Data Sys Corp | | | | | Buy | 07/28 | | | |

| Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Altria Group Inc | | | | | Sold (part) | 04/28 | | | |
| 138. -Altria Group Inc (Spinoff of Phillip Morris) | | | | | Spinoff | 03/31 | | | |
| 139. -American Express Co | | | | | Sold | 03/05 | | | |
| 140. -American International Group | | | | | Sold (part) | 03/05 | | | |
| 141. -American International Group | | | | | Buy | 04/28 | | | |
| 142. -American International Group | | | | | Sold | 08/14 | | | |
| 143. -Amgen Inc | | | | | | | | | |
| 144 -Amgen Inc | | | | | Buy | 10/31 | | | |
| 145. -Amagen Inc | | | | | Buy | 11/03 | | | |
| 146. -Apache Corp | | | | | Sold (part) | 04/28 | | | |
| 147. -Apache Corp | | | | | Sold (part) | 05/06 | | | |
| 148. -Apple Computer Inc | | | | | Sold (part) | 01/28 | | | |
| 149. -Apple Computer Inc | | | | | Sold | 03/03 | | | |
| 150 -Apple | | | | | Buy | 07/31 | | | |
| 151. Apple | | | | | Sold (part) | 11/14 | | | |
| 152 -Apollo Group Inc | | | | | Buy | 02/05 | | | |
| 153 -Apollo Group Inc | | | | | Sold | 04/04 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50 001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000 000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less N =$250,001 - $500 000 P3 =$25 000 001 - $50 000,000 | K =$15 001 - $50 000 O =$500,001 - $1,000,000 | L =$50,001 - $100 000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000 001 - $25 000 000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -AT&T Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 155. -Bank of America Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 156. -Bank of America Corp | | | | | Buy | 10/17 | | | |
| 157. -Chicos Fas Inc | | | | | | | | | |
| 158 -Chubb Corp | | | | | Buy | 04/28 | | | |
| 159. -Chubb Corp | | | | | Sold<br>(part) | 11/25 | | | |
| 160. -Cisco Systems Inc | | | | | Sold<br>(part) | 02/08 | | | |
| 161 -Cisco Systems Inc | | | | | Buy | 04/28 | | | |
| 162. -Cisco Systems Inc | | | | | Buy | 07/08 | | | |
| 163. -Citigroup Inc | | | | | Sold<br>(part) | 05/14 | | | |
| 164 -Citigroup Inc | | | | | Buy | 07/08 | | | |
| 165. -Citigroup Inc | | | | | Buy | 09/24 | | | |
| 166. -Citigroup Inc | | | | | Buy | 10/20 | | | |
| 167 -Citigroup Inc | | | | | Sold | 11/26 | | | |
| 168 -CME Group Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 169. -CME Group Inc | | | | | Sold | 08/19 | | | |
| 170 -Coach Inc | | | | | Buy | 10/24 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Coca Cola Co | | | | | Buy | 04/28 | | | |
| 172.  -Colgate Palmolive Co | | | | | Buy | 08/12 | | | |
| 173.  -Companhia Vale Do Rio Doce | | | | | Buy | 04/28 | | | |
| 174.  -Concophillips | | | | | Sold<br>(part) | 04/28 | | | |
| 175.  -CVS/Caremark Group | | | | | Buy | 04/28 | | | |
| 176.  -Danaher Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 177.  -Danaher Corp | | | | | Sold<br>(part) | 12/17 | | | |
| 178.  -Darden Restaurants | | | | | Buy | 05/13 | | | |
| 179.  -Dell Inc | | | | | Buy | 06/17 | | | |
| 180.  -Dell Inc | | | | | Sold | 10/17 | | | |
| 181.  -Directv Grp Inc | | | | | Sold | 01/22 | | | |
| 182.  -Eaton Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 183.  -Eaton Corp | | | | | Sold<br>(part) | 07/21 | | | |
| 184.  -Eaton Corp | | | | | Sold | 11/05 | | | |
| 185.  -EMC Corp | | | | | Sold | 03/31 | | | |
| 186.  -Emerson Electric Co | | | | | Sold<br>(part) | 04/28 | | | |
| 187   -Emerson Electric Co | | | | | Sold<br>(part) | 12/29 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U –Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. -Ensco Intl Inc | | | | | Buy | 04/28 | | | |
| 189. -Estee Lauder Cos Cl A | | | | | Buy | 08/19 | | | |
| 190. -Exelon Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 191. -Exxon Mobil Corp | | | | | Sold<br>(part) | 05/14 | | | |
| 192. -Fairpoint Comm (recd fr Verizon spinoff) | | | | | Spinoff<br>(from line 313) | 04/01 | | | |
| 193. -Fairpoint Comm | | | | | Sold | 04/21 | | | |
| 194. -Fedex Corp | | | | | Buy | 11/05 | | | |
| 195. -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |
| 196. -First Horizon Natl Corp | | | | | Buy | 10/20 | | | |
| 197. -GAP Inc | | | | | | | | | |
| 198. -GAP Inc | | | | | Buy | 04/28 | | | |
| 199. -General Electric Co | | | | | Sold<br>(part) | 05/14 | | | |
| 200. -Goldman Sachs Group Inc | | | | | Sold<br>(part) | 10/31 | | | |
| 201. -Google Inc | | | | | Sold<br>(part) | 01/28 | | | |
| 202. -Google Inc | | | | | Sold | 02/08 | | | |
| 203. -Halliburton Co | | | | | Sold<br>(part) | 04/28 | | | |
| 204. -Hess Corp | | | | | Sold<br>(part) | 04/28 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Hess Corp | | | | | Sold (part) | 06/02 | | | |
| 206.  -Hewlett Packard Co | | | | | Sold (part) | 04/28 | | | --- |
| 207.  -Hewlett Packard Co | | | | | Sold | 05/20 | | | |
| 208.  -Home Depot Inc | | | | | Buy | 11/26 | | | |
| 209.  -Honeywell Int'l Inc | | | | | Sold (part) | 04/28 | | | |
| 210.  -Hospira Inc | | | | | | | | | |
| 211.  -Hospira Inc | | | | | Buy | 04/28 | | | |
| 212.  -Humana Inc | | | | | Buy | 05/23 | | | |
| 213.  -Humana Inc | | | | | Sold | 06/24 | | | |
| 214   -IBM | | | | | Buy | 01/28 | | | |
| 215   -IBM | | | | | Sold (part) | 04/11 | | | |
| 216   -IBM | | | | | Buy | 04/28 | | | |
| 217   -Intel Corp | | | | | Buy | 05/21 | | | |
| 218   -Intel Corp | | | | | Sold (part) | 10/11 | | | |
| 219.  -Intel Corp | | | | | Sold (part) | 11/14 | | | |
| 220   -Johnson & Johnson | | | | | Buy | 02/08 | | | |
| 221.  -Johnson & Johnson | | | | | Buy | 04/28 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000. | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Johnson & Johnson | | | | | Sold | 11/04 | | | |
| 223 -Kbr Inc | | | | | Sold (part) | 04/28 | | | |
| 224 -Kbr Inc | | | | | Buy | 12/17 | | | |
| 225. -Juniper Networks Inc | | | | | Buy | 10/31 | | | |
| 226. -Juniper Networks Inc | | | | | Buy | 11/03 | | | |
| 227 -JP Morgan Chase & Co | | | | | Sold (part) | 04/28 | | | |
| 228 -JP Morgan Chase & Co | | | | | Sold (part) | 08/20 | | | |
| 229. -Keycorp New | | | | | Buy | 10/20 | | | |
| 230. -Laboratory Corp Amer Hldgs | | | | | Buy | 04/28 | | | |
| 231 -Marriott Int'l Inc | | | | | | | | | |
| 232. -Marriott Int'l Inc | | | | | Buy | 04/28 | | | |
| 233. -Marriott Int'l Inc | | | | | Sold | 07/31 | | | |
| 234 -McAfee Inc | | | | | Buy | 04/28 | | | |
| 235. -McDonalds Corp | | | | | Buy | 04/28 | | | |
| 236 -Medtronic Inc | | | | | Sold (part) | 04/28 | | | |
| 237. -Merck & Co Inc | | | | | | | | | |
| 238 -Merck & Co Inc | | | | | Buy | 04/28 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Merck & Co Inc | | | | | Sold | 07/25 | | | |
| 240 -Metlife Inc | | . | | | | | | | |
| 241 -Metlife Inc | | | | | Buy | 04/28 | | | |
| 242. -Metlife Inc | | | | | Sold | 10/07 | | | |
| 243. -Microsoft Corp | | | | | | | | | |
| 244. -Microsoft Corp | | | | | Buy | 04/28 | | | |
| 245. -Microsot Corp | | | | | Sold (part) | 07/11 | | | |
| 246. -Molson Coors Brewing Co | | | | | Buy | 10/08 | | | |
| 247. -Morgan Stanley | | | | | Buy | 04/28 | | | |
| 248. -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 249. -Mosiac Co | | | | | Buy | 06/13 | | | |
| 250. -News Corp Inc | | | | | | | | | |
| 251. -News Corp Inc | | | | | Buy | 04/28 | | | |
| 252. -Nike Inc Cl B | | | | | Sold | 02/05 | | | |
| 253. -Nokia Corp Spon ADR | | | | | Buy | 07/31 | | | |
| 254. -Novartis AG Spon ADR | | | | | Buy | 09/30 | | | |
| 255 -Novartis AG Spon ADR | | | | | Buy | 10/10 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Omnicom Group Inc | | | | | Sold (part) | 04/28 | | | |
| 257. -Omnicom Group Inc | | | | | Sold (part) | 08/14 | | | |
| 258. -Oracle Corp | | | | | Buy | 04/28 | | | |
| 259. -Parker Hannifin Cofp | | | | | Buy | 12/29 | | | |
| 260. -Pepsico Inc | | | | | Sold (part) | 04/28 | | | |
| 261. -Phillip Morris (rec fr Altria spinoff) | | | | | Spinoff (from line 138) | 03/31 | | | |
| 262. -Phillip Morria | | | | | Sold (part) | 04/28 | | | |
| 263. -Pfizer Inc | | | | | Sold (part) | 04/28 | | | |
| 264. -PNC Finl Svcs Group | | | | | Buy | 04/28 | | | |
| 265. -PNC Finl Svcs Group | | | | | Sold (part) | 10/17 | | | |
| 266. -Praxir Inc | | | | | Sold (part) | 04/28 | | | |
| 267. -Praxir Inc | | | | | Sold | 09/11 | | | |
| 268. -Procter & Gamble Co | | | | | | | | | |
| 269. -Qualcomm Inc | | | | | Sold (part) | 04/28 | | | |
| 270. -Qualcomm Inc | | | | | Sold (part) | 07/23 | | | |
| 271. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 272. -Raytheon Co | | | | | Buy | 10/10 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. -Research in Motion | | | | | Buy | 04/28 | | | |
| 274. -Research in Motion | | | | | Sold<br>(part) | 10/06 | | | |
| 275. -Ross Stores Inc | | | | | Buy | 04/28 | | | |
| 276. -Schwab Charles Corp | | | | | Buy | 11/25 | | | |
| 277. -Schering Plough Co | | | | | Sold<br>(part) | 04/28 | | | |
| 278 -Sempra Energy | | | | | | | | | |
| 279 -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |
| 280. -Sprint Nextel Corp | | | | | Sold<br>(part) | 10/31 | | | |
| 281. -Sprint Nextel Corp | | | | | Sold | 11/03 | | | |
| 282. -Starbucks Corp | | | | | | | | | |
| 283. -St Jude Medical Inc | | | | | Buy | 04/28 | | | |
| 284 -State Street Corp | | | | | Buy | 02/25 | | | |
| 285. -State Street Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 286. -Supervalu Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 287. -Supervalu Inc | | | | | Sold | 07/30 | | | |
| 288. -Target Corp | | | | | | | | | |
| 289 -Terex Corp New | | | | | Buy | 05/07 | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1 000 or less<br>F =$50 001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15 001 - $50 000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2 501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25 000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Terex Corp New | | | | | Buy | 07/22 | | | |
| 291.  -Terex Corp New | | | | | Sold | 10/2 | | | |
| 292.  -Texas Instruments | | | | | | | | | |
| 293.  -Texas Instruments | | | | | Buy | 04/28 | | | |
| 294.  -Texas Instruments | | | | | Sold | 07/31 | | | |
| 295.  -Textron Inc | | | | | | | | | |
| 296.  -ThermoFisher Scientific Inc | | | | | | | | | |
| 297  -ThermoFisher Scientific Inc | | | | | Buy | 04/28 | | | |
| 298.  -ThermoFisher Scientific Inc | | | | | Sold (part) | 11/14 | | | |
| 299  -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 300  -TJX Companies Inc | | | | | Sold (part) | 04/04 | | | |
| 301.  -TJX Companies Inc | | | | | Buy | 04/28 | | | |
| 302.  -TJX Companies Inc | | | | | Sold | 12/09 | | | |
| 303.  -Tyco Intl Ltd | | | | | Buy | 02/11 | | | |
| 304.  -Tyco Intl Ltd | | | | | Buy | 04/28 | | | |
| 305  -Tyco Intl Ltd | | | | | Buy | 08/14 | | | |
| 306  -Unitedhealth Group Inc | | | | | | | | | |

| I Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q –Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div., rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Unitedhealth Group Inc | | | | | Buy | 04/28 | | | |
| 308. -Unitedhealth Group Inc | | | | | Sold | 05/23 | | | |
| 309. -U S Bancorp Del | | | | | | | | | |
| 310. -U S Bancorp Del | | | | | Buy | 04/28 | | | |
| 311. -U S Bancorp Del | | | | | Sold (part) | 10/17 | | | |
| 312. -Verizon Communications | | | | | Sold (part) | 02/25 | | | |
| 313. -Verizon (Spinoff of Fairpoint Comm) | | | | | Transferred (to line 261) | 04/04 | | | |
| 314. -Verizon Communications | | | | | Buy | 04/28 | | | |
| 315. -Verizon Communications | | | | | Sold (part) | 05/14 | | | |
| 316. -Verizon Communications | | | | | Sold | 06/17 | | | |
| 317. -Vertex Pharmacutals | | | | | Buy | 11/14 | | | |
| 318. -Viacom Inc | | | | | Buy | 01/22 | | | |
| 319 -Viacom Inc | | | | | Buy | 04/28 | | | |
| 320. -Wachovia Corp | | | | | Buy | 09/11 | | | |
| 321. -Wachovia Corp | | | | | Sold | 10/03 | | | |
| 322. -Wal-Mart Stores Inc | | | | | | | | | |
| 323. -Wal-Mart Stores Inc | | | | | Buy | 04/28 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Wal-Mart Stores Inc | | | | | Sold (part) | 08/14 | | | |
| 325. -Wells Fargo & Co | | | | | Sold (part) | 04/28 | | | |
| 326. -Wells Fargo & Co New | | | | | Sold (part) | 11/25 | | | |
| 327. -Wyeth | | | | | Sold | 05/14 | | | |
| 328. -Wyeth | | | | | Buy | 06/24 | | | |
| 329. -Wyeth | | | | | Buy | 08/13 | | | |
| 330. -Wyeth | | | | | Sold | 09/29 | | | |
| 331 -XTO Energy Inc | | | | | Sold (part) | 04/28 | | | |
| 332 -Bny/Ivy M-S Hedge Fd | | | | | Buy | 05/30 | | | |
| 333. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold (part) | 05/30 | | | See Section VIII #4 |
| 334. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 12/17 | | | See Section VIII #4 |
| 335 -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold (part) | 12/30 | | | See Section VIII #4 |
| 336 -BNY Mellon Int'l Fund Cl M | | | | | Buy | 12/17 | | | See Section VIII #4 |
| 337 -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 12/31 | | | See Section VIII #4 |
| 338. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Sold (part) | 05/30 | | | See Section VIII #4 |
| 339 -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 05/30 | | | See Section VIII #4 |
| 340 -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 12/12 | | | See Section VIII #4 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341   -BNY Mellon-Newtan Intl | | | | | Buy | 12/31 | | | See Section VIII #4 |
| 342.   -BNY Mellon Optima L/S Strategy Fd | | | | | | | | | See Section VIII #4 |
| 343.   -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | See Section VIII #4 |
| 344.   -BNY Mellon US Core Equity | | | | | Buy | 05/14 | | | |
| 345.   Trust #3 (1/6 Income Int) | E | Div & Int | P1 | T | | | L | G | See Section VIII #1 |
| 346   -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 347.   -Abbott Laboratories | | | | | | | | | |
| 348   -Accenture Ltd | | | | | Buy | 03/20 | | | |
| 349.   -Adobe Systems Inc | | | | | Buy | 03/31 | | | |
| 350.   -Aetna Inc | | | | | Buy | 07/09 | | | |
| 351.   -Aetna Inc | | | | | Buy | 08/13 | | | |
| 352   -Aetna Inc | | | | | Buy | 08/13 | | | |
| 353.   -Akamai Tech Inc | | | | | Buy | 03/31 | | | |
| 354.   -Akamai Tech Inc | | | | | Sold<br>(part) | 10/31 | | | |
| 355   -Akamai Tech Inc | | | | | Sold | 11/03 | | | |
| 356.   -Alliance Data Systems Corp | | | | | Buy | 06/02 | | | |
| 357.   -Alliance Data Systems Corp | | | | | Buy | 07/28 | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Allegheny Tech Inc | | | | | Sold | 06/13 | | | |
| 359. -Altria Group Inc | | | | | Sold (part) | 03/30 | | | |
| 360. -Altria (Spinoff of Phillip Morris) | | | | | Transferred (to line 410) | 04/03 | | | |
| 361. -Altria Group Inc | | | | | Sold | 04/28 | | | |
| 362. -American Express Co | | | | | Sold | 03/05 | | | |
| 363. -American Int'l Group | | | | | Sold (part) | 03/20 | | | |
| 364. -American Int'l Group | | | | | Sold | 08/14 | | | |
| 365. -Amgen Inc | | | | | Buy | 10/31 | | | |
| 366. -Amgen Inc | | | | | Buy | 11/03 | | | |
| 367. -Apache Corp | | | | | Sold (part) | 03/20 | | | |
| 368. -Apache Corp | | | | | Sold (part) | 05/06 | | | |
| 369. -Apollo Group Inc | | | | | Buy | 02/05 | | | |
| 370 -Apollo Group Inc | | | | | Sold (part) | 03/20 | | | |
| 371 -Apollo Group Inc | | | | | Sold | 04/07 | | | |
| 372 -Apple Computer Inc | | | | | Sold (part) | 01/28 | | | |
| 373 -Apple Computer Inc | | | | | Sold | 03/03 | | | |
| 374 -Apple Inc | | | | | Buy | 07/31 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  -Apple Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 376.  -AT&T Inc | | | | | Sold<br>(part) | 03/20 | | | |
| 377.  -Bank of America Corp | | | | | Sold<br>(part) | 03/20 | | | |
| 378.  -Bank of America Corp | | | | | Bot | 10/17 | | | |
| 379.  -Chubb Corp | | | | | Sold<br>(part) | 03/20 | | | |
| 380.  -Chubb Corp | | | | | Sold<br>(part) | 11/25 | | | |
| 381.  -Cisco Sys Inc | | | | | Sold<br>(part) | 02/05 | | | |
| 382.  -Cisco Sys Inc | | | | | Sold<br>(part) | 03/20 | | | |
| 383.  -Cisco Sys Inc | | | | | Buy | 07/28 | | | |
| 384.  -Citigroup Inc | | | | | Buy | 04/05 | | | |
| 385.  -Citigroup Inc | | | | | Buy | 07/28 | | | |
| 386.  -Citigroup Inc | | | | | Buy | 09/24 | | | |
| 387.  -Citigroup Inc | | | | | Buy | 10/06 | | | |
| 388.  -Citigroup Inc | | | | | Sold | 11/26 | | | |
| 389.  -CME Group Inc | | | | | Sold | 08/19 | | | |
| 390.  -Coca Cola Co | | | | | Sold<br>(part) | 03/20 | | | |
| 391.  -Coach Inc | | | | | Buy | 10/27 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000 000 | H2 =More than $5,000.000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5.000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div, rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392 -Colgate Palmolivde Co | | | | | Bot | 08/12 | | | |
| 393. -Companhia Vale Do Rio Doce | | | | | Sold (part) | 03/20 | | | |
| 394. -Concophillips | | | | | Sold (part) | 03/20 | | | |
| 395 -CVS/Caremark Corp | | | | | Sold (part) | 03/20 | | | |
| 396 -Darden Restaurants Inc | | | | | Buy | 05/13 | | | |
| 397. -Danaher Corp | | | | | Sold (part) | 03/20 | | | |
| 398. -Danaher Corp | | | | | Sold (part) | 12/17 | | | |
| 399. -Dell Inc | | | | | Buy | 06/17 | | | |
| 400. -Dell Inc | | | | | Sold | 10/17 | | | |
| 401. -Directv Group Inc | | | | | | | | | |
| 402. -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 403. -Eaton Corp | | | | | Sold | 11/05 | | | |
| 404. -EMC Corp Mass | | | | | Sold | 03/31 | | | |
| 405. -Emerson Electric Co | | | | | Sold (part) | 12/30 | | | |
| 406. -Ensco Intl Inc | | | | | Sold (part) | 03/20 | | | |
| 407. -Estee Lauder Cos Cl A | | | | | Buy | 08/20 | | | |
| 408 -Exelon Corp | | | | | Sold (part) | 03/20 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Exxon Mobil Corp | | | | | Sold (part) | 03/20 | | | |
| 410. -Fairmont (recd fr Verizon Spinoff) | | | | | Spinoff (from line 360) | 04/04 | | | |
| 411. -Fairmont | | | | | Sold | 04/21 | | | |
| 412. -Fedex Corp | | | | | Buy | 11/05 | | | |
| 413. -Fifth Third Corp | | | | | Buy | 10/17 | | | |
| 414. -First Horizon Natl Corp | | | | | Buy | 10/17 | | | |
| 415. -GAP Inc | | | | | Sold (part) | 03/20 | | | |
| 416. -General Electric Co | | | | | Sold (part) | 03/20 | | | |
| 417. -Goldman Sachs Group Inc | | | | | Sold (part) | 10/31 | | | |
| 418. -Google Inc | | | | | Sold (part) | 01/28 | | | |
| 419 -Google Inc | | | | | Sold | 02/08 | | | |
| 420 -Hess Corp | | | | | Sold (part) | 03/20 | | | |
| 421. -Hess Corp | | | | | Sold (part) | 06/02 | | | |
| 422 -Hewlett Packard Co | | | | | Sold (part) | 03/20 | | | |
| 423. -Hewlett Packard Co | | | | | Sold | 05/13 | | | |
| 424. -Home Depot Inc | | | | | Buy | 11/26 | | | |
| 425 -Honeywell Int'l Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Hospira Inc | | | | | | | | | |
| 427 -Humana Inc | | | | | Buy | 05/23 | | | |
| 428 -Humana Inc | | | | | Sold | 06/24 | | | |
| 429. -IBM | | | | | Buy | 01/28 | | | |
| 430 -IBM | | | | | Sold (part) | 03/20 | | | |
| 431 -IBM | | | | | Sold (part) | 04/11 | | | |
| 432. -Intel Corp | | | | | Buy | 05/23 | | | |
| 433 -Intel Corp | | | | | Sold (part) | 10/17 | | | |
| 434. -Intel Corp | | | | | Sold (part) | 11/15 | | | |
| 435. -Johnson & Johnson | | | | | Buy | 02/08 | | | |
| 436. -Johnson & Johnson | | | | | Sold (part) | 03/30 | | | |
| 437. -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |
| 438. -Juniper Networks Inc | | | | | Buy | 10/31 | | | |
| 439. -Juniper Neworks Inc | | | | | Buy | 11/03 | | | |
| 440. -JP Morgan Chase & Co | | | | | Sold (part) | 03/20 | | | |
| 441. -Kbr Inc | | | | | Sold (part) | 03/20 | | | |
| 442. -Kbr Inc | | | | | Buy | 12/17 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Keycorp New | | | | | Buy | 10/17 | | | |
| 444. -Laboratory Corp Amer Hldgs | | | | | Buy | 04/28 | | | |
| 445. -Marriott Ind Inc | | | | | Sold (part) | 03/20 | | | |
| 446. -Marriott Ind Inc | | | | | Sold | 07/31 | | | |
| 447 -McAfee | | | | | | | | | |
| 448. -McDonalds Corp | | | | | Buy | 04/07 | | | |
| 449. -Medtronic Inc | | | | | Sold (part) | 03/20 | | | |
| 450. -Merck & Co Inc | | | | | Sold (part) | 03/20 | | | |
| 451. -Merck & Co Inc | | | | | Sold | 07/25 | | | |
| 452. -Microsoft Corp | | | | | Sold (part) | 03/20 | | | |
| 453. -Microsoft Corp | | | | | Sold (part) | 07/11 | | | |
| 454. Molson Coors Brewing Co Cl B | | | | | Buy | 10/09 | | | |
| 455. -Morgan Stanley | | | | | Buy | 04/28 | | | |
| 456. -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 457. -Mosiac Co | | | | | Buy | 06/13 | | | |
| 458. -News Corp Inc | | | | | Sold (part) | 03/20 | | | |
| 459. -Nike Inc Cl B | | | | | Sold | 02/05 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | C Goss value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Nokia Corp Spon Adr | | | | | Buy | 07/31 | | | |
| 461. -Nortel Networks Corp (Class Action 10/18) | | | | | Sold | 12/01 | | | |
| 462 -Novartis Ag Spon Adr | | | | | Buy | 09/30 | | | |
| 463. -Novartis Ag Spon Adr | | | | | Buy | 10/10 | | | |
| 464. -Omnicom Group Inc | | | | | Sold (part) | 03/20 | | | |
| 465. -Omnicom Group Inc | | | | | Sold | 08/14 | | | |
| 466. -Oracle Corp | | | | | Sold (part) | 03/30 | | | |
| 467 -Parker Hannifin Corp | | | | | Buy | 12/29 | | | |
| 468. -Pepsico Inc | | | | | Sold (part) | 03/20 | | | |
| 469. -Pfizer Inc | | | | | Sold (part) | 03/20 | | | |
| 470 -Phillilp Morris (recd fr Altria spinoff) | | | | | Spinoff (from line 360) | 03/31 | | | |
| 471. -PNC Financial Svs Group | | | | | Buy | 03/05 | | | |
| 472. -PNC Financial Svs Group | | | | | Sold (part) | 05/20 | | | |
| 473 -PNC Financial Svs Group | | | | | Sold (part) | 10/17 | | | |
| 474 -Praxir Inc | | | | | Sold (part) | 03/20 | | | |
| 475. -Praxir Inc | | | | | Sold (part) | 09/11 | | | |
| 476. -Procter & Gamble Co | | | | | Sold (part) | 03/20 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50000 | L =$50 001 - $100 000 | M =$100 001 - $250 000 | |
| | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25 000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Procter & Gamble Co | | | | | Sold (part) | 04/25 | | | |
| 478. -Qualcomm Inc | | | | | Sold (part) | 03/20 | | | |
| 479. -Qualcomm Inc | | | | | Sold (part) | 07/11 | | | |
| 480. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 481. -Raytheon Co | | | | | Buy | 10/10 | | | |
| 482. -Research in Motion Ltd | | | | | Buy | 04/11 | | | |
| 483. -Research in Motion Ltd | | | | | Sold | 10/06 | | | |
| 484 -Ross Stores | | | | | Buy | 04/21 | | | |
| 485. -Schering Plough Corp | | | | | Sold (part) | 03/20 | | | |
| 486 -Schwab Charles Corp New | | | | | Buy | 11/25 | | | |
| 487 -Sempra Energy | | | | | Sold (part) | 03/2 | | | |
| 488. -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |
| 489. -Sprint Nextel Corp | | | | | Sold (part) | 10/31 | | | |
| 490 -Sprint Nextel Corp | | | | | Sold | 11/03 | | | |
| 491. -State Street Corp | | | | | Buy | 02/25 | | | |
| 492. -State Street Corp | | | | | Buy | 03/05 | | | |
| 493. -State Street Corp | | | | | Sold (part) | 04/21 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -State Street Corp | | | | | Sold | 04/25 | | | |
| 495. -St Jude Medical Inc | | | | | | | | | |
| 496 -Supervalue Inc | | | | | Sold | 07/30 | | | |
| 497 -TJX Cos Inc | | | | | Sold (part) | 03/20 | | | |
| 498 -TJX Cos Inc | | | | | Sold (part) | 04/07 | | | |
| 499. -TJX Cos Inc | | | | | Sold | 12/09 | | | |
| 500. -Terex Corp New | | | | | Buy | 05/06 | | | |
| 501. -Terex Corp New | | | | | Buy | 07/23 | | | |
| 502. -Terex Corp New | | | | | Sold | 10/24 | | | |
| 503 -Texas Instruments | | | | | Sold | 07/31 | | | |
| 504. -Textron Inc | | | | | Sold (part) | 03/20 | | | |
| 505. -ThermoFisher Scientific Inc | | | | | Sold (part) | 03/20 | | | |
| 506. -ThermoFisher Scientific Inc | | | | | Sold (part) | 11/14 | | | |
| 507 -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 508 -Tyco Intl Ltd - W/I | | | | | Buy | 02/11 | | | |
| 509 -Tyco Intl Ltd - W/I | | | | | Buy | 08/14 | | | |
| 510 -Unitedhealth Group Inc | | | | | Sold (part) | 03/20 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250 001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511 -Unitedhealth Group Inc | | | | | Sold | 05/23 | | | |
| 512. -US Bancorp Del | | | | | Buy | 03/05 | | | |
| 513. -US Bancorp Del | | | | | Sold (part) | 03/20 | | | |
| 514. -US Bancorp Del | | | | | Sold (part) | 10/17 | | | |
| 515. -Verizon Communications | | | | | Sold (part) | 02/25 | | | |
| 516 -Verizon Communications | | | | | Sold (part) | 03/20 | | | |
| 517 -Verizon (Spinoff of Fairpoint Comm) | | | | | Transferred (to line 411) | 04/04 | | | |
| 518. -Verizon Communications | | | | | Sold | 06/17 | | | |
| 519 -Veretex Pharmaceuticals Inc | | | | | Buy | 11/04 | | | |
| 520. -Viacom Inc Cl B W/I | | | | | Buy | 01/18 | | | |
| 521. -Viacom Inc Cl B W/I | | | | | Sold | 05/13 | | | |
| 522 -Wachovia Corp 2nd New | | | | | Buy | 09/11 | | | |
| 523 -Wachovia Corp 2nd New | | | | | Sold | 1006 | | | |
| 524 -Wal-Mart Stores Inc | | | | | Sold (part) | 03/20 | | | |
| 525. -Wal-Mart Stores Inc | | | | | Sold (part) | 08/13 | | | |
| 526. -Wells Fargo & Co New | | | | | Sold (part) | 03/20 | | | |
| 527 -Wells Fargo & Co | | | | | Sold (part) | 11/25 | | | |

| 1 Income Gain Codes | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528  -Wyeth | | | | | Buy | 06/24 | | | |
| 529.  -Wyeth | | | | | Buy | 08/14 | | | |
| 530.  -Wyeth | | | | | Sold | 09/29 | | | |
| 531.  -XTO Energy Inc | | | | | Sold (part) | 03/20 | | | |
| 532.  -BNY Hamilton Glbl Real Estate | | | | | Buy | 03/25 | | | |
| 533.  -Dreyfus Mid Cap Index Fd | | | | | Bot | 12/30 | | | |
| 534  -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 12/23 | | | See Section VIII #4 |
| 535  -BNY Mellon Int'l Fund Cl M | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 536.  -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 06/19 | | | See Section VIII #4 |
| 537.  -BNY Mellon Int'l Fund Cl M | | | | | Buy | 12/17 | | | See Section VIII #4 |
| 538.  BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy | 12/05 | | | See Section VIII #4 |
| 539.  -BNY Multi-Strategy Hedge FD | | | | | Buy | 03/31 | | | |
| 540.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 03/20 | | | See Section VIII #4 |
| 541.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 09/19 | | | See Section VIII #4 |
| 542.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 12/12 | | | See Section VIII #4 |
| 543.  -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 544.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | See Section VIII #4 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545   -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 03/25 | | | |
| 546.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 6/19 | | | See Section VIII #4 |
| 547.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 12/04 | | | See Section VIII #4 |
| 548.  -BNY Mellon US Equity Core | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 549.  Trust #4 (1/6 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 550.  -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 551   -AT&T Inc | | | | | | | | | |
| 552.  -Abbott Laboratories | | | | | | | | | |
| 553   -Accenture Ltd | | | | | Buy | 03/03 | | | |
| 554.  -Adobe Systems Inc | | | | | Buy | 03/31 | | | |
| 555.  -Aetna Inc | | | | | Buy | 07/28 | | | |
| 556.  -Aetna Inc | | | | | Buy | 08/13 | | | |
| 557.  -Akamai Technologies Inc | | | | | Buy | 03/31 | | | |
| 558   -Akamai Technologies Inc | | | | | Sold (part) | 10/31 | | | |
| 559.  -Akamai Technologies Inc | | | | | Sold | 11/03 | | | |
| 560   -Allegheny Tech Inc | | | | | Sold | 06/16 | | | |
| 561.  -Alliance Data Sys Grp | | | | | Buy | 06/03 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100 000 | G =S100,001 - S1 000 000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =S15 000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500 000 | O =S500,001 - S1 000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5 000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. -Alliance Data Sys Grp | | | | | Buy | 07/08 | | | |
| 563. -Altria Group Inc | | | | | Sold | 04/28 | | | |
| 564. -Altria (Spinoff of Phillip Morris) | | | | | Spinoff<br>(from line 564) | 03/31 | | | |
| 565. -American Express Co | | | | | Sold | 03/05 | | | |
| 566. -American Int'l Group Inc | | | | | Sold<br>(part) | 03/05 | | | |
| 567. -American Int'l Group Inc | | | | | Sold | 08/14 | | | |
| 568. -Amgen Inc | | | | | Buy | 10/31 | | | |
| 569. -Amgen Inc | | | | | Buy | 11/03 | | | |
| 570 -Apache Corp | | | | | Sold<br>(part) | 05/06 | | | |
| 571. -Apple Computer Inc | | | | | Sold<br>(part) | 01/28 | | | |
| 572. -Apple Computer Inc | | | | | Sold | 03/03 | | | |
| 573. -Apple Inc | | | | | Buy | 07/11 | | | |
| 574. -Apple Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 575. -Apple Computer Inc | | | | | Sold<br>(part) | 11/15 | | | |
| 576 -Apollo Group Inc Cl A | | | | | Buy | 02/05 | | | |
| 577 -Apollo Group Inc Cl A | | | | | Sold<br>(part) | 04/04 | | | |
| 578 -Apollo Group Inc Cl A | | | | | Sold | 04/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 of less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C f and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Bank of America Corp | | | | | | | | | |
| 580. -Bank of America Corp | | | | | Bot | 10/17 | | | |
| 581. -Chubb Corp | | | | | Sold (part) | 11/25 | | | |
| 582. -Cisco Sys Inc | | | | | Sold (part) | 02/08 | | | |
| 583. -Cisco Sys Inc | | | | | Buy | 07/28 | | | |
| 584. -Citigroup Inc | | | | | Buy | 04/25 | | | |
| 585. -Citigroup Inc | | | | | Buy | 07/28 | | | |
| 586. -Citigroup Inc | | | | | Buy | 09/24 | | | |
| 587. -Citigroup Inc | | | | | Buy | 10/17 | | | |
| 588. -Citigroup Inc | | | | | Sold | 11/25 | | | |
| 589. -CME Group Inc | | | | | Sold | 08/19 | | | |
| 590. -Coca Cola Co | | | | | | | | | |
| 591. -Coach Inc | | | | | Buy | 10/27 | | | |
| 592. -Colgate Palmolive Inc | | | | | Buy | 08/1 | | | |
| 593. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 594. -Concophillips | | | | | | | | | |
| 595 -CVS/Caremark Corp | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g ,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. -Danaher Corp | | | | | Sold<br>(part) | 12/17 | | | |
| 597 -Darden Restaurants Inc | | | | | Buy | 05/13 | | | |
| 598. -Dell Inc | | | | | Buy | 06/17 | | | |
| 599. -Dell Inc | | | | | Sold | 10/17 | | | |
| 600. -Directv Group Inc | | | | | Sold | 01/22 | | | |
| 601. -Eaton Corp | | | | | Sold<br>(part) | 07/21 | | | |
| 602. -Eeaton Corp | | | | | Sold | 11/05 | | | |
| 603. -EMC Corp Mass | | | | | Sold | 03/31 | | | |
| 604. -Emerson El Co | | | | | Sold<br>(part) | 12/30 | | | |
| 605. -Ensco Intl Inc | | | | | | | | | |
| 606. -Estee Lauder Cos Cl A | | | | | Buy | 08/20 | | | |
| 607. -Exelon Corp | | | | | | | | | |
| 608 -Exxon Mobil Corp | | | | | | | | | |
| 609. -Fedex Corp | | | | | Buy | 11/05 | | | |
| 610. -Fairpoint Comm (recd fr Verizon Spinoff) | | | | | Transferred<br>(to line 692) | 03/31 | | | |
| 611. -Fairpoint Comm Inc | | | | | Sold | 04/21 | | | |
| 612 -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5.000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613  -First Horizon Nat'l Corp | | | | | Buy | 10/17 | | | |
| 614  -Gap Inc | | | | | | | | | |
| 615.  -General Electric Co | | | | | Sold (part) | 03/27 | | | |
| 616.  -Goldman Sachs Group Inc | | | | | Sold (part) | 10/31 | | | |
| 617.  -Google Inc | | | | | Sold (part) | 01/28 | | | |
| 618.  -Google Inc | | | | | Sold | 02/08 | | | |
| 619.  -Halliburton Co | | | | | | | | | |
| 620  -Hess Corp | | | | | Sold (part) | 06/02 | | | |
| 621  -Hewlett Packard Co | | | | | Bot | 02/16 | | | |
| 622.  -Home Depot Inc | | | | | Buy | 11/26 | | | |
| 623.  -Honeywell Int'l Inc | | | | | | | | | |
| 624  -Hospira Inc | | | | | | | | | |
| 625.  -Intel Corp | | | | | Buy | 05/21 | | | |
| 626  -Intel Corp | | | | | Sold (part) | 10/17 | | | |
| 627  -Intel Corp | | | | | Sold (part) | 11/14 | | | |
| 628.  -Johnson & Johnson | | | | | Buy | 02/08 | | | |
| 629  -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630   -JP Morgan Chase & Co | | | | | Sold<br>(part) | 08/20 | | | |
| 631   -Juniper Networks Inc | | | | | Buy | 10/31 | | | .. |
| 632   -Juniper Networks Inc | | | | | Buy | 11/03 | | | |
| 633.  -Kbr Inc | | | | | Buy | 12/17 | | | |
| 634.  -Keycorp New | | | | | Buy | 10/17 | | | |
| 635   -Kraft Foods Inc | | | | | | | | | |
| 636.  -Laboratory Corp Amer Hldgs | | | | | Buy | 04/28 | | | |
| 637   -Marriott Intl Inc | | | | | Sold | 07/31 | | | |
| 638.  -McAfee | | | | | | | | | |
| 639   -McDonalds Corp | | | | | Buy | 04/07 | | | |
| 640.  -Medtronic Inc | | | | | | | | | |
| 641.  -Merck & Co | | | | | Sold<br>(part) | 07/25 | | | |
| 642   -Metlife Inc | | | | | Sold | 10/07 | | | |
| 643.  -Microsoft Corp | | | | | Sold<br>(part) | 07/11 | | | |
| 644   -Molson Coors Brewing Cl B | | | | | Buy | 10/09 | | | |
| 645   -Morgan Stanley | | | | | Buy | 04/28 | | | |
| 646   -Morgan Stanley | | | | | Sold | 09/22 | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J - $15 000 or less<br>N =$250,001 - $500,000<br>P3 =$25 000 001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000 001 - $5,000,000<br>P4 =More than $50 000,000 | M =$100,001 - $250,000<br>P2 =$5,000 001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q –Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T - Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. -Mosaic Co | | | | | Buy | 06/13 | | | |
| 648. -News Corp Inc | | | | | | | | | |
| 649. -Nike Inc Cl B | | | | | Sold | 02/05 | | | |
| 650. -Nokia Corp Spon ADR | | | | | Buy | 07/31 | | | |
| 651. -Novartis AG Spon ADR | | | | | Buy | 09/30 | | | |
| 652. -Novartis AG Spon ADR | | | | | Buy | 10/10 | | | |
| 653. -Omnicom Corp | | | | | Sold<br>(part) | 08/14 | | | |
| 654. -Oracle Corp | | | | | | | | | |
| 655. -Parker Hannifin Corp | | | | | Buy | 12/30 | | | |
| 656. -Pepsico Inc | | | | | | | | | |
| 657. -Pfizer Inc | | | | | | | | | |
| 658. -Phillip Morris (recd fr Altria Spinoff) | | | | | Spinoff<br>(from line 563) | 03/31 | | | |
| 659. -PNC Financial Svs Grp | | | | | Buy | 03/05 | | | |
| 660. -PNC Financial Svs Grp | | | | | Sold<br>(part) | 10/17 | | | |
| 661. -Praxair Inc | | | | | Sold<br>(part) | 09/11 | | | |
| 662. -Procter & Gamble Co | | | | | Sold<br>(part) | 04/25 | | | |
| 663. -Qualcomm Inc | | | | | Sold<br>(part) | 07/11 | | | |

| 1 Income Gain Codes | A =S1 000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15.000 | E =S15 001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50 001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000 000 | H2 =More than S5,000,000 | |
| 2 Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5 000 001 - S25 000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 665. -Raytheon Corp | | | | | Buy | 10/10 | | | |
| 666. -Research in Motion Ltd | | | | | Buy | 04/11 | | | |
| 667. -Research in Motion Ltd | | | | | Sold | 10/06 | | | |
| 668. -Ross Stores Inc | | | | | Buy | 04/22 | | | |
| 669. -Schering Plough Corp | | | | | | | | | |
| 670 -Schwab Charles Grp New | | | | | Buy | 11/25 | | | |
| 671. -Sempra Energy | | | | | | | | | |
| 672. -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |
| 673. -Sprint Nextel Corp | | | | | Sold (part) | 10/31 | | | |
| 674 -Sprint Nextel Corp | | | | | Sold | 11/03 | | | |
| 675. -State Street Corp | | | | | Buy | 02/25 | | | |
| 676. -State Street Corp | | | | | Buy | 03/05 | | | |
| 677. -State Street Corp | | | | | Sold (part) | 04/21 | | | |
| 678 -St Jude Medical Inc | | | | | | | | | |
| 679 -State Street Corp | | | | | Buy | 03/05 | | | |
| 680 -Supervalu Inc | | | | | Sold | 07/30 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5 000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. -Terey Corp New | | | | | Buy | 05/07 | | | |
| 682. -Terey Corp New | | | | | Buy | 07/22 | | | |
| 683. -Terey Corp New | | | | | Sold | 10/24 | | | |
| 684 -Texas Instruments Inc | | | | | Sold | 07/31 | | | |
| 685 -Textron Inc | | | | | | | | | |
| 686. -ThermoFisher Scientific Inc | | | | | Buy | 11/14 | | | |
| 687. -TJX Cos Inc | | | | | Sold (part) | 04/07 | | | |
| 688. -Tyco Int'l Ltd - W/I | | | | | Buy | 02/11 | | | |
| 689. -Tyco Int'l Ltd - W/I | | | | | Buy | 08/14 | | | |
| 690 -Unitedhealth Group Inc | | | | | Sold | 05/23 | | | |
| 691 -US Bancorp Del | | | | | Buy | 03/05 | | | |
| 692. -US Bancorp Del | | | | | Sold (part) | 10/17 | | | |
| 693 -Verizon Comm Inc | | | | | Sold (part) | 02/25 | | | |
| 694. -Verizon (Spinoff of Fairmont) | | | | | Transferred (to line 609) | 04/01 | | | |
| 695 -Verizon Comm Inc | | | | | Sold | 06/17 | | | |
| 696. -Veretex Pharmaceuticals Inc | | | | | Buy | 11/04 | | | |
| 697 -Viacom Inc Cl B | | | | | Buy | 01/18 | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50 001 - $100 000 | M =$100,001 - $250 000 | |
| | N =$250 001 - $500,000 | O =$500 001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 698. -Viacom Inc Cl B | | | | | Sold | 05/13 | | | |
| 699 -Wachovia Corp 2nd New | | | | | Buy | 09/11 | | | |
| 700. -Wachovia Corp 2nd New | | | | | Sold | 10/03 | | | |
| 701 -Wal-Mart Stores | | | | | Sold<br>(part) | 08/13 | | | |
| 702. -Wells Fargo & Co New | | | | | Sold<br>(part) | 11/25 | | | |
| 703. -Wyeth | | | | | Sold | 03/27 | | | |
| 704 -Wyeth | | | | | Buy | 06/24 | | | |
| 705. -Wyeth | | | | | Buy | 08/13 | | | |
| 706 -Wyeth | | | | | Sold | 09/29 | | | |
| 707. -Xto Energy Inc | | | | | | | | | |
| 708 -BNY Hamilton Global Real Est-1 | | | | | Buy | 03/29 | | | |
| 709 -BNY Ivy Multi-Strategy Hedge Fd | | | | | Buy | 03/31 | | | |
| 710 -Dreyfus Basic S&P stk Index | | | | | | | | | |
| 711 -Dreyfus Mid Cap Index Fund | | | | | Sold<br>(part) | 09/18 | | | |
| 712. -Dreyfus Mid Cap Index Fund | | | | | Buy | 12/3 | | | |
| 713. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 714. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 12/23 | | | See Section VIII #4 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | PZ =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715  -BNY Mellon Int'l Fund Cl M | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 716.  -BNY Mellon Int'l Fund Cl M | | | | | Bot | 12/17 | | | See Section VIII #4 |
| 717.  -BNY Mellon Mid Cap Stk | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 718.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 03/25 | | | See Section VIII #4 |
| 719  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 09/19 | | | See Section VIII #4 |
| 720.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 12/12 | | | See Section VIII #4 |
| 721  -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | See Section VIII #4 |
| 722  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 723.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 09/19 | | | See Section VIII #4 |
| 724.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 12/04 | | | See Section VIII #4 |
| 725.  -BNY Mellon US Core Equity | | | | | Buy | 03/25 | | | See Section VIII #4 |
| 726.  Custody Acct #1 (100% Interest) | | | | | | | | | |
| 727  -Abbott Laboratories | E | Dividend | O | T | | | | | |
| 728.  -Agilent Tech Inc | | None | L | T | | | | | |
| 729.  -Allied Corp New | A | Dividend | L | T | Buy | 02/20 | L | | |
| 730.  -Allied Corp New | | | | | Sold | 09/25 | L | | |
| 731  -Altria Group Inc | C | Dividend | | | Sold (part) | 09/25 | K | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse und dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during repor ing period | | C.<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732.  -Altria Group (spinoff of Phillip Morris) | | None | L | T | Spinoff | 04/01 | J | | |
| 733   -American Express | C | Dividend | L | T | | | | | |
| 734   -Automatic Data Processing | C | Dividend | L | T | | | | | |
| 735   -BJW Inc (S Corp) Alexandria, V | | None | L | U | | | | | |
| 736.  -Bank of America | D | Dividend | M | T | | | | | |
| 737.  -City Nat'l Corp | D | Dividend | K | T | | | | | |
| 738.  -Citizens Comms (Name chg Frontier) | D | Dividend | M | T | Transferred<br>(to line 740) | 08/01 | | | |
| 739.  -Donnelley RR & Sons Co | C | Dividend | | | Sold | 09/25 | M | | |
| 740.  -Emerson Electric Co | D | Dividend | M | T | | | | | |
| 741   -Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 742   -Frontier Comm (recd fr Citizens name chg) | D | Dividend | N | T | Transferred<br>(from line 736) | 08/01 | | | |
| 743   -General Electric Co | E | Dividend | M | T | | | | | |
| 744   -Great Plains Energy Inc | D | Dividend | N | T | | | | | |
| 745.  -H J Heinz Co | D | Dividend | M | T | | | | | |
| 746.  -Johnson & Johnson | E | Dividend | M | T | | | | | |
| 747.  -JP Morgan Chase | D | Dividend | O | T | | | | | |
| 748   -Kraft Foods | B | Dividend | | | Sold | 09/25 | K | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1 000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5 000,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25 000,001 - $50 000 000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1 000,001 - $5,000,000<br>P4 =More than $50 000 000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  -Merck & Co | E | Dividend | M | T | | | | | |
| 750.  -Merck & Co | | None | | | Part Donated | 05/22 | K | | |
| 751.  -Merck & Co | | None | | | Part Donated | 11/15 | | | |
| 752.  -Microsoft Corp | D | Dividend | O | T | | | | | |
| 753   -Nestle S A | | None | M | T | Buy | 09/25 | M | | |
| 754.  -Oracle Corp | | None | M | T | | | | | |
| 755.  -Pepsico Inc | C | Dividend | M | T | | | | | |
| 756.   -Phillip Morris (Rec fr Altria Spinoff) | B | Dividend | M | T | Spinoff (from line 730) | 04/01 | J | | |
| 757.  -Procter & Gamble | D | Dividend | L | T | | | | | |
| 758.  -RPM Int'l Inc | D | Dividend | N | T | | | | | |
| 759.  -Schlumberger Ltd | C | Dividend | M | T | | | | | |
| 760   -Stryker Corp | B | Dividend | N | T | | | | | |
| 761.  -3M Co | D | Dividend | M | T | | | | | |
| 762.   -Vulcan Materials Co Com | A | Dividend | M | T | Buy | 09/25 | M | | |
| 763   -Wyeth | D | Dividend | M | T | | | | | |
| 764.  -Allegiant PA MM Fd | D | Interest | O | T | Mon Mkt Inv | | | | |
| 765.  -Lampeter-Strasburg PA 4 0-2009 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1 000,001 - $5,000 000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Nazareth PA School Dist 3 5-2010 | C | Interest | M | T | | | | | |
| 767 -New Hope Solebury PA Sch Dist 3.0-2009 | C | Interest | M | T | | | | | |
| 768. -PA St 4.0-2011 | B | Interest | M | T | | | | | |
| 769. -So West Sch Dist PA York Cnty 2.95-2008 | B | Interest | | | Matured | 05/15 | L | | |
| 770. -York County, PA 3.25 - 2008 | B | Interest | | | Matured | 06/02 | L | | |
| 771. -York County, PA 3 35-2009 | C | Interest | M | T | | | | | |
| 772. -Ltd Partnerships -- | | | | | | | | | |
| 773. -One Atlanta Assocs - Atlanta, GA Real ..E state | C | Distribution | K | W | | | | | |
| 774. -J&S Realty Markham - Ontario Real Est | C | Distribution | K | W | | | | | |
| 775. Bank Accts -- | | | | | | | | | |
| 776. -Mellon Bank N. A. | A | Interest | M | T | | | | | |
| 777. -National City Bank of PA | A | Interest | J | T | | | | | |
| 778. -PNC Bank | C | Interest | N | T | | | | | |
| 779. Trust #5 (100% Income Interest) | F | Div & Int | O | T | | | M | D | See Section VIII #1 |
| 780. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 781. -American Int'l Group Inc | | | | | Sold | 05/30 | | | |
| 782. -Bank of America Corp | | | | | Sold | 12/01 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C 2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -Bard C R Inc | | | | | Buy | 12/01 | | | |
| 784. -BP PLC Spons ADR | | | | | | | | | |
| 785. -Carnival Corp | | | | | | | | | |
| 786. -Citigroup Inc | | | | | Buy | 01/22 | | | |
| 787. -Citigroup Inc | | | | | Sold | 12/01 | | | |
| 788. -Coca Cola Co | | | | | | | | | |
| 789. -Del Monte Foods Co | | | | | | | | | |
| 790. -Dow Chemical Co | | | | | | | | | |
| 791. -Exxon Mobil Corp | | | | | | | | | |
| 792. -Fairpoint Comm (rec fr Verizon spinoff) | | | | | Spinoff (from line 817) | 04/01 | | | |
| 793. -Fairpoint Comm | | | | | Sold | 05/30 | | | |
| 794. -FPL Group Inc | | | | | | | | | |
| 795. -General Electric Co | | | | | | | | | |
| 796. -H J Heinz Co | | | | | | | | | |
| 797. -Intel Corp | | | | | | | | | |
| 798. -Ishares Trst MSCI EAFE Index Fd | | | | | | | | | |
| 799. -Ishares S&T GSSI NatR Index Fd | | | | | Sold | 12/01 | | | |

1 Income Gain Codes  A =$1 000 or less  B =$1,001 - $2,500  C =$2,501 - $5 000  D =$5,001 - $15 000  E =$15 001 - $50 000
(See Columns B1 and D4)  F =$50 001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000 000  H2 =More than $5 000,000
2 Value Codes  J =$15,000 or less  K =$15 001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250 000
(See Columns C1 and D3)  N =$250,001 - $500 000  O =$500,001 - $1,000,000  P1 =$1 000 001 - $5 000,000  P2 =$5,000,001 - $25 000,000
P3 =$25,000,001 - $50 000,000  P4 =More than $50,000 000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S –Assessment  T =Cash Market
(See Column C2)  U - Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800.  -Ishares Trst MSCI Emerg mkts Index Fd | | | | | | | | | |
| 801.  -Johnson & Johnson | | | | | Buy | 12/01 | | | |
| 802.  -Lehman Bros Hldgs Inc | | | | | Sold | 09/15 | | | |
| 803.  -Marriott Int'l Inc Cl A | | | | | Sold | 12/01 | | | |
| 804.  -Master Card | | | | | Buy | 12/01 | | | |
| 805.  -McDonalds Corp Cl A | | | | | Buy | 12/01 | | | |
| 806   -McGraw Hill Cos Inc | | | | | Sold | 12/01 | | | |
| 807.  -Medtronic Inc | | | | | | | | | |
| 808.  -Microsoft Corp | | | | | | | | | |
| 809.  -JP Morgan Chase & Co | | | | | | | | | |
| 810.  -Morgan Stanley | | | | | Sold | 12/01 | | | |
| 811.  -Motorola Inc | | | | | | | | | |
| 812.  -Owens Ill Inc | | | | | Buy | 05/30 | | | |
| 813.  -Owens Ill Inc | | | | | Sold | 12/01 | | | |
| 814.  -Schlumberger Ltd | | | | | Sold<br>(part) | 05/30 | | | |
| 815.  -3M Co | | | | | | | | | |
| 816.  -The Travelers Co | | | | | | | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1 000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000 000 | C =$2,501 - $5,000<br>H1 =$1 000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250 001 - $500,000 | K =$15,001 - $50000<br>O =$500,001 - $1 000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 818. -Verizon (spinoff of Fairpoint Comm) | | | | | Transferred (from line 793) | 04/01 | | | |
| 819. -Wal-Mart Stores | | | | | | | | | |
| 820. -Wells Fargo & Co New | | | | | | | | | |
| 821. -W Union | | | | | | | | | |
| 822. -Calamas Growth Fund H606 | | | | | | | | | |
| 823. -Janus Mid Cap Value Fund #67 | | | | | | | | | |
| 824. Trust #6 (100% Income Interest) | G | Int./Div. | P1 | T | | | M | F | See Section VIII #1 |
| 825. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 826. -ABB Ltd | | | | | Sold | 06/04 | | | |
| 827. -Abbott Laboratories Inc | | | | | | | | | |
| 828 -American Int'l Group Inc | | | | | Sold | 09/15 | | | |
| 829 -Bank of America Corp | | | | | Sold | 12/01 | | | |
| 830. -Bard C R Inc | | | | | Buy | 12/01 | | | |
| 831. -BP PLC Spons ADR | | | | | | | | | |
| 832. -Bristol Myers Squibb Co | | | | | | | | | |
| 833. -E I dupont deNemours | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2 500 G =$100,001 - $1 000,000 | C =$2,501 - $5,000 H1 =$1,000 001 - $5,000,000 | D =$5,001 - $15 000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less N =$250,001 - $500 000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500 001 - $1 000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000 000 | M =$100,001 - $250 000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C 2) | Q - Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834.  -Emerson Electric Co | | | | | | | | | |
| 835.  -Exxon Mobil Corp | | | | | Sold<br>(part) | 05/30 | | | |
| 836.  -FPL Group Inc | | | | | | | | | |
| 837  -Fairpoint (recd fr Verizon spinoff) | | | | | Spinoff<br>(from line 860) | 04/01 | | | |
| 838.  -Fairpoint Comm | | | | | Sold | 05*30 | | | |
| 839.  -Freeport McM Copper Gold | | | | | Sold | 12/01 | | | |
| 840.  -Goldman Sachs Group Inc | | | | | Sold | 12/01 | | | |
| 841  -Home Depot Inc | | | | | | | | | |
| 842.  -Intel Corp | | | | | | | | | |
| 843  -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 844  -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 845  -Ishares S&P GSSI Nat-Index Fd | | | | | Sold | 12/01 | | | |
| 846.  -JP Morgan Chase & Co | | | | | | | | | |
| 847.  -Marriott Int'l Inc | | | | | Sold | 12/01 | | | |
| 848  -Master Card Inc Cl A | | | | | Buy | 12/01 | | | |
| 849.  -McDonalds Corp | | | | | Buy | 12/01 | | | |
| 850.  -Mc Graw Hill Cos Inc | | | | | Sold | 12/01 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2.501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50 001 - $100,000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851    -Metlife Inc | | | | | Sold | 12/01 | | | |
| 852.  -Microsoft Corp | | | | | | | | | |
| 853.  -Morgan Stanley | | | | | Sold | 12/01 | | | |
| 854.  -Motorola Inc | | | | | | | | | |
| 855.  -Owens Ill Inc | | | | | Buy | 05/30 | | | |
| 856.  -Owens Ill Inc | | | | | Sold | 12/01 | | | |
| 857.  -Phelps Dodge Corp | | | | | | | | | |
| 858.  -PPG Industries Inc | | | | | | | | | |
| 859.  -Proctor & Gamble Co | | | | | | | | | |
| 860.  -Schlumberger Ltd | | | | | Sold (part) | 05/30 | | | |
| 861    -3M Company | | | | | | | | | |
| 862.  -Verizon (spinoff of Fairpoint Comm) | | | | | Transferred (to line 835) | 04/01 | | | |
| 863.  -Wall-Mart Stores Inc | | | | | | | | | |
| 864.  -Wells Fargo & Co New | | | | | | | | | |
| 865    -Wyeth | | | | | | | | | |
| 866.  -Zimmer Holdings Inc | | | | | | | | | |
| 867.  Trust #7 (No Income Rec'd) | None | | P2 | T | | | L | G | See Section VIII #1 |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C and D3) | N =$250,001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R  Cost (Real Estate Only) | S =Assessment | T  Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 869. -Central Bucks PA Sch Dist 2.5 - 2008 | | | | | Matured | 05/15 | | | |
| 870. -Chichester Sch Dist PA 2.5 - 2009 | | | | | | | | | |
| 871 -Cumberland Cnty PA 3.375 - 2015 | | | | | Buy | 07/10 | | | |
| 872. -Dillsburg PA Area Wtr Auth 2.25 - 2008 | | | | | Matured | 05/15 | | | |
| 873. -Forest Area Sch Dist PA 3.3-2012 | | | | | | | | | |
| 874. -Indiana St Fin Auth Rev 4.0-2011 | | | | | | | | | |
| 875. -Indiana Transn Fin Auth Hwy Rev 3.0-2009 | | | | | | | | | |
| 876. -Monroe Twp PA 3.0- 2010 | | | | | | | | | |
| 877. -N Hampton Penn Area Sch Dist 2.6-2008 | | | | | Matured | 09/01 | | | |
| 878. -N Coventry Twp PA 3.15 - 2014 | | | | | Buy | 01/08 | | | |
| 879. -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | | | | | |
| 880. -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | | | | | |
| 881. -Philadelphia PA Gas Wks Rev Var-2031 | | | | | Sold | 06/02 | | | |
| 882 -Pine Grove Area Sch Distg 3.25-2015 | | | | | Buy | 07/18 | | | |
| 883. -Scranton Penn Ser A 3.0 - 2010 | | | | | | | | | |
| 884. -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L = $50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  Susquehanna Twp PA Sch Dist 3 3-2015 | | | | | Buy | 06/12 | | | |
| 886.  -Up Perkiomen Sch Dst 3.85-2011 | | | | | | | | | |
| 887.  -Washtenaw Mich Cmnty College 3.5-2010 | | | | | | | | | |
| 888.  -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 889.  -Abb Ltd | | | | | Sold | 12/01 | | | |
| 890.  -Agilent Tech Inc | | | | | | | | | |
| 891  -American Express Co | | | | | Sold | 12/01 | | | |
| 892.  -Bank of America Corp | | | | | Sold | 12/01 | | | |
| 893.  -ChevronTexaco Corp | | | | | | | | | |
| 894.  -Citadel Broadcast | | | | | Sold | 05/30 | | | |
| 895.  -Citigroup Inc | | | | | Buy | 01/22 | | | |
| 896.  -Citigroup Inc | | | | | Sold | 12/01 | | | |
| 897.  -Walt Disney Co | | | | | | | | | |
| 898.  -Dominion Resources Inc VA | | | | | | | | | |
| 899.  -Dow Chemical | | | | | | | | | |
| 900  -Emerson Electric Co | | | | | | | | | |
| 901.  -Fairpoint (recd fr Verizon Spinoff) | | | | | Transferred (from line 926) | 04/01 | | | |

| 1  Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2  Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C 2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902.  -Fairpoint Comm Inc | | | | | Sold | 05/30 | | | |
| 903.  -FPL Group Inc | | | | | | | | | |
| 904.  -General Electric Co | | | | | | | | | |
| 905.  -Goldman Sachs Group Inc | | | | | Sold | 12/01 | | | |
| 906.  -Hanesbrands | | | | | | | | | |
| 907.  -Hewlett-Packard Co | | | | | | | | | |
| 908   -Int'l Business Machines Corp | | | | | Sold (part) | 05/30 | | | |
| 909.  -Intel Corp | | | | | | | | | |
| 910.  -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 911   -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 912.  -Ishares S&P GSSI Nat Index Fd | | | | ⤡ | Sold | 12/01 | | | |
| 913.  -JP Morgan Chase & Co | | | | | | | | | |
| 914.  -Lehman Bros Hldgs Inc | | | | | Sold | 09/15 | | | |
| 915.  -Marriott Int'l Inc | | | | | Sold (part) | 05/30 | | | |
| 916.  -Mc Graw Hill Cos Inc | | | | | Sold | 12/01 | | | |
| 917.  -Medco Hlth Solutions Inc | | | | | | | | | |
| 918.  -Morgan Stanley | | | | | Sold | 12/01 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919. -Norfolk Southern Corp | | | | | Sold<br>(part) | 12/01 | | | |
| 920. -Owens Ill Inc | | | | | Buy | 03/14 | | | |
| 921. -Owens Ill Inc | | | | | Buy | 05/30 | | | |
| 922. -Owens Ill Inc | | | | | Sold | 12/01 | | | |
| 923. -Sara Lee Corp | | | | | | | | | |
| 924. -Schlumberger Ltd | | | | | | | | | |
| 925. -Smith Int'l Inc | | | | | | | | | |
| 926. -3M Co | | | | | | | | | |
| 927. -Vengy | | | | | Sold | 12/01 | | | |
| 928. -Verizon (Spinoff of Fairarpoint Comm) | | | | | Transferred<br>(to line 899) | 05/15 | | | |
| 929. -Wells Fargo & Co New | | | | | Sold<br>(part) | 12/09 | | | |
| 930 -Weyerhauser Co | | | | | | | | | |
| 931. -Wyeth | | | | | | | | | |
| 932. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | K | E | See Section VIII #1 |
| 933 -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 934. -AT & T Inc | | | | | Buy | 12/09 | | | |
| 935. -Abbott Laboratories | | | | | Sold<br>(part) | 12/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R =Cost (Real Estate Only) | S -Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936.  -Accenture Ltd | | | | | Buy | 12/09 | | | |
| 937.  -Adobe Systems Inc | | | | | Buy | 12/09 | | | |
| 938.  -Aetna Inc | | | | | Buy | 12/09 | | | |
| 939.  -Alliance Data Sys Corp | | | | | Buy | 12/09 | | | |
| 940.  -Ambac Finl Group Inc | | | | | Sold | 05/07 | | | |
| 941.  -Amgen Inc | | | | | Sold | 05/07 | | | |
| 942.  -Amgen Inc | | | | | Buy | 12/09 | | | |
| 943.  -Apache Corp | | | | | Buy | 12/09 | | | |
| 944.  -Apple Inc | | | | | Buy | 12/09 | | | |
| 945.  -Avon Products | | | | | Sold | 12/09 | | | |
| 946  -Bank of America Corp | | | | | Sold (part) | 12/09 | | | |
| 947.  -Capital One Financial Corp | | | | | Sold | 12/09 | | | |
| 948.  -Chubb Corp | | | | | Sold (part) | 12/09 | | | |
| 949.  -Cisco Systems Inc | | | | | Sold (part) | 12/09 | | | |
| 950.  -Cit Group Inc | | | | | | | | | |
| 951.  -Citigroup Inc | | | | | Sold | 12/09 | | | |
| 952  -Coach Inc | | | | | Buy | 02/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 . | M  $100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -Coca Cola | | | | | Buy | 12/09 | | | |
| 954. -Colgate Palmolive | | | | | Buy | 12/09 | | | |
| 955. -Companhia Vale Do Rio Doce | | | | | Buy | 12/09 | | | |
| 956. -Concophillips | | | | | Buy | 12/09 | | | |
| 957 -Cvs Caremark Corp | | | | | Buy | 12/09 | | | |
| 958. -Danaher Corp | | | | | Buy | 12/09 | | | |
| 959 -Danaher Corp | | | | | Sold (part) | 12/17 | | | |
| 960. -Darden Restaurants | | | | | Buy | 12/09 | | | |
| 961. -Disney Walt Co | | | | | Sold | 12/09 | | | |
| 962. -EMC Corp Mass | | | | | Sold | 12/09 | | | |
| 963 -Eaton Corp | | | | | Sold (part) | 12/09 | | | |
| 964. -Emerson Electric | | | | | Buy | 12/09 | | | |
| 965. -Emerson Electric | | | | | Sold (part) | 12/29 | | | |
| 966. -Ensco International | | | | | Buy | 12/09 | | | |
| 967. -Estee Lauder | | | | | Buy | 12/09 | | | |
| 968. -Exelon Corp | | | | | Buy | 12/09 | | | |
| 969 -Exxon Mobil Corp | | | | | Sold (part) | 12/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000 000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1 000 001 - $5,000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Fairpoint (recd fr Verizon spinoff) | | | | | Spinoff (from line 1027) | 04/04 | | | |
| 971. -Fairpoint Comm | | | | | Sold | 05/07 | | | |
| 972. -Fedex Corp | | | | | Buy | 12/09 | | | |
| 973. -Fifth Third Bancorp | | | | | Buy | 12/09 | | | |
| 974. -First Horizon Nat'l Corp | | | | | Buy | 12/09 | | | |
| 975. -Gap Inc | | | | | Buy | 12/09 | | | |
| 976. -General Electric Co | | | | | Buy | 12/09 | | | |
| 977. -Goldman Sachs Group Inc | | | | | Buy | 12/09 | | | |
| 978. -Halliburton Co | | | | | Buy | 12/09 | | | |
| 979 -Hess Corp | | | | | Buy | 12/09 | | | |
| 980. -Home Depot | | | | | Buy | 12/09 | | | |
| 981. -Honeywell Intl Inc | | | | | Buy | 12/09 | | | |
| 982. -Hospira Inc | | | | | Buy | 12/09 | | | |
| 983. -Host Hotels & Resorts Inc | | | | | Sold | 05/07 | | | |
| 984. -IBM Corp | | | | | Buy | 12/09 | | | |
| 985. -Intel Corp | | | | | Sold (part) | 12/09 | | | |
| 986. -Int'l Game Technology | | | | | Sold | 12/09 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000 001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50 001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1 000 001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987  -Johnson & Johnson | | | | | Sold<br>(part) | 12/09 | | | |
| 988.  -Juniper Networks Inc | | | | | Buy | 12/09 | | | |
| 989   -JP Morgan Chase & Co | | | | | Buy | 12/09 | | | |
| 990.  -Kbr Inc | | | | | Buy | 12/09 | | | |
| 991.  -Keycorp New | | | | | Buy | 12/09 | | | |
| 992.  -Laboratory Corp Amer Hldgs | | | | | Buy | 12/09 | | | |
| 993.  -McAfee Inc | | | | | Buy | 12/09 | | | |
| 994.  -McDonalds Corp | | | | | Buy | | | | |
| 995.  -Medtronic Inc | | | | | Buy | 12/09 | | | |
| 996  -Microchip Tech Inc | | | | | Sold | 05/07 | | | |
| 997.  -Microsoft Corp | | | | | Sold<br>(part) | 12/09 | | | |
| 998.  -Molson Coors Brewing Co | | | | | Buy | 12/09 | | | |
| 999.  -Mosaic Co | | | | | Buy | 12/09 | | | - |
| 1000. -News Corp Inc | | | | | Buy | 12/09 | | | |
| 1001. -Nokal Corp-Spon ADR | | | | | Buy | 12/09 | | | |
| 1002 -Northrop Grumman Corp | | | | | Sold | 05/07 | | | |
| 1003. -Novartts AG-ADR | | | | | Buy | 12/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | ●=$500 001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000 001 - $25 000 000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Omnicom Group Inc | | | | | Sold (part) | 12/09 | | | |
| 1005. -Oracle Corp | | | | | Buy | 12/09 | | | |
| 1006. -PNC Financial Svcs Group | | | | | Buy | 12/09 | | | |
| 1007. -Pepsico Inc | | | | | Sold (part) | 12/09 | | | |
| 1008. -Phillip Morris Intl W/I | | | | | Buy | 12/09 | | | |
| 1009. -Pfizer Inc | | | | | Buy | 12/09 | | | |
| 1010. -Praxair Inc | | | | | Sold (part) | 12/09 | | | |
| 1011. -Procter & Gamble Co | | | | | Sold (part) | 12/09 | | | |
| 1012. -Qualcomm Inc | | | | | Sold (part) | 12/09 | | | |
| 1013. -Raytheon Co | | | | | Buy | 12/09 | | | |
| 1014. -Ross Stores Inc | | | | | Buy | 12/09 | | | |
| 1015 -Royal Dutch Shell ADR-B | | | | | Sold | 12/09 | | | |
| 1016. -Schering Plough Corp | | | | | Buy | 12/09 | | | |
| 1017. Schwab Charles Corp New | | | | | Buy | 12/09 | | | |
| 1018 -Sempra Energy | | | | | Buy | 12/09 | | | |
| 1019. -St Jude Medical Inc | | | | | Buy | 12/09 | | | |
| 1020. -Starwood Htls & Resorts | | | | | Sold | 05/07 | | | |

| Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100 001 - $1 000 000 | H1 =$1,000 001 - $5 000 000 | H2 =More than $5,000,000 | |
| Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50 001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000 001 - $25,000 000 | |
| | P3 =$25,000 001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. -Telefonos De Mexico ADR | | | | | Sold | 05/07 | | | |
| 1022. -Textron Inc | | | | | Sold (part) | 12/09 | | | |
| 1023 -Thermo Fisher Scientific Inc | | | | | Buy | 12/09 | | | |
| 1024. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 1025. -Tyco Intl Ltd | | | | | Buy | 12/09 | | | |
| 1026. -US Bancorp Del | | | | | Sold (part) | 12/09 | | | |
| 1027. -Unitedhealth Group Inc | | | | | Sold | 12/09 | | | |
| 1028. -Vertex Pharmaceuticals Inc | | | | | Buy | 12/09 | | | |
| 1029. -Verizon (Spsinoff of Fairpoint) | | | | | Transferred (to line 989) | 04/04 | | | |
| 1030. -Wallgreen Co | | | | | Sold | 12/09 | | | |
| 1031. -Wal Mart Stores Inc | | | | | Buy | 12/09 | | | |
| 1032.--Wells Fargo & Co New | | | | | | | | | |
| 1033. -XTO Energy Inc | | | | | Buy | 12/09 | | | |
| 1034 -Yahoo Inc | | | | | Sold | 12/09 | | | |
| 1035. -Lycoming Cnty PA 3 875 - 2018 | | | | | Buy | 05/13 | | | |
| 1036 -Milford Twp PA 3.4 - 2018 | | | | | Buy | 06/03 | | | |
| 1037. -Shaler PA Area Sch Dist 3 3 - 2016 | | | | | Buy | 06/18 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A -$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C 1 and D3) | J -$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100 001 - $250,000 | |
| | N -$250,000 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 -$25,000 001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes (See Column C2) | Q Appraisal | R =Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| | U =Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. -Ishares MSCI Emerging Mkts Index Fd | | | | | Buy | 12/05 | | | |
| 1039. -Ishares MSCI EAFE Index Fd | | | | | Buy | 12/05 | | | |
| 1040. -Ishares S&P Midcap 400 | | | | | Buy | 12/05 | | | |
| 1041. -Ishares Tr S&P Small Cap 600 | | | | | Buy | 12/05 | | | |
| 1042. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1043 -BNY Mellon Int'l Natl Fd Cl M | | | | | Sold<br>(part) | 05/06 | | | See Section VIII #4 |
| 1044. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1045. -BNY Mellon Mid Cap Stk Fund Cl M | | | | | Sold<br>(part) | 05/06 | | | See Section VIII #4 |
| 1046. -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1047. -BNY Mellon Small Cap Stk Fund Cl M | | | | | Sold<br>(part) | 05/06 | | | See Section VIII #4 |
| 1048. -BNY Mellon Small Cap Stk Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1049. Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 1050. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1051. -Allegheny Cnty PA Hosp Dev Alleg Gen .<br>.Hosp 7.375-2012 | | | | | | | | | |
| 1052. -Allegheny Cnty PA Port Auth SPL Rev .5<br>0-2021 | | | | | | | | | |
| 1053. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 1054. -Bensalem Twp PA 3.5-2012 | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5 000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1055. -Council Rock PA Sch Dist 4 0-2017 | | | | | | | | | |
| 1056. -Lancaster PA Area Swr 3 4-2012 | | | | | | | | | |
| 1057. -Laurel Highlands PA 3.625-2011 | | | | | | | | | |
| 1058. -PA St Higher Edl Facs Auth College-Ser .. B.4.7-2009 | | | | | | | | | |
| 1059. -PA St Higher Edl Facs Auth College-Ser .. B.4.6-2008 | | | | | Matured | 11/03 | | | |
| 1060. -PA St Higher Edl Facs Auth Ser R 4 8-2012 | | | | | | | | | |
| 1061. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |
| 1062. -PA St Higher Edl Facs Auth 4.0-2010 | | | | | | | | | |
| 1063. -PA St Tpk Comn Oil Fran Tax - Unrefund ..5.25 - 2009 | | | | | | | | | |
| 1064. -Pa St Tpk Comn Oil Fran Tax - Prerefund .5.25-2009 | | | | | | | | | |
| 1065. -Pennsbury Penn Sch 3.375-2011 | | | | | | | | | |
| 1066. -Philadelphia PA Gas Wks Rev Second Ser ..5.0-2011 | | | | | | | | | |
| 1067. -Pittsburgh PA Sch Dist 4 25-2012 | | | | | | | | | |
| 1068. -Pleasant Valley School Dist 4.1-2008 | | | | | Sold | 09/02 | | | |
| 1069. -Snyder Cnty PA Higher 3 85-2016 | | | | | | | | | |
| 1070 -Spring-Ford Area School 4.8-2018 | | | | | | | | | |
| 1071 -State Pub Sch Bldg PA College 2.6-2010 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Tunkhannock PA Area Sch Dist 4.75-2010 | | | | | Sold | 01/15 | | | |
| 1073. -Upper Merion PA 4.0-2013 | | | | | | | | | |
| 1074. -Wash Cnty PA Auth Rev Girard College .4 45-2010 | | | | | | | | | |
| 1075. -W Perry Penn Sch 3.4-2013 | | | | | | | | | |
| 1076. -AT & T | | | | | Sold (part) | 05/16 | | | |
| 1077. -Abbott Laboratories | | | | | Buy | 05/16 | | | |
| 1078. -Accenture Ltd | | | | | Buy | 05/16 | | | |
| 1079. -Adobe Systems Inc | | | | | Buy | 05/16 | | | |
| 1080. -Aetna Inc | | | | | Buy | 07/28 | | | |
| 1081. -Aetna Inc | | | | | Buy | 08/13 | | | |
| 1082. -Akamai Technologies Inc | | | | | Buy | 05/16 | | | |
| 1083. -Akamai Technologies Inc | | | | | Sold | 11/03 | | | |
| 1084. -Alcoa Inc | | | | | Sold | 05/16 | | | |
| 1085 -Allegheny Tech Inc | | | | | Buy | 05/16 | | | |
| 1086. -Allegheny Tech Inc | | | | | Sold | 06/13 | | | |
| 1087. -Alliance Data Sys Corp | | | | | Buy | 07/28 | | | |
| 1088 -American Intl Group | | | | | Buy | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. -Amgen Inc | | | | | Buy | 11/03 | | | |
| 1090 -Apache Corp | | | | | Buy | 05/16 | | | |
| 1091. -Apple Inc | | | | | Buy | 07/11 | | | |
| 1092 -Apple Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 1093. -Bank of America Corp | | | | | Buy | 05/16 | | | |
| 1094. -Bank of America Corp | | | | | Buy | 10/20 | | | |
| 1095. -Boston Scientific Corp | | | | | Sold | 05/16 | | | |
| 1096. -BP PLC Spons ADR | | | | | Sold | 05/16 | | | |
| 1097. -Bristol Myers Squibb Co | | | | | Sold | 05/16 | | | |
| 1098. -Chubb Corp | | | | | | | | | |
| 1099 -Chubb Corp | | | | | Buy | 05/16 | | | |
| 1100. -Chubb Corp | | | | | Sold<br>(part) | 11/26 | | | |
| 1101 -Cisco Systems | | | | | Sold<br>(part) | 05/16 | | | |
| 1102 -Cisco Systems | | | | | Buy | 07/28 | | | |
| 1103 -Citigroup Inc | | | | | Sold<br>(part) | 05/16 | | | |
| 1104 -Citigroup Inc | | | | | Buy | 07/28 | | | |
| 1105 -Citigroup Inc | | | | | Buy | 09/24 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | F =$15 001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000 001 - $5 000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25 000 001 $50,000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106 -Citigroup Inc | | | | | Buy | 10/20 | | | |
| 1107. -Citigroup Inc | | | | | Sold | 11/26 | | | |
| 1108. -Cme Group Inc | | | | | Buy | 05/16 | | | |
| 1109. -Cme Group Inc | | | | | Sold | 08/19 | | | |
| 1110 -Coach Inc | | | | | Buy | 10/24 | | | |
| 1111. -Coca Cola Enterprises Inc | | | | | Buy | 05/16 | | | |
| 1112. -Colgate Palmolive Co | | | | | Buy | 08/12 | | | |
| 1113. -Companhia Vale Do Rio Doce | | | | | Buy | 05/16 | | | |
| 1114. -Concophillips | | | | | Sold | 05/16 | | | |
| 1115. -Coviden Ltd | | | | | Sold | 05/16 | | | |
| 1116. -CVS Caremark Corp | | | | | Buy | 05/16 | | | |
| 1117. -Danaher Corp | | | | | Buy | 05/16 | | | |
| 1118. -Darden Restaurants Inc | | | | | Buy | 05/16 | | | |
| 1119 -Darden Restaurants Inc | | | | | Sold (part) | 12/17 | | | |
| 1120. -Dell Inc | | | | | Buy | 06/18 | | | |
| 1121 -Dell Inc | | | | | Sold | 10/20 | | | |
| 1122. -EMC Corp | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R =Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123  -Eaton Corp | | | | | Buy | 05/15 | | | |
| 1124. -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 1125. -Eaton Corp | | | | | Sold | 11/06 | | | |
| 1126. -Electronic Arts Inc | | | | | Sold | 05/16 | | | |
| 1127  -Emerson El Co | | | | | Bot | 05/15 | | | |
| 1128. -Emerson El Co | | | | | Sold (part) | 12/29 | | | |
| 1129. -Ensco Intl | | | | | Buy | 05/15 | | | |
| 1130. -Estee Laudcer Cos Cl A | | | | | Buy | 08/19 | | | |
| 1131. -Exelon Corp | | | | | Buy | 0515 | | | |
| 1132  -Exxon Mobil Corp | | | | | Buy | 05/16 | | | |
| 1133. -Fairpoint (rec fr Verizon spinoff) | | | | | Spinoff (from line 1229) | 04/04 | | | |
| 1134. -Fairpoint Comm | | | | | Sold | 05/16 | | | |
| 1135. -Fed Nat'l Mortgage Assoc | | | | | Sold | 05/16 | | | |
| 1136. -Fedex Corp | | | | | Buy | 11/26 | | | |
| 1137. -Fifth Third Bancorp | | | | | Buy | 10/20 | | | |
| 1138  -First Horizon Natl Corp | | | | | Buy | 10/20 | | | |
| 1139  -Freeport-McM Copr Gold Cl B | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5 000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,800 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L  -$50,001 - $100,000 | ~ M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000 000 | |
| | P3 =$25,000 001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| (See Column C 2) | U –Book Value | V –Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140  -Gap Inc | | | | | Buy | 05/15 | | | |
| 1141  -General Electric | | | | | Sold<br>(part) | 05/27 | | | |
| 1142. -Goldman Sachs Group | | | | | Buy | 05/15 | | | |
| 1143. -Goldman Sachs Group | | | | | Sold<br>(part) | 11/03 | | | |
| 1144. -Halliburton Co | | | | | Buy | 05/15 | | | |
| 1145. -Hess Corp | | | | | Buy | 05/15 | | | |
| 1146. -Hess Corp | | | | | Sold | 06/02 | | | |
| 1147. -Hewlett Packard Co | | | | | Buy | 05/15 | | | |
| 1148. -Hewlett Packard Co | | | | | Sold | 05/20 | | | |
| 1149  -Hospiria Inc | | | | | Buy | 05/15 | | | |
| 1150. -Honeywell Intl Inc | | | | | Buy | 05/15 | | | |
| 1151. -Humana Inc | | | | | Buy | 05/23 | | | |
| 1152. -Humana Inc | | | | | Sold | 06/24 | | | |
| 1153. -IBM Corp | | | | | Buy | 05/15 | | | |
| 1154. -Intel Corp | | | | | Sold | 05/16 | | | |
| 1155. -Intel Corp | | | | | Buy | 05/20 | | | |
| 1156. -Intel Corp | | | | | Sold<br>(part) | 10/20 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | I =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C-1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000 001 - $5,000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Intel Corp | | | | | Sold (part) | 11/14 | | | |
| 1158. -Johnson & Johnson | | | | | Sold (part) | 05/16 | | | |
| 1159. -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |
| 1160. -JP Morgan Chase & Co | | | | | Sold (part) | 05/16 | | | |
| 1161. -JP Morgan Chase & Co | | | | | Sold (part) | 08/19 | | | |
| 1162. -Kbr Inc | | | | | Buy | 05/15 | | | |
| 1163. -Kbr Inc | | | | | Buy | 12/17 | | | |
| 1164. -Keycorp New | | | | | Buy | 10/20 | | | |
| 1165. -Laboratory Corp Amer Hldgs | | | | | Buy | 05/15 | | | |
| 1166. -Marriott Intl Inc | | | | | Buy | 05/15 | | | |
| 1167. -Marriott Intl Inc | | | | | Sold | 07/31 | | | |
| 1168. -Masco Corp | | | | | Sold | 05/16 | | | |
| 1169. -McAfee Inc | | | | | Buy | 05/15 | | | |
| 1170. -McDonalds Corp | | | | | Buy | 05/15 | | | |
| 1171. -Medtronic Inc | | | | | Buy | 05/15 | | | |
| 1172. -Merck & Co | | | | | Buy | 05/15 | | | |
| 1173. -Merck & Co | | | | | Sold | 07/25 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174 -MetLife Inc | | | | | Sold | 10/07 | | | |
| 1175. -Microsoft Corp | | | | | Sold (part) | 05/16 | | | |
| 1176. -Microsoft Corp | | | | | Sold (part) | 07/11 | | | |
| 1177. -Morgan Stanley | | | | | Buy | 05/15 | | | |
| 1178. -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 1179. -Mosiac Co | | | | | Buy | 06/13 | | | |
| 1180. -New York Fire-Shield Inc | | | | | Buy | 06/20 | | | |
| 1181. -News Corp Inc | | | | | Buy | 05/15 | | | |
| 1182 -Nokia Corp Spon ADR | | | | | Buy | 07/31 | | | |
| 1183 -Novartis AG Spon ADR | | | | | Buy | 09/29 | | | |
| 1184. -Novartis AG Spon ADR | | | | | Buy | 10/10 | | | |
| 1185 -Omnicom Group Inc | | | | | Buy | 05/15 | | | |
| 1186. -Omnicom Group Inc | | | | | Sold (part) | 08/12 | | | |
| 1187 -Oracle Corp | | | | | Buy | 05/15 | | | |
| 1188 -Parker Hannifin Corp | | | | | Buy | 12/29 | | | |
| 1189. -Pepsico Inc | | | | | Buy | 05/15 | | | |
| 1190. -Pfizer Inc | | | | | Buy | 05/15 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5.000 | D =$5 001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1,000 001 - $5 000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5 000 000 | P2 =$5 000 001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. -PNC Financial Svcs Grp | | | | | Buy | 05/16 | | | |
| 1192 -PNC Financial Svcs Grp | | | | | Sold (part) | 10/20 | | | |
| 1193. -Praxair Inc | | | | | Buy | 05/16 | | | |
| 1194. -Praxair Inc | | | | | Sold (part) | 09/11 | | | |
| 1195 -Procter & Gamble Co | | | | | Buy | 05/15 | | | |
| 1196. -Qualcomm Inc | | | | | Buy | 05/16 | | | |
| 1197 -Qualcomm Inc | | | | | Sold (part) | 07/23 | | | |
| 1198. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 1199. -Raytheon Co | | | | | Buy | 10/10 | | | |
| 1200. -Research in Motion Ltd | | | | | Buy | 05/16 | | | |
| 1201. -Research in Motion Ltd | | | | | Sold | 10/07 | | | |
| 1202. -Ross Stores Inc | | | | | Buy | 05/16 | | | |
| 1203. -Royal Dutch Shell | | | | | Sold | 05/16 | | | |
| 1204. -Schwab Charles Corp New | | | | | Buy | 11/26 | | | |
| 1205. -Schering Plough Corp | | | | | Buy | 05/16 | | | |
| 1206 -Sempra Energy | | | | | Bot | 05/16 | | | |
| 1207. -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1 001 - $2 500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E -$15 001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 -$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J -$15,000 or less | K =$15,001 - $50 000 | L =$50 001 - $100,000 | M -$100,001 - $250 000 | |
| | N =$250 001 - $500 000 | O -$500 001 - $1 000 000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U -Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. -Sprint Nextel Corp | | | | | Sold | 11/03 | | | |
| 1209. -St Jude Medical Inc | | | | | Buy | 05/16 | | | |
| 1210. -Supervalu Inc | | | | | Buy | 05/16 | | | |
| 1211. -Supervalu Inc | | | | | Sold (part) | 07/28 | | | |
| 1212. -TJX | | | | | Buy | 05/16 | | | |
| 1213 -TJX | | | | | Sold | 12/09 | | | |
| 1214. -3M Co | | | | | Sold | 12/04 | | | |
| 1215 -Terex Corp New | | | | | Buy | 05/16 | | | |
| 1216. -Texas Instruments | | | | | Buy | 05/16 | | | |
| 1217. -Texas Instruments | | | | | Sold | 07/31 | | | |
| 1218. -Textron Inc | | | | | Buy | 05/16 | | | |
| 1219. -The St Paul Travelers Cos | | | | | Sold | 12/04 | | | -- |
| 1220. -Thermo Fisher Scientific Inc | | | | | Buy | 05/16 | | | |
| 1221 -Thermo Fisher Scientific Inc | | | | | Sold (part) | 11/14 | | | |
| 1222. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 1223. -Travelers Cos Inc | | | | | Sold (part) | 05/16 | | | |
| 1224. -Tyco Electronics | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500 001 - $1 000,000 | P1 =$1,000,001 - $5 000 000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1225  -Tyco Int'l Ltd W/I | | | | | Buy | 08/14 | | | |
| 1226. -United Health Group Inc | | | | | Sold (part) | 05/16 | | | |
| 1227  -United Parcel Svc Cl B | | | | | Sold | 05/16 | | | |
| 1228. -US Bancorp | | | | | Buy | 05/16 | | | |
| 1229  -US Bancorp | | | | | Sold (part) | 10/20 | | | |
| 1230. -Verizon (Spinoff of Fairpoint Comm) | | | | | Transferred (to line 1132) | 04/04 | | | |
| 1231. -Verizon Comm | | | | | Sold (part) | 05/16 | | | |
| 1232. -Verizon Comm | | | | | Sold (part) | 06/18 | | | |
| 1233. -Wachovia Corp 2nd New | | | | | Buy | 08/13 | | | |
| 1234. -Wachovia Corp 2nd New | | | | | Buy | 09/24 | | | |
| 1235. -Wachovia Corp 2nd New | | | | | Sold | 10/06 | | | |
| 1236. -Wal-Mart Stores Inc | | | | | Sold (part) | 08/12 | | | |
| 1237  -Wells Fargo & Co New | | | | | Buy | 05/16 | | | |
| 1238  -Wells Fargo & Co | | | | | Sold (part) | 11/26 | | | |
| 1239  -Wyeth | | | | | Buy | 06/24 | | | |
| 1240. -Wyeth | | | | | Buy | 08/13 | | | |
| 1241  -Wyeth | | | | | Sold (part) | 09/29 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 ' | L =$50 001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000 001 - $25 000 000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242 -Xto Energy Inc | | | | | Buy | 05/16 | | | |
| 1243. -Zimmer Hldgs Inc | | | | | | | | | |
| 1244. -Advantage Global Alpha-R Fund | | | | | Sold | 12/02 | | | |
| 1245. Dreyfus PR Gl (recd fr merger BNY Hamil ton) | | | | | Merged (with line 1246) | 09/15 | | | |
| 1246. Dreyfus PR Gl | | | | | Sold | 12/12 | | | |
| 1247. -Global Real Est Fund (merged into Dreyfus PR Gl) | | | | | Spinoff (from line 1245) | 09/15 | | | |
| 1248. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1249. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1250. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1251 -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1252 -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1253. -Midcap SPDR Tr Unit Ser I | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1254. -Ishares MSCI Emerg Mkts Index Fd) | | | | | Buy | 12/05 | | | |
| 1255. -Ishares MSCI EAF Index FD | | | | | Buy | 12/05 | | | |
| 1256. -Ishares S&P Midcap 400 | | | | | Buy | 12/05 | | | |
| 1257. -Ishares Tr S&P Small Cap 600 | | | | | Buy | 12/05 | | | |
| 1258. -Midcap SPDR Tr Unit Ser I | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C. | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (eg, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 1260 -Royalty Pmts-Cetus Health Care Ltd Partnership II | | | | | | | | | |
| 1261. Trust #9 (GST Exempt) | D | Int./Div. | O | T | | | L | D | See Section VIII #1 |
| 1262. -BNY Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1263. -Bank of America Corp | | | | | Sold | 05/07 | | | |
| 1264. -Block H&R Inc | | | | | Sold | 05/07 | .. | | |
| 1265 -Johnson & Johnson | | | | | Sold | 05/07 | | | |
| 1266. -Microchip Tech Inc | | | | | Sold | 05/07 | | | |
| 1267. -Microsoft Corp | | | | | Sold | 05/07 | | | |
| 1268. -Qualcomm | | | | | Sold | 05/07 | | | |
| 1269 -Riverfront Cap Fund LP | | | | | | | | | |
| 1270. -Sysco Corp | | | | | Sold | 05/07 | | | |
| 1271. -Target Corp | | | | | Sold | 05/07 | | | |
| 1272 -Time Warner Inc | | | | | Sold | 05/07 | | | |
| 1273. -US Bancorp Del | | | | | Sold | 05/07 | | | |
| 1274. -Wells Fargo & Co New | | | | | | | | | |
| 1275. -Dryfus PR G1 RE Sec merged with Global) | | | | | Transferred (from line 1284) | 07/14 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E - $15001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 $25 000,000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S - Assessment | T -Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1276. -Dryfus PR G1 RE Sec | | | | | Sold | 12/02 | | | |
| 1277. -Mineral Int Rumley/German Twps Harrison ..Co Ohio | | | | | Sold | 05/07 | | | |
| 1278. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1279. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1280. -BNY Mellon Large Cap Stk Fd Cl M | | | | | Buy | 05/08 | | | See Section VIII #4 |
| 1281. -BNY Mellon Large Cap Stk Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1282. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold<br>(part) | 05/06 | | | See Section VIII #4 |
| 1283. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold | 08/21 | | | See Section VIII #4 |
| 1284. -Global R Est Sec Fd (merged into Dryfus) | | | | | Merged<br>(with line 1275) | 07/14 | | | |
| 1285. -Ishares MSCI Emerg Mkts Index Fd) | | | | | Merged<br>(with line 1275) | 12/05 | | | |
| 1286. -Ishares MSCI EAFE Index Fd | | | | | Buy | 12/05 | | | |
| 1287. -Ishares Tr S&P Small Cap 600 | | | | | Buy | 12/05 | | | |
| 1288. -Spdr Trust Series I | | | | | Buy | 12/05 | K | | |
| 1289. -Midcap Spdr Tr Unit Ser 1 | | | | | Sold<br>(part) | 05/07 | | | |
| 1290. Trust #10 (GST Non-Exempt) | E | Int./Div | P1 | T | | | L | D | See Section VIII #1 |
| 1291. -BNY Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1292. -Allegheny Cnty PA PO 4 125 - 2009 | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5 000 000 | H2 -More than $5 000 000 | |
| 2 Value Codes | J -$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M -$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O -$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q -Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -Allegheny Cnty PA 3.0-2010 | | | | | | | | | |
| 1294. -Luzerne Cnty PA 2 85-2010 | | | | | | | | | |
| 1295 -Manheim Twp PA Gen Mu 4.35 - 2010 | | | | | | | | | |
| 1296. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |
| 1297. -Norwin PA Sch Dist 4.5 - 2014 | | | | | | | | | |
| 1298. -PA St Higher 3.25 - 2011 | | | | | | | | | |
| 1299. -Philadelphia PA Auth 4.6 - 2012 | | | | | | | | | |
| 1300 -Pittsburgh PA 4.6 - 2012 | | | | | Sold | 0/19 | | | |
| 1301. -Pottstown PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1302. -Souderton PA Area Sch 3.5 -2015 | | | | | | | | | |
| 1303. -West Chester PA 3.25 -2011 | | | | | | | | | |
| 1304. -Abbott Laboratories | | | | | Sold (part) | 05/16 | | | |
| 1305 -Accenture Ltd | | | | | Buy | 05/16 | | | |
| 1306 -Adobe Systems Ltrd | | | | | Buy | 05/16 | | | |
| 1307. -Aetna Inc | | | | | Buy | 08/13 | | | |
| 1308. -Akami Tech | | | | | Buy | 05/16 | | | |
| 1309 -Akami Tech | | | | | Sold | 11/03 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Akami Tech | | | | | Sold | 11/03 | | | |
| 1311. -Allegheny Tech Inc. | | | | | Buy | 05/16 | | | |
| 1312. -Allegheny Tech Inc | | | | | Sold | 06/13 | | | |
| 1313. -Alliance Dataa Sys Corp | | | | | Buy | 06/02 | | | |
| 1314 -Alliance Data Sys Corp | | | | | Buy | 07/28 | | | |
| 1315. -Ambac Finl Group Inc | | | | | Sold | 05/16 | | | |
| 1316. -American Int'l Group Inc | | | | | Buy | 05/16 | | | |
| 1317. -American Int'l Group Inc | | | | | Sold | 08/13 | | | |
| 1318. -Anheiser Busch Cos Inc | | | | | Sold | 05/16 | | | |
| 1319. -American Int'l Group Inc | | | | | Sold | 08/13 | | | |
| 1320 -Apache Corp | | | | | Buy | 05/16 | | | |
| 1321. -Apple Inc | | | | | Buy | 07/31 | | | |
| 1322. -Apple Inc | | | | | Sold (part) | 11/14 | | | |
| 1323. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1324. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1325. -AT&T | | | | | Buy | 05/16 | | | |
| 1326. -Automatic Data Process | | | | | Sold | 05/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1327 -Bank of America Corp | | | | | Sold<br>(part) | 05/16 | | | |
| 1328. -Bank of America Corp | | | | | Bot | 10/20 | | | |
| 1329 -Block H&R Inc | | | | | Sold | 05/16 | | | |
| 1330. -Broadridge Finl | | | | | Sold | 05/9 | | | |
| 1331. -Chubb Corp | | | | | Sold<br>(part) | 05/16 | | | |
| 1332. -Chubb Corp | | | | | Sold<br>(part) | 11/26 | | | |
| 1333 -Cisco Systems Inc | | | | | Buy | 05/16 | | | |
| 1334. -Cisco Systems Inc | | | | | Buy | 07/28 | | | |
| 1335. -Cit Group Inc | | | | | Sold | 05/16 | | - | |
| 1336 -Citadel Broadcast | | | | | Sold | 05/16 | | | |
| 1337. -Citigroup Inc | | | | | Buy | 05/16 | | | |
| 1338. -Citigroup Inc | | | | | Buy | 07/28 | | | |
| 1339. -Citigroup Inc | | | | | Buy- | 09/24 | | | |
| 1340 -Citigroup Inc | | | | | Buy | 10/20 | | | |
| 1341. CME Group Inc | | | | | Buy | 05/16 | | | |
| 1342 CME Group Inc | | | | | Sold | 08/19 | | | |
| 1343 -Coach Inc | | | | | Buy | 10/24 | | | |

| 1 Income Gain Codes | A –$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E –$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50 001 - $100,000 | G –$100,001 - $1,000,000 | H1 =$1 000 001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J –$15 000 or less | K =$15 001 - $50,000 | L - $50,001 - $100,000 | M –$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000 001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1344. -Coca Cola Enterprises Inc | | | | | Buy | 05/16 | | | |
| 1345. -Colgate Palmolive Co | | | | | Buy | 08/12 | | | |
| 1346. -Companhia Vale Do Rio Doce | | | | | Sold<br>(part) | 05/16 | | | |
| 1347. -Concophillips | | | | | Sold | 05/16 | | | |
| 1348. -Coviden Ltd | | | | | Sold | 05/16 | | | |
| 1349. -CVS Caremark Corp | | | | | Buy | 05/16 | | | |
| 1350. -Darden Restaurants Inc | | | | | Buy | 05/16 | | | |
| 1351. -Danaher Corp | | | | | Buy | 05/16 | | | |
| 1352. -Danaher Corp | | | | | Buy | 05/16 | | | |
| 1353. -Danaher Corp | | | | | Sold<br>(part) | 12/17 | | | |
| 1354. -Dell Inc | | | | | Sold | 05/16 | | | |
| 1355. -Dell Inc | | | | | Buy | 06/18 | | | |
| 1356. -Dell Inc | | | | | Sold | 10/20 | | | |
| 1357. -Disney Walt Co | | | | | Sold | 05/16 | | | |
| 1358. -DuPont E I DeNemours & Co | | | · | | Sold | 05/16 | | | |
| 1359. -EMC Corp Mass | | | | | Sold | 05/16 | | | |
| 1360 -Eaton Corp | | | | | Buy | 05/15 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000 000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000 001 - $25,000,000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1361. -Eaton Corp | | | | | Sold<br>(part) | 07/21 | | | |
| 1362. -Eaton Corp | | | | | Sold | 11/06 | | | |
| 1363. -Electronic Arts Inc | | | | | Sold | 05/16 | | | |
| 1364. -Emerson Electric Co | | | | | Buy | 05/15 | | | |
| 1365 -Emerson Electric Co | | | | | Sold<br>(part) | 12/29 | | | |
| 1366. -Ensco Intl Inc | | | | | Buy | 05/15 | | | |
| 1367 -Estree Lauder Co | | | | | Buy | 08/19 | | | |
| 1368. -Exelon Corp | | | | | Buy | 05/15 | | | |
| 1369. -Exxon Mobil Corp | | | | | Buy | 05/16 | | | |
| 1370 -Harley Davidson Inc | | | | | Sold | 05/16 | | | |
| 1371. -Fairpoint Comm (recd fr Verizon spinoff) | | | | | Spinoff<br>(from line 1478) | 04/04 | | | |
| 1372. -Fairpoint Comm | | | | | Sold | 05/16 | | | |
| 1373. -Fedex Corp | | | | | Buy | 11/06 | | | |
| 1374 -Fedex Corp | | | | | Buy | 11/26 | | | |
| 1375. -Fifth 3rd Bancorp | | | | | Buy | 10/20 | | | |
| 1376. -First Horizon Natl Corp | | | | | Buy | 10/20 | | | |
| 1377 -Gap Inc | | | | | Buy | 05/15 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,801 - $1,000,000 | H1 =$1,000 001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1 000 001 - $5,000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q -Appraisal | R - Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| (See Column C2) | U  Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1378. -General Electric | | | | | Buy | 05/15 | | | |
| 1379. -Goldman Sachs Grp Inc | | | | | Buy | 05/15 | | | |
| 1380. -Goldman Sachs Grp Inc | | | | | Sold (part) | 11/03 | | | |
| 1381. -Halliburton Co | | | | | Buy | 05/15 | | | |
| 1382. -Hershey Foods Corp | | | | | Sold | 05/16 | | | |
| 1383 -Hess Corp | | | | | Buy | 05/15 | | | |
| 1384. -Hess Corp | | | | | Sold (part) | 05/23 | | | |
| 1385 -Hewlett Packard | | | | | Buy | 05/15 | | | |
| 1386. -Hewlett Packard | | | | | Sold | 05/20 | | | |
| 1387. -Home Depot | | | | | Buy | 11/26 | | | |
| 1388. -Honeywell Int'l Inc | | | | | Sold (part) | 05/16 | | | |
| 1389. -Hospiria Inc | | | | | Buy | 05/15 | | | |
| 1390. -Humana Inc | | | | | Buy | 05/23 | | | |
| 1391. -Humana Inc | | | | | Sold | 06/24 | | | |
| 1392. -IBM Corp | | | | | | | | | |
| 1393. -IBM Corp | | | | | Buy | 05/15 | | | |
| 1394. -Intel Corp | | | | | Sold (part) | 05/16 | | | |

| Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O -$500,001 - $1 000,000 | P1 -$1,000,001 - $5 000 000 | P2 - $5 000 001 - $25,000,000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1395. -Intel Corp | | | | | Buy | 05/20 | | | |
| 1396. -Intel Corp | | | | | Sold (part) | 10/20 | | | |
| 1397 -Intel Corp | | | | | Sold (part) | 11/14 | | | |
| 1398. -J P Morgan Chase & Co | | | | | Sold (part) | 08/19 | | | |
| 1399 -Johnson & Johnson | | | | | Buy | 05/15 | | | |
| 1400. -Johnson & Johnson | | | | | Sold (part) | 05/16 | | | |
| 1401 -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |
| 1402. -Kbr Inc | | | | | Buy | 05/15 | | | |
| 1403. -Kbr Incx | | | | | Buy | 12/17 | | | |
| 1404. -Keycorp New | | | | | Buy | 10/20 | | | |
| 1405. -Kimberly Clark Corp | | | | | Sold | 05/16 | | | |
| 1406 -Laboratory Corp Amer Hdlgs | | | | | Buy | 05/15 | | | |
| 1407 -Lilly Eli & Co | | | | | Sold | 05/16 | | | |
| 1408. -Lowe's Cos Inc | | | | | Sold | 05/16 | | | |
| 1409. -Marriott Intl Inc New | | | | | Buy | 05/15 | | | |
| 1410 -Marriott Intl Inc New | | | | | Sold | 07/31 | | | |
| 1411 -McAfee Inc | | | | | Buy | 05/15 | | | |

| 1 Income Gain Codes | A -S1,000 or less | B =S1,001 - S2 500 | C =S2 501 - S5,000 | D =S5,001 - S15 000 | E =S15 001 - S50,000 |
| (See Columns B1 and D4) | F =S50,001 - S100 000 | G =S100,001 - S1,000,000 | H1 =S1,000 001 - S5 000 000 | H2 =More than S5 000,000 | |
| 2 Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100 000 | M -S100 001 - S250 000 | |
| (See Columns C1 and D3) | N =S250 001 - S500 000 | O =S500,001 - S1,000,000 | P1 =S1,000 001 - S5 000,000 | P2 =S5 000 001 - S25 000 000 | |
| | P3 =S25,000 001 S50 000 000 | | P4 =More than S50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1412. -McDonalds Corp | | | | | Buy | 05/15 | | | |
| 1413. -Medtronic Inc | | | | | Buy | 05/15 | | | |
| 1414. -Merck & Co | | | | | Buy | 05/15 | | | |
| 1415. -Merck & Co | | | | | Sold | 07/25 | | | |
| 1416. -Metlife Inc | | | | | Buy | 05/15 | | | |
| 1417. -Metlife Inc | | | | | Sold | 10/07 | | | |
| 1418 -Microsoft Corp | | | | | Sold<br>(part) | 05/16 | | | |
| 1419. -Microsoft Corp | | | | | Sold<br>(part) | 07/11 | | | |
| 1420. -Morgan Stanley | | | | | Buy | 05/15 | | | |
| 1421. -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 1422. -Molson Coors Brewing Co | | | | | Buy | 10/09 | | | |
| 1423. -Mosaic Co | | | | | Buy | 06/13 | | | |
| 1424. -Nokia Corp | | | | | Buy | 07/31 | | | |
| 1425. -Novaritis AG Spon ADR | | | | | Buy | 09/29 | | | |
| 1426. -Novaritis AG Spon ADR | | | | | Buy | 10/09 | | | |
| 1427. -Nustar Energy LP | | | | | Sold | 05/16 | | | |
| 1428. -Oracle Corp | | | | | Buy | 05/15 | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50 001 - $100 000<br>J =$15,000 or less<br>N =$250,001 - $500 000<br>P3 =$25 000,001 - $50 000 000<br>Q -Appraisal<br>U - Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50 000<br>O =$500,001 - $1 000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5 000<br>H1 =$1,000,001 - $5 000 000<br>L =$50 001 - $100,000<br>P1 =$1 000,001 - $5,000,000<br>P4 =More than $50,000 000<br>S - Assessment<br>W =Estimated | D =$5,001 - $15 000<br>H2 =More than $5,000 000<br>M -$100 001 - $250 000<br>P2 -$5,000,001 - $25 000 000<br><br>T =Cash Market | E -$15 001 - $50 000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1429. -Omnicom Gr Inc | | | | | Buy | 05/15 | | | |
| 1430  -Omnicom Gr Inc | | | | | Sold (part) | 08/12 | | | |
| 1431  -PNC Financial Sys Grp | | | | | Buy | 05/16 | | | |
| 1432. -PNC Financial Sys Grp | | | | | Sold (part) | 10/20 | | | |
| 1433  -Parker Hannitin Corp | | | | | Buy | 12/29 | | | |
| 1434. -Pepsico Inc | | | | | Sold (part) | 05/16 | | | |
| 1435. -Pfizer Inc | | | | | Buy | 05/19 | | | |
| 1436. -Praxair Inc | | | | | Buy | 05/16 | | | |
| 1437  -Praxair Inc | | | | | Sold (part) | 09/11 | | | |
| 1438  -Procter & Gamble Co | | | | | Sold (part) | 05/16 | | | |
| 1439. -Qualcomm Inc | | | | | Buy | 05/16 | | | |
| 1440  -Qualcomm Inc | | | | | Sold (part) | 07/23 | | | |
| 1441. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 1442. -Raytheon Co | | | | | Buy | 10/10 | | | |
| 1443  -Research in Motion | | | | | Buy | 05/16 | | | |
| 1444. -Research in Motion | | | | | Sold | 10/07 | | | |
| 1445  -Ross Stores Inc | | | | | Buy | 05/16 | | | |

| 1 Income Gain Codes | A = S1 000 or less | B = S1,001 - S2,500 | C = S2,501 - S5,000 | D = S5,001 - S15,000 | E = S15,001 - S50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = S50 001 - S100,000 | G = S100,001 - S1,000,000 | H1 = S1,000,001 - S5 000,000 | H2 = More than S5 000 000 | |
| 2 Value Codes | J = S15 000 or less | K  S15 001 - S50 000 | L  -S50,001 - S100,000 | M = S100,001 - S250 000 | |
| (See Columns C1 and D3) | N = S250 001 - S500,000 | O = S500,001 - S1,000 000 | P1 = S1,000,001 - S5 000,000 | P2 = S5 000,001 - S25,000 000 | |
| | P3 = S25,000,001 - S50 000 000 | | P4 = More than S50 000,000 | | |
| 3 Value Method Codes | Q  Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -Sap Akiengellschaft ADR | | | | | Sold | 05/16 | | | |
| 1447 -Schering Plough Corp | | | | | Buy | 05/16 | | | |
| 1448. -Schlumberger Ltd | | | | | | | | | |
| 1449 -Schwab Charles Corp New | | | | | Buy | 11/26 | | | |
| 1450. -Sempra Energy | | | | | Buy | 05/16 | | | |
| 1451 -Sprint Nextel Grp | | | | | Buy | 08/13 | | | |
| 1452. -Sprint Nextel Grp | | | | | Sold | 11/03 | | | |
| 1453. -St Jude Medical Inc | | | | | Buy | 05/16 | | | |
| 1454. -Supervalu Inc | | | | | Buy | 05/16 | | | |
| 1455. -Supervalu Inc | | | | | Sold | 07/28 | | | |
| 1456. -Symantec Corp | | | | | Sold | 05/16 | | | |
| 1457. -TJX | | | | | Buy | 05/16 | | | |
| 1458. -TJX | | | | | Sold | 12/09 | | | |
| 1459 -Terex Corp New | | | | | Buy | 05/16 | | | |
| 1460. -Terex Corp New | | | | | Buy | 07/21 | | | |
| 1461. -Terex Corp New | | | | | Sold | 10/24 | | | |
| 1462. -Texas Instruments | | | | | Buy | 05/16 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000 001 - $5 000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C.<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>Month -<br>Day | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1463. -Texas Instruments | | | | | Sold | 07/31 | | | |
| 1464. -Textron Inc | | | | | Buy | 05/16 | | | |
| 1465. -Thermo Fisher Scientific Inc | | | | | Buy | 05/16 | | | |
| 1466. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 11/14 | | | |
| 1467. -Time Warner | | | | | Buy | 12/09 | | | |
| 1468. -Tyco Electronics | | | | | Sold | 05/16 | | | |
| 1469. -Tyco Inc Ltd | | | | | Buy | 05/16 | | | |
| 1470. -Tyco Inc Ltd | | | | | Buy | 08/14 | | | |
| 1471. -Tyco Intl Ltd W/I | | | | | | | | | |
| 1472. -United Health Group Inc | | | | | Buy | 05/16 | | | |
| 1473. -Unitd Health Group Inc | | | | | Sold | 05/23 | | | |
| 1474. -US Bancorp Del | | | | | Sold (part) | 05/16 | | | |
| 1475. -Vertex Pharmaceuticals | | | | | Buy | 11/04 | | | |
| 1476 -Verizon | | | | | Sold (part) | 05/16 | | | |
| 1477. -Verizon | | | | | Sold (part) | 06/18 | | | |
| 1478. -Verizon (spinoff Fairpoint Comm) | | | | | Spinoff (from line 1345) | 04/04 | | | |
| 1479 -Verizon (Spinoff of Fairpoint Comm) | | | | | Spinoff (from line 1370) | 04/04 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000 001 - $25 000,000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1480. -Wachovia Corp | | | | | Buy | 09/24 | | | |
| 1481. -Wachovia Corp | | | | | Sold | 10/06 | | | |
| 1482. -Wal Mart Stores Inc | | | | | Buy | 05/16 | | | |
| 1483. -Wal Mart Stores Inc | | | | | Sold (part) | 08/12 | | | |
| 1484. -Wells Fargo & Co New | | | | | Sold (part) | 05/16 | | | |
| 1485. -Wells Fargo & Co New | | | | | Sold (part) | 11/26 | | | |
| 1486. -Wyeth | | | | | Buy | 06/24 | | | |
| 1487. -Wyeth | | | | | Buy | 08/13 | | | |
| 1488. -Wyeth | | | | | Sold | 09/29 | | | |
| 1489 -XTO Energy | | | | | Buy | 05/16 | | | |
| 1490. -Dreyfus | | | | | Merged (with line 1491) | 12/01 | | | |
| 1491. -Global Real Est Fund (Bny Hamilton) | | | | | | | | | |
| 1492. -Global RE Fd (merged into Dryfus) | | | | | Merged (with line 1490) | 12/01 | | | |
| 1493. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold (part) | 05/06 | | | See Section VIII #4 |
| 1494. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1495. -BNY Mellon Int'l Fund Cl M | | | | | Buy | 05/06 | | | See Section VIII #4 |
| 1496. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1 001 - $2,500 | C = $2,501 - $5,000 | D = $5 001 - $15,000 | E = $15 001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100 000 | G = $100,001 - $1 000 000 | H1 = $1,000,001 - $5 000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50 000 | L = $50,001 - $100,000 | M = $100,001 - $250 000 | |
| | N = $250 001 - $500,000 | O = $500 001 - $1 000 000 | P1 = $1,000 001 - $5,000,000 | P2 = $5 000,001 - $25 000,000 | |
| | P3 = $25 000,001 - $50 000 000 | | P4 = More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy. sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1497. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Buy | 05/06 | | | See Section VIII #4 |
| 1498. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold | 12/02 | | | See Section VIII #4 |
| 1499. -Midcap Spdr Tr Unit Ser 1 | | | | | Sold | 05/16 | | | |
| 1500. -Ishares MSCI Emerginag Mkts Indes Fd | | | | | Buy | 12/05 | | | |
| 1501. -Ishares MSCI EATE Index Fd | | | | | Buy | 12/05 | | | |
| 1502. -Ishares S&P Midcap 400 | | | | | Buy | 12/05 | | | |
| 1503. -Ishares S&P Small cap 600 | | | | | Buy | 12/05 | | | |
| 1504. Custody Acct #2 (Invest Adv Acct 100% . I nt) | | | | | | | | | |
| 1505. -Greencastle Antrim PA 2.75 - 2008 | C | Interest | | | Matured | 10/01 | L | | |
| 1506. -SEI Tax Exempt Trust | D | Interest | L | T | | | | | |
| 1507. -Laurel PA 3 0 - 2009 | C | Interest | M | T | | | | | |
| 1508. -PA State 5.0 - 2010 | D | Interest | M | T | | | | | |
| 1509. -PA State 5 0 - 2013 | | None | M | T | Buy | 11/15 | M | | |
| 1510. -PA State 5.0 - 2023 | | None | M | U | Buy | 11/17 | M | | |
| 1511. -Ltd Partnerships -- | | | | | | | | | |
| 1512. -J&S Realty Assocs. Markham, Ontario CN, .Real Estate | D | Distribution | K | W | | | | | |
| 1513. -Agilent Tech Inc | | None | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 $500 000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Standish, William L. | | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g, buy sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1514. -Allied Cap Corp New | D | Dividend | J | T | | | | | |
| 1515. -Aqua America Inc | B | Dividend | L | T | | | | | |
| 1516. -Auto Data Proc | C | Dividend | M | T | | | | | |
| 1517. -BJW Inc (S Corporation), Alexandria, VA | | None | K | U | | | | | |
| 1518 -Bemis Co | C | Dividend | L | T | | | | | |
| 1519. -City Nat'l Corp | C | Dividend | L | T | | | | | |
| 1520. -Corning Inc | B | Dividend | L | T | | | | | |
| 1521. -Fairpoint Comm (rec fr Verizon spinoff) | C | Dividend | J | T | Spinoff (from line 1535) | 04/04 | | | |
| 1522. -General Electric Co | C | Dividend | L | T | | | | | |
| 1523. -Great Plains Energy Inc | D | Dividend | L | T | Bot | 04/05 | M | | |
| 1524. -Hewlett-Packard Co | D | Dividend | O | T | | | | | |
| 1525. -Johnson & Johnson | E | Dividend | N | T | | | | | |
| 1526. -J P Morgan Chase & Co | C | Dividend | L | T | | | | | |
| 1527. -Kimberly Clark Corp | D | Dividend | K | T | | | | | |
| 1528. -Lilly (Eli) & Co | E | Dividend | N | T | | | | | |
| 1529. -Merck & Co | E | Dividend | N | T | | | | | |
| 1530. -Pepsico Inc | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1532. -Procter & Gamble | E | Dividend | PI | T | | | | | |
| 1533 -Smucker J M Co | D | Dividend | K | T | | | | | |
| 1534. -3M Co | D | Dividend | M | T | | | | | |
| 1535. -United Tech Inc | B | Dividend | L | T | | | | | |
| 1536. -Verizon (spinoff of Fairpoint Comm) | D | Dividend | M | T | Transferred (to line 1520) | 04/01 | | | |
| 1537 Agency Acct #1 | | | | | | | | | |
| 1538. -Hillman-Burgettstown Mineral Acct (2 6% ..Income Int) | | None | J | U | Coal Royalty | | | | |
| 1539. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1540 -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1541 -Abitibi Consol Inc | A | Dividend | | | Sold | 01/30 | J | | |
| 1542 -Abitibibowater Inc | | | | | Sold | 11/04 | K | | |
| 1543. -Alberto Culver Co New | A | Dividend | K | T | | | | | |
| 1544. -Alliance Wordwide Privatization Fnd, Cl A | A | Dividend | K | T | | | | | |
| 1545. -Allscripts Healthcare | E | Dividend | K | T | | | | | |
| 1546 -Amer International Group Inc | A | Dividend | J | T | | | | | |
| 1547 -Applied Microcircuits Corp | | None | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5 001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100 000 | G =$100 001 - $1,000,000 | H1 =$1,000 001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100 000 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500001 - $1 000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5 000 001 - $25,000,000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | U =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div . rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1548. -Ariba Inc - New | | None | K | T | | - | | | |
| 1549. -Bank of America Corp | C | Dividend | K | T | | | | | |
| 1550. -Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 1551. -Bristol Myers Squibb Co | B | Dividend | K | T | | | | | |
| 1552 -Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 1553. -China Mobile Hong Kong Ltd | C | Dividend | | | Sold | 08/15 | M | | |
| 1554. -Citigroup Inc | B | Dividend | J | T | | | | | |
| 1555. -Coach Inc | | None | L | T | | | | | |
| 1556. -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1557. -Comcast Corp Cl A | A | None | K | T | | | | | |
| 1558 -Comcast Corp Cl A - Spl | A | None | K | T | | | | | |
| 1559. -Corning Inc | A | Dividend | K | T | | | | | |
| 1560 -Cypress Semiconductor Corp Del | | None | L | T | | | | | |
| 1561. -Dow Chemical | B | Dividend | J | T | | | | | |
| 1562 -E I duPont deNemours | C | Dividend | L | T | | | | | |
| 1563. -Electronic Data Sys Corp New | A | Dividend | | | Sold | 05/13 | L | | |
| 1564. -Emerson Electric | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,000 - $1,000,000 | H1 =$1 000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1565. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1566. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1567. -FEI Co | | None | L | T | Bot | 01/07 | L | | |
| 1568. -Fairpoint (recd fr Verizon spinoff) | | | | | Spinoff<br>(from line 1613) | 04/01 | | | |
| 1569. -Fairpoint Comm | | None | K | T | Buy | 04/04 | L | | |
| 1570. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Buy | 05/06 | | | See Section VIII #4 |
| 1571 -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1572. -Foundry Networks Inc | | | | | Sold | 07/22 | L | | |
| 1573 Gamestop Corp New CLA | | None | K | T | | | | | |
| 1574 -General Electric Co | E | Dividend | M | T | | | | | |
| 1575. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1576. -Google Inc | | None | L | T | | | | | |
| 1577. -Hanesbrands Inc | | None | K | T | | | | | |
| 1578. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1579 -Hologic Inc | | None | K | T | | | | | |
| 1580 -Home Depot Inc | C | Dividend | L | T | | | | | |
| 1581. -Hospira Inc | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2 501 - $5,000 | D =$5 001 - $15,000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000 001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent.<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1582. -JP Morgan Chase & CO | C | Dividend | L | T | | | | | |
| 1583. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1584 -Lifecell Corp | | | | | Sold | 04/08 | L | | |
| 1585. -Macy's Dept Store | A | Dividend | J | T | | | | | |
| 1586. -Market Vectors Global | | | | | Buy | 01/30 | K | | |
| 1587 -Market Vectors Global | | | | | Sold | 11/04 | K | | |
| 1588. -Medco Hlth Solutions Inc | | None | M | T | | | | | |
| 1589. -Memc Electronic Mtls Inc | | None | K | T | | | | | |
| 1590 -Merck & Co Inc | C | Dividend | M | T | | | | | |
| 1591. -Microsoft Corp | B | Dividend | K | T | | | | | |
| 1592. -Netflix Inc | | | | | Buy | 01/30 | L | | |
| 1593. -Orion Energy Sys | | | | | Buy | 03/05 | J | | |
| 1594. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1595. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1596. -Power Shs Global Water Port | | | | | Sold | 11/04 | K | | |
| 1597. -Procter & Gamble Co | B | Dividend | K | T | | | | | |
| 1598. -Ralclip Hldgs Inc New | | | | | Buy | 04/17 | L | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5 001 - $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S = Assessment | T -Cash Market | |
| (See Column C2) | U = Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy. sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1599. -RochesterMed Grp | | | | | Buy | 10/20 | L | | |
| 1600. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 1601. -Sally Beauty Hldgs Inc | | None | K | T | | | | | |
| 1602 -Sanofi-Synthelabo | C | Dividend | L | T | | | | | |
| 1603. -Sara Lee Corp | B | Dividend | K | T | | | | | |
| 1604. -Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 1605 -Smart Balance Inc | | | | | Sold | 11/04 | K | | |
| 1606. -Sonic Innovations Inc | | None | J | T | | | | | |
| 1607 -Suncor Energy Inc | A | Dividend | K | T | Sold | 05/13 | L | | |
| 1608. -Sunpower Grp Cl A | | | | | Buy | 02/11 | L | | |
| 1609. -Teco Energy, Inc | B | Dividend | K | T | | | | | |
| 1610. -Teva Pharmaceutical | | | | | Buy | 09/08 | L | | |
| 1611. -3M Co | D | Dividend | M | T | | | | | |
| 1612. -Unilever NV New York Shs New | C | Dividend | L | T | | | | | |
| 1613. -Verizon (spinoff of Fairpoint Comm) | C | Dividend | L | T | Transferred<br>(to line 1567) | 04/01 | J | | |
| 1614 -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1615. -Washington Mutual Inc | A | Dividend | L | T | Buy | 01/07 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100.001 - $1,000,000 | H1 =$1,000 001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500.001 - $1,000 000 | P1 =$1,000.001 - $5 000,000 | P2 =$5 000 001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Washington Mutual Inc | | | | | Sold | 10/06 | J | | |
| 1617. -Watts Wtr Technologies Inc | A | Dividend | K | T | | | | | |
| 1618. -Wyeth | C | Dividend | L | T | | | | | |
| 1619. -YRC Worldwide Inc | | | | T | Bot | 01/30 | L | | |
| 1620 -YRC Worldwide Inc | | | | T | Sold | 11/04 | K | | |
| 1621. -Zimmer Holdings Inc | | None | K | T | | | | | |
| 1622. -Templeton Developing Mkts | C | Dividend | M | T | | | | | |
| 1623. -India Fund Inc | B | Dividend | L | T | | | | | |
| 1624. -Templeton Russia E Europe Fd Inc | B | Dividend | L | T | | | | | |
| 1625. -Unilever NV NY Shs - New | | None | L | T | | | | | |
| 1626 -Smith Barney Money Funds | E | Dividend | O | T | Mon Mkt Inv | | | | |
| 1627. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1628. -Blackrock US Treas MM Fd #02 | A | Dividend | K | T | Mon Mkt Inv | | | | |
| 1629. -State Lease 195 (Operated by Gulf Stream Resources,Inc) | | (No income) | | | | | | | |
| 1630. -Rycade Lease Section 28 (operated by ..T ermo Co) | | (No income) | | | | | | | |
| 1631. Note Rec from Ron Bacon* (D/B/A Village ..Deli) (*default) | | None | L | U | | | | | |
| 1632. Trust #11 (6.25% income interest) | C | Dividend | K | T | | | K | E | See Section VIII #1 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50 001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 $500,000 | O =$500 001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000 000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1633. -Cisco Systems Inc | | | | | | | | | |
| 1634. -Exxon Mobil Corp | | | | | Sold<br>(part) | 04/24 | | | |
| 1635. -Johnson & Johnson | | | | | | | | | |
| 1636. -Pfizer Inc | | | | | | | | | |
| 1637. -PPG Industries Inc | | | | | | | | | |
| 1638. -Blackrock US Treas Inst Cl Fd #02 | | | | | Mon Mkt Inv | | | | |
| 1639. -Calamos Growth Fund #606 | | | | | | | | | |
| 1640. -Harbor Fund Int'l #11 | | | | | | | | | |
| 1641. Trust #12 (6.25% income interest) | C | Dividend | N | T | | | K | D | See Section VIII #1 |
| 1642. -Blackrock MM Fund #01 | | | | | Mon Mkt Inv | | | | |
| 1643 -Agilent Tech | | | | | | | | | |
| 1644. -American Int'l Group Inc | | | | | Sold | 10/01 | | | |
| 1645. -Amgen Inc | | | | | | | | | |
| 1646 -Bank of America | | | | | | | | | |
| 1647. -Boeing Co | | | | | | | | | |
| 1648. -Citigroup Inc | | | | | | | | | |
| 1649 -Costco Wholesale Corp | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000,or less | K =$15,001 - $50,000 | L -$50,001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N -$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. -Equitable Resourses Inc | | | | | | | | | |
| 1651. -Exxon Mobil Corp | | | | | Sold (part) | 05/19 | | | |
| 1652. -Exxon Mobil Corp | | | | | Sold (part) | 09/12 | | | |
| 1653 -Fairpoint Comm (recd fr Verizon spinoff) | | | | | Spinoff (from line 1670) | 04/01 | | | |
| 1654. -General Electric Co | | | | | | | | | |
| 1655. -Hewlett-Packard Co | | | | | | | | | |
| 1656. -Ingersoll Rand | | | | | | | | | |
| 1657. -Intel Corp | | | | | | | | | |
| 1658. -Int'l Business Machines Corp | | | | | | | | | |
| 1659. -Johnson & Johnson | | | | | | | | | |
| 1660 -Legg Mason Inc | | | | | | | | | |
| 1661. -McDonalds Corp | | | | | | | | | |
| 1662 -Medtronic Inc | | | | | | | | | |
| 1663 -Pfizer Inc | | | | | Sold | 09/25 | | | |
| 1664. -Pepsico Inc | | | | | | | | | |
| 1665. -PPG Industries Inc | | | | | | | | | |
| 1666 -Procter & Gamble Co | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1667 -Stryker Corp | | | | | | | | | |
| 1668. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1669 -Unilever NV New York Shs New | | | | | | | | | |
| 1670. -Verizon (spinoff of Fairpoint) | | | | | Spinoff (from line 1655) | 04/01 | | | |
| 1671. -Artisan Fds Inc Int'l Fd #661 | · | _. | | | Buy | 12/17 | | | |
| 1672 -Fidelity Adv Diversity Int'l Fd #734 | | | | | | | | | |
| 1673. -Ishares Trust MSCI Emerging Index Fd | | | | | | | | | |
| 1674. -Ishares Trust MSCI Emerging Index Fd | | | | | | | | | |
| 1675 -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 1676. -Janus Mid Cap Value Fd | | | | | Buy | 12/12 | | | |
| 1677 -R S Investment Mgmt Small Co Gr Fund | | | | | Buy | 12/19 | | | |
| 1678. Fiduciary Positions - - | | | | | | | | | |
| 1679. Trust #13 (No income rec'd) | None | N | T | | | | M | F | See Section VIII #1 |
| 1680 -BNY Mellon Nat'l Muni MM Fd | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1681 -AT&T Inc | | | | | Sold (part) | 04/28 | | | |
| 1682 -AT&T Inc | | | | | Sold (part) | 10/07 | | | |
| 1683 -Abbott Laboratories | | | | | Sold (part) | 10/07 | | | |

| 1 Income Gain Codes | A -$1.000 or less | B =$1 001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S -Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. -Accenture Ltd | | | | | Buy | 03/03 | | | |
| 1685. -Accenture Ltd | | | | | Sold (part) | 10/07 | | | |
| 1686. -Adobe Sys Inc | | | | | Buy | 03/31 | | | |
| 1687. -Adobe Sys Inc | | | | | Buy | 04/28 | | | |
| 1688. -Adobe Sys Inc | | | | | Sold (part) | 09/25 | | | |
| 1689. -Aetna Inc | | | | | Buy | 07/29 | | | |
| 1690. -Aetna Inc | | | | | Buy | 08/13 | | | |
| 1691. -Aetna Inc | | | | | Sold (part) | 10/07 | | | |
| 1692. -Akamai Tech Inc | | | | | Buy | 03/31 | | | |
| 1693. -Akamai Tech Inc | | | | | Sold (part) | 10/07 | | | |
| 1694. -Akamai Tech Inc | | | | | Sold (part) | 10/31 | | | |
| 1695. -Akamai Tech Inc | | | | | Sold (part) | 10/31 | | | |
| 1696. -Akamai Tech Inc | | | | | Sold | 11/03 | | | |
| 1697 -Allegheny Tech Inc | | | | | Sold | 06/16 | | | |
| 1698. -Alliance Data Systems Corp | | | | | Buy | 06/02 | | | |
| 1699. -Alliance Data Systems Corp | | | | | Buy | 09/25 | | | |
| 1700 -Alliance Data Systems Corp | | | | | Sold (part) | 10/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50 000 | L =$50,001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | L =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. -Altria Group Inc | | | | | Sold (part) | 04/28 | | | |
| 1702. -Altria Group Inc | | | | | Sold | 04/28 | | | |
| 1703. -Altria Group ( spinoff of Phillip Morris) | | | | | Spinoff | 03/31 | | | |
| 1704. -American Express Co | | | | | | | | | |
| 1705. -American Express Co | | | | | Sold | 03/05 | | | |
| 1706 -American Int'l Group | | | | | Sold (part) | 03/05 | | | |
| 1707 -American Int'l Group | | | | | Bot | 04/28 | | | |
| 1708 -American Int'l Group | | | | | Sold | 08/13 | | | |
| 1709. -Amgen Inc | | | | | Buy | 10/31 | | | |
| 1710 -Amgen Inc | | | | | Buy | 11/03 | | | |
| 1711. -Apache Corp | | | | | Sold (part) | 04/28 | | | |
| 1712. -Apache Corp | | | | | Sold (part) | 05/06 | | | |
| 1713 -Apache Corp | | | | | Bot | 09/25 | | | |
| 1714 -Apache Corp | | | | | Sold (part) | 10/07 | | | |
| 1715. -Apple Computer Inc | | | | | Sold (part) | 01/28 | | | |
| 1716. -Apple Computer Inc | | | | | Sold | 03/03 | | | |
| 1717 -Apple Computer Inc | | | | | Bot | 07/11 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K=$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000 001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1718. -Apple Computer Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 1719. -Apollo Group Inc | | | | | | | | | |
| 1720. -Apollo Group Inc | | | | | Buy | 02/05 | | | |
| 1721. -Apollo Group Inc | | | | | Sold<br>(part) | 04/07 | | | |
| 1722. -Bank of America Corp | | | | | Sold<br>(part) | 09/25 | | | |
| 1723. -Bank of America Corp | | | | | Sold<br>(part) | 10/07 | | | |
| 1724. -Bank of America Corp | | | | | Buy | 10/17 | | | |
| 1725. -Chubb Corp | | | | | Bot | 04/28 | | | |
| 1726. -Chubb Corp | | | | | Sold<br>(part) | 09/25 | | | |
| 1727 -Chubb Corp | | | | | Sold<br>(part) | 10/07 | | | |
| 1728. -Chubb Corp | | | | | Sold<br>(part) | 11/25 | | | |
| 1729. -Cisco Systems Inc | | | | | Sold<br>(part) | 02/08 | | | |
| 1730. -Cisco Systems Inc | | | | | Buy | 07/23 | | | |
| 1731 -Cisco Systems Inc | | | | | Buy | 09/25 | | | |
| 1732 -Cisco Systems Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1733. -Citigroup Inc | | | | | Sold<br>(part) | 09/25 | | | |
| 1734 -Citgroup Inc | | | | | Sold<br>(part) | 10/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50000 | L -$50,001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001.-$500,000 | O =$500 001 - $1 000 000 | P1 -$1,000,001 - $5 000 000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R -Cost (Real Estate Only) | S = Assessment | T - Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. -Citigroup Inc | | | | | Buy | 10/17 | | | |
| 1736. -Citigroup Inc | | | | | Sold | 11/25 | | | |
| 1737. -CME | | | | | Sold | 04/28 | | | |
| 1738 -Coach Inc | | | | | Buy | 10/24 | | | |
| 1739. -Coca Cola Co | | | | | Sold (part) | 04/28 | | | |
| 1740 -Coca Cola Co | | | | | Sold (part) | 10/07 | | | |
| 1741. -Colgate Palmolive Co | | | | | Buy | 11/15 | | | |
| 1742. -Companhia Vale Do Rio Doce | | | | | Sold (part) | 04/28 | | | |
| 1743. -Companhia Vale Do Rio Doce | | | | | Sold (part) | 09/25 | | | |
| 1744. -Companhia Vale Do Rio Doce | | | | | Sold (part) | 10/07 | | | |
| 1745 -Concophillips | | | | | Sold (part) | 04/28 | | | |
| 1746. -Concophillips | | | | | Sold (part) | 10/07 | | | |
| 1747 -CVS/Caremark Corp | | | | | Sold (part) | 09/25 | | | |
| 1748 -CVS/Caremark Corp | | | | | Sold (part) | 10/07 | | | |
| 1749. -Danaher Corp | | | | | Sold (part) | 10/07 | | | |
| 1750. -Danaher Corp | | | | | Sold (part) | 12/17 | | | |
| 1751. -Darden Restaurants Inc | | | | | Buy | 05/13 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752  -Darden Restaurants Inc | | | | | Buy | 09/25 | | | |
| 1753. -Darden Restaurants Inc | | | | | Sold (part) | 10/07 | | | |
| 1754. -Dell Inc | | | | | Buy | 06/17 | | | |
| 1755. -Dell Inc | | | | | Sold (part) | 10/07 | | | |
| 1756. -Directv Group Inc | | | | | Sold | 01/22 | | | |
| 1757. -Eaton Corp | | | | | Sold (part) | 04/28 | | | |
| 1758  -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 1759  -Eaton Corp | | | | | Buy | 09/25 | | | |
| 1760. -Eaton Corp | | | | | Sold (part) | 10/07 | | | |
| 1761  -Eaton Corp | | | | | Sold | 11/05 | | | |
| 1762  -EMC Corp | | | | | Sold | 03/31 | | | |
| 1763  -Emerson El Co | | | | | Sold (part) | 04/28 | | -- | |
| 1764  -Emerson El Co | | | | | Sold (part) | 10/07 | | | |
| 1765  -Emerson El Co | | | | | Sold (part) | 12/30 | | | |
| 1766. -Ensco Int'l Co | | | | | Sold (part) | 10/07 | | | |
| 1767  -Estee Lauder Cos Cl A | | | | | Buy | 08/19 | | | |
| 1768  -Estee Lauder Cos Cl A | | | | | Sold (part) | 10/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000 000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div., rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1769. -Exelon Corp | | | | | Sold<br>(part) | 10/07 | | | |
| 1770. -Exxon Mobil Corp | | | | | Sold<br>(part) | 04/28 | | | |
| 1771. -Exxon Mobil Corp | | | | | Sold<br>(part) | 10/07 | | | |
| 1772. -Fairpoint Comm (rec fr Verizon spinoff) | | | | | Spinoff<br>(from line 1703) | 04/04 | | | |
| 1773. Fedex Corp | | | | | Buy | 11/05 | | | |
| 1774. -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |
| 1775. -First Horizon Natl Corp | | | | | Buy | 10/17 | | | |
| 1776. -GAP Inc | | | | — | Buy | 04/28 | | | |
| 1777. -GAP Inc | | | | | Sold<br>(part) | 09/25 | | | |
| 1778. -GAP Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1779. -General Electric Co | | | | | Sold<br>(part) | 10/07 | | | |
| 1780. -Goldman Sachs Group Inc | | | | | Sold<br>(part) | 04/28 | | | — |
| 1781. -Goldman Sachs Group Inc | | | | | Sold | 10/31 | | | |
| 1782. -Google Inc | | | | | Sold | 02/08 | | | |
| 1783. -Halliburton Co | | | | | Sold<br>(part) | 04/28 | | | |
| 1784. -Halliburton Co | | | | | Sold<br>(part) | 10/07 | | | |
| 1785. -Hess Corp | | | | | Sold<br>(part) | 06/02 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1786 -Hewlett Packard Co | | | | | Sold | 05/21 | | | |
| 1787 -Home Depot | | | | | Buy | 11/25 | | | |
| 1788. -Honeywell Int'l Inc | | | | | Sold (part) | 10/07 | | | |
| 1789. -Hospira Inc | | | | | | | | | |
| 1790. -Humana Inc | | | | | Buy | 05/23 | | | |
| 1791 -Humana Inc | | | | | Sold | 06/24 | | | |
| 1792. -IBM | | | | | Buy | 01/28 | | | |
| 1793. -IBM | | | | | Buy | 04/28 | | | |
| 1794. -IBM | | | | | Sold (part) | 09/25 | | | |
| 1795. -Intel Corp | | | | | Buy | 05/21 | | | |
| 1796 -Intel Corp | | | | | Buy | 09/25 | | | |
| 1797 -Intel Corp | | | | | Sold (part) | 10/07 | | | |
| 1798. -Intel Corp | | | | | Sold (part) | 11/14 | | | |
| 1799 -Johnson & Johnson | | | | | | | | | |
| 1800 -Johnson & Johnson | | | | | Buy | 02/08 | | | |
| 1801. -Johnson & Johnson | | | | | Sold (part) | 10/07 | | | |
| 1802 -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100 000 | B =$1,001 - $2 500 G =$100,001 - $1 000 000 | C =$2,501 - $5 000 H1 =$1 000,001 - $5 000,000 | D =$5,001 - $15,000 H2 =More than $5,000 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less N =$250,001 - $500,000 P3 =$25 000 001 - $50,000,000 | K =$15,001 - $50 000 O =$500,001 - $1 000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000 000 | M =$100 001 - $250 000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S –Assessment W = Estimated | T - Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. -Juniper Networks Inc | | | | | Buy | 10/31 | | | |
| 1804 -Juniper Networks Inc | | | | | Buy | 11/03 | | | |
| 1805. -Kbr Inc | | | | | Sold (part) | 04/28 | | | |
| 1806. -Kbr Inc | | | | | Sold (part) | 10/07 | | | |
| 1807. -Kbr Inc | | | | | Buy | 12/17 | | | |
| 1808 -Keycorp New | | | | | Buy | 10/20 | | | |
| 1809 -Laboratory Corp Amer Hldgs | | | | | Buy | 04/28 | | | |
| 1810. -Marriott Int'l Inc | | | | | Sold | 07/31 | | | |
| 1811 -McAfee Inc | | | | | Sold (part) | 04/28 | | | |
| 1812. -McAfee Inc | | | | | Sold (part) | 10/07 | | | |
| 1813. -McDonalds | | | | | Buy | 04/07 | | | |
| 1814. -McDonalds | | -- ~ | | | Sold (part) | 10/07 | | | |
| 1815. -Medtronic Inc | | | | | Sold (part) | 04/28 | | | |
| 1816 -Medtronic Inc | | | | | Bot | 07/06 | | | |
| 1817 -Merck & Co Inc | | | | | Bot | 04/28 | | | |
| 1818 -Merck & Co Inc | | | | | Sold | 07/25 | | | |
| 1819 -Metlife | | | | | Bot | 04/28 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1 000,000 | P1 =$1 000,001 - $5 000 000 | P2 =$5,000 001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1820. -Metlife | | | | | Sold (part) | 09/25 | | | |
| 1821. -Metlife | | | | | Sold | 10/07 | | | |
| 1822. -Microsoft Corp | | | | | | | | | |
| 1823. -Microsoft Corp | | | | | Bot | 04/28 | | | |
| 1824. -Microsoft Corp | | | | | Sold (part) | 07/11 | | | |
| 1825. -Microsoft Corp | | | | | Sold (part) | 10/07 | | | |
| 1826. -Molson Coors Brewing Co B | | | | | Buy | 10/08 | | | |
| 1827. -JP Morgan Chase & Co | | | | | Sold (part) | 08/19 | | | |
| 1828. -JP Morgan Chase & Co | | | | | Sold (part) | 10/07 | | | |
| 1829. -Morgan Stanley | | | | | Buy | 04/28 | | | |
| 1830 -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 1831. -Mosiac Co | | | | | Buy | 06/13 | | | |
| 1832. -News Corp Inc | | | | | | | | | |
| 1833 -News Corp Inc | | | | | Buy | 04/28 | | | |
| 1834 -News Corp Inc | | | | | Sold (part) | 09/25 | | | |
| 1835 -News Corp Inc | | | | | Sold (part) | 10/07 | | | |
| 1836 -Nike Inc | | | | | Sold | 02/05 | | | |

1 Income Gain Codes       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5 000       D =$5 001 - $15 000       E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100 001 - $1,000,000 H1 =$1,000,001 - $5,000 000   H2 =More than $5,000 000
2 Value Codes             J =$15,000 or less      K =$15 001 - $50 000     L =$50 001 - $100 000       M =$100,001 - $250,000
  (See Columns C1 and D3)  N - $250,001 - $500,000 O =$500,001 - $1 000,000 P1 =$1 000,001 - $5 000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000
3 Value Method Codes      Q = Appraisal           R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
  (See Column C2)          U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. -Nokia Corp Spon Adr | | | | | Buy | 07/31 | | | |
| 1838. -Nokia Corp Spon Adr | | | | | Buy | 09/25 | | | |
| 1839. -Nokia Corp Spon Adr | | | | | Sold (part) | 10/07 | | | |
| 1840. -Nortel Networks (Class action Litig) | | | | | | 10/08 | | | |
| 1841 -Nortel Networks (Class action Litig) | | | | | Sold | 12/01 | | | |
| 1842. -Novartis AG Spon Adr | | | | | Buy | 09/30 | | | |
| 1843. -Novartis AG Spon Adr | | | | | Sold (part) | 10/07 | | | |
| 1844. -Novartis AG Spon Adr | | | | | Buy | 10/10 | | | |
| 1845 -Omnicom Group Inc | | | | | | | | | |
| 1846. -Omnicom Group Inc | | | | | Sold (part) | 04/28 | | | |
| 1847. -Omnicom Group Inc | | | | | Sold (part) | 08/12 | | | |
| 1848 -Omnicom Group Inc | | | | | Sold (part) | 10/07 | | | |
| 1849. -Oracle Corp | | | | | | | | | |
| 1850 -Oracle Corp | | | | | Bot | 04/28 | | | |
| 1851 -Oracle Corp | | | | | Part Sold | 09/25 | | | |
| 1852 -Oracle Corp | | | | | Part Sold | 10/07 | | | |
| 1853 -PNC Financial Svs Grp | | | | | Buy | 03/05 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S – Assessment | T –Cash Market | |
| | U –Book Value | V –Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1854. -PNC Financial Svs Grp | | | | | Sold<br>(part) | 10/07 | | | |
| 1855. -Parker Hannifin Corp | | | | | Buy | 12/29 | | | |
| 1856. -Pepsico Inc | | | | | Part Sold | 10/07 | | | |
| 1857. -Pepsico Inc | | | | | Bot | 07/06 | | | |
| 1858. -Pfizer Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 1859. -Pfizer Inc | | | | | Sold<br>(part) | 09/25 | | | |
| 1860. -Pfizer Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1861. -Phillip Morris (rec fr Altria spinoff) | | | | | Spinoff<br>(from line 1850) | 03/31 | | | |
| 1862. -Phillip Morris | | | | | - Sold<br>(part) | 04/28 | | | |
| 1863. -Phillip Morris | | | | | Sold<br>(part) | 10/07 | | | |
| 1864. -Praxir Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 1865. -Praxir Inc | | | | | Sold<br>(part) | 09/11 | | | |
| 1866. -Praxir Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1867 -Procter & Gamble | | | | | Sold<br>(part) | 12/07 | | | |
| 1868 -Qualcomm Inc | | | | | Sold<br>(part) | 04/28 | | | |
| 1869. -Qualcomm Inc | | | | | Sold<br>(part) | 07/11 | | | |
| 1870 -Qualcomm Inc | | | | | Bot | 09/25 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E = $15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5,000 000 | P2 =$5,000 001 - $25 000,000 | |
| | P3 =$25,000 001 - $50,000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. -Qualcomm Inc | | | | | Sold (part) | 10/07 | | | |
| 1872. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 1873 -Raytheon Co | | | | | Buy | 10/10 | | | |
| 1874. -Research in Motion | | | | | Buy | 04/28 | | | |
| 1875 -Research in Motion | | | | | Sold | 10/06 | | | |
| 1876. -Ross Stores Inc | | | | | Buy | 04/21 | | | |
| 1877. -Ross Stores Inc | | | | | Sold (part) | 10/07 | | | |
| 1878 -Sempra Energy | | | | | Sold (part) | 10/07 | | | |
| 1879. -Schering Plough Corp | | | | | Sold (part) | 04/28 | | | |
| 1880. -Schering Plough Corp | | | | | Sold (part) | 09/25 | | | |
| 1881. -Schering Plough Corp | | | | | Sold (part) | 10/07 | | | |
| 1882 -Schwab Charles Corp New | | | | | Buy | 11/25 | | | |
| 1883 -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |
| 1884. -Sprint Nextel Corp | | | | | Buy | 09/25 | | | |
| 1885 -Sprint Nextel Corp | | | | | Sold (part) | 10/31 | | | |
| 1886 -Sprint Nextel Corp | | | | | Sold | 11/03 | | | |
| 1887 -St Jude Medical Inc | | | | | Sold (part) | 10/07 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1888  -State Street Corp | | | | | Buy | 02/25 | | | |
| 1889. -State Street Corp | | | | | Buy | 03/05 | | | |
| 1890. -State Street Corp | | | | | Sold<br>(part) | 04/21 | | | |
| 1891  -State Street Corp | | | | | Sold | 04/28 | | | |
| 1892  -Supervalu Inc | | | | | Sold | 07/30 | | | |
| 1893  -TJX Cos Inc | | | | | Sold<br>(part) | 04/07 | | | |
| 1894  -TJX Cos Inc | | | | | Bot | 04/28 | | | |
| 1895  -TJX Cos Inc | | | | | Sold<br>(part) | 09/25 | | | |
| 1896. -TJX Cos Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1897. -TJX Cos Inc | | | | | Sold | 12/09 | | | |
| 1898. -Terex Corp | | | | | Buy | 05/06 | | | |
| 1899. -Terex Corp | | | | | Buy | 07/31 | | | |
| 1900  -Terex Corp | | | | | Buy | 09/25 | | | |
| 1901. -Terex Corp | | | | | Sold | 10/17 | | | |
| 1902  -Texas Instruments Inc | | | | | Sold | 07/31 | | | |
| 1903  -Textron Inc | | | | | Sold<br>(part) | 10/07 | | | |
| 1904. -Thermo Fisher Scientific Inc | | | | | Sold<br>(part) | 11/14 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2 501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L.  - | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905 -Thermo Fisher Scientific Inc | | | | | Sold (part) | 10/07 | | | |
| 1906. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 1907 -Tyco Intl Ltd | | | | | Bot | 02/11 | | | |
| 1908 -Tyco Intl Ltd | | | | | Buy | 04/28 | | | |
| 1909. -Tyco Intl Ltd | | | | | Buy | 08/14 | | | |
| 1910. -Tyco Intl Ltd | | | | | Sold (part) | 10/07 | | | |
| 1911. -Unitedhealth Group | | | | | Sold | 05/23 | | | |
| 1912 -US Bancorp Del | | | | | Buy | 03/05 | | | |
| 1913. -US Bancorp Del | | | | | Buy | 04/28 | | | |
| 1914 -US Bancorp Del | | | | | Sold (part) | 09/25 | | | |
| 1915. -US Bancorp Del | | | | | Sold (part) | 10/07 | | | |
| 1916 -Viacom Inc Cl B W/I | | | | | Buy | 01/18 | | | |
| 1917. -Viacom Inc CL B W/I | | | | | Buy | 04/28 | | | |
| 1918 -Viacom Inc CL B W/I | | | | | Sold | 05/13 | | | |
| 1919 -Veretex Pharmaceuticals Inc | | | | | Buy | 11/04 | | | |
| 1920 -Verizon Comm | | | | | Sold (part) | 02/25 | | | |
| 1921. -Verizon (Spinoff of Fairpoint Com) | | | | | Spinoff (from line 1900) | 04/04 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1922. -Verizon Comm | | | | | Sold | 06/17 | | | |
| 1923. -Wachovia Corp | | | | | Buy | 09/11 | | | |
| 1924. -Wachovia Corp | | | | | Sold | 10/06 | | | |
| 1925 -Wal-Mart Stores Inc | | | | | Buy | 04/28 | | | |
| 1926. -Wal-Mart Stores Inc | | | | | Sold (part) | 08/12 | | | |
| 1927. -Wal-Mart Stores Inc | | | | | Sold (part) | 10/07 | | | |
| 1928. -Wells Fargo & Co New | | | | | Part Sold | 05/24 | | | |
| 1929. -Wells Fargo & Co New | | | | | Bot | 07/06 | | | |
| 1930 -Wyeth | | | | | Part Sold | 02/12 | | | |
| 1931 -Wyeth | | | | | Sold | 03/01 | | | |
| 1932 -Xto Energy Inc | | | | | Bot | 02/12 | | | |
| 1933. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 07/03 | | | See Section VIII #4 |
| 1934 -BNY Mellon Int'l Fund Cl M | | | | | Part Sold | 07/03 | | | See Section VIII #4 |
| 1935 -BNY Mellon Mid Cap Stk Fund | | | | | | | | | See Section VIII #4 |
| 1936. -BNY Mellon Mid Cap Stk Fund | | | | | Bot | 07/03 | | | See Section VIII #4 |
| 1937 -BNY Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 07/03 | | | See Section VIII #4 |
| 1938. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/06 | | | See Section VIII #4 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000 000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000 000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. Trust #14 (No Benef Interest) | | | | | | | | | See Section VIII #3 |
| 1940. Trust #15 (No Benef Interest) | | | | | | | | | See Section VIII #3 |
| 1941. -Trust #17 (No Benef Interest) | | None | N | T | | | L | E | See Section VIII #1 |
| 1942 -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 1943. -Dreyfus Premium Calif Tax Ex Bd Fd | | | | | | | | | |
| 1944 -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 03/31 | | | See Section VIII #4 |
| 1945. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 04/29 | | | See Section VIII #4 |
| 1946. -BNY Mellon Income Stock Fd Cl M | | | | | Sold | 05/01 | | | See Section VIII #4 |
| 1947. -BNY Mellon Int'l Fund Cl M | | | | | Buy | 04/29 | | | See Section VIII #4 |
| 1948. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 05/01 | | | See Section VIII #4 |
| 1949 -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Buy | 04/29 | | | See Section VIII #4 |
| 1950 -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Buy | 04/29 | | | See Section VIII #4 |
| 1951. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Sold (part) | 04/29 | | | See Section VIII #4 |
| 1952 -BNY Mellon Small Cap Stk Fd Cl M | | | | | Buy | 04/29 | | | See Section VIII #4 |
| 1953 -AT&T | | | | | Buy | 05/02 | | | |
| 1954 -Abbott Laboratories | | | | | Buy | 05/02 | | | |
| 1955 -Accenture Ltd | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5 000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | | P4 =More than $50 000 000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. -Adobe Systems Inc | | | | | Buy | 05/02 | | | |
| 1957. -Aetna Inc | | | | | Buy | 07/28 | | | |
| 1958. -Aetna Inc | | | | | Buy | 08/13 | | | |
| 1959. -Akamai Tech Inc | | | | | Buy | 05/02 | | | |
| 1960. -Akamai Tech Inc | | | | | Sold | 10/31 | | | |
| 1961. -Allegheny Tech Inc | | | | | Buy | 05/02 | | | |
| 1962. -Allegheny Tech Inc | | | | | Sold | 06/13 | | | |
| 1963. -Alliance Data Sys Corp | | | | | Buy | 06/02 | | | |
| 1964. -Alliance Data Sys Corp | | | | | Buy | 07/28 | | | |
| 1965. -American Int'l Group | | | | | Buy | 05/02 | | | |
| 1966 -American Int'l Group | | | | | Sold | 08/13 | | | |
| 1967. -American Tech Inc | | | | | Buy | 05/02 | | | |
| 1968. -American Tech Inc | | | | | Sold | 06/13 | | | |
| 1969. -Amgen | | | | | Buy | 11/03 | | | |
| 1970 -Apache Corp | | | | | Buy | 05/02 | | | |
| 1971 -Apache Corp | | | | | Sold (part) | 05/06 | | | |
| 1972 -Apple Inc | | | | | Buy | 07/11 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2 501 - $5 000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1973. -Bank of America | | | | | Buy | 05/02 | | | |
| 1974. -Bank of America | | | | | Buy | 10/17 | | | |
| 1975. -CVS Caremark Corp | | | | | Buy | 05/02 | | | |
| 1976. -Chubb Corp | | | | | Buy | 05/02 | | | |
| 1977. -Chubb Corp | | | | | Sold (part) | 11/25 | | | |
| 1978. -Cisco Sys Inc | | | | | Buy | 05/02 | | | |
| 1979. -Cisco Sys Inc | | | | | Buy | 07/28 | | | |
| 1980. -Citigroup Inc | | | | | Buy | 05/02 | | | |
| 1981 -Citigroup Inc | | | | | Buy | 07/28 | | | |
| 1982. -Citigroup Inc | | | | | Buy | 10/17 | | | |
| 1983. -Citigroup Inc | | | | | Sold | 11/25 | | | |
| 1984. -Coach Inc | | | | | Buy | 10/27 | | | |
| 1985. -Coca Cola Enterprises Inc | | | | | Buy | 05/02 | | | |
| 1986 -Colgate Palmolive | | | | | Buy | 08/13 | | | |
| 1987. -Companhia Vale Do Rio Doce | | | | | Buy | 05/02 | | | |
| 1988. -Concophillips | | | | | Buy | 05/02 | | | |
| 1989 -Danahan Corp | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5 000,000 | H2 =More than $5 000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50 001 - $100,000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500 001 - $1 000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000 001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1990. -Danahan Corp | | | | | Sold (part) | 12/17 | | | |
| 1991 -Darden Restaurants Inc | | | | | Buy | 05/02 | | | |
| 1992 -Dell Inc | | | | | Buy | 06/17 | | | |
| 1993 -Dell Inc | | | | | Sold (part) | 10/20 | | | |
| 1994 -Eaton Corp | | | | | Buy | 05/02 | | | |
| 1995. -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 1996. -Eaton Corp | | | | | Sold | 11/05 | | | |
| 1997. -Emerson Electric Co | | | | | Buy | 05/02 | | | |
| 1998. -Emerson Electric Co | | | | | Sold (part) | 12/29 | | | |
| 1999. -Ensco International Inc | | | | | Buy | 05/02 | | | |
| 2000. -Estee Lauder Cos Cl A | | | | | Buy | 08/19 | | | |
| 2001. -Exelon Corp | | | | | Buy | 05/02 | | | |
| 2002. -Exxon Mobil Corp | | | | | Buy | 05/02 | | | |
| 2003 -Fedex Corp | | | | | Buy | 11/25 | | | |
| 2004. -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |
| 2005 -First Horizon Nat'l Corp | | | | | Buy | 10/17 | | | |
| 2006. -Gap Inc | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes | A -$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5 001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50 001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1 000 001 - $5 000,000 | P2 =$3,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U –Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2007. -General Electric Co | | | | | Buy | 05/02 | | | |
| 2008 -Goldman Sachs Group Inc | | | | | Buy | 05/02 | | | |
| 2009. -Goldman Sachs Group Inc | | | | | Sold (part) | 10/31 | | | |
| 2010. -Halliburton Co | | | | | Buy | 05/02 | | | |
| 2011. -Hess Corp | | | | | Buy | 05/02 | | | |
| 2012 -Hess Corp | | | | | Sold (part) | 06/02 | | | |
| 2013 -Hewlett Packard Co | | | | | Buy | 05/02 | | | |
| 2014. -Hewlett Packard Co | | | | | Sold | 05/20 | | | |
| 2015. -Home Depot Inc | | | | | Buy | 11/25 | | | |
| 2016. -Honeywell Int'l Inc | | | | .. | Buy | 05/02 | | | |
| 2017. -Hospira Inc | | | | | Buy | 05/02 | | | |
| 2018 -Humana Inc | | | | | Buy | 05/02 | | | |
| 2019 -Humana Inc | | | | | Sold | 06/24 | | | |
| 2020. -IBM Corp | | | | | Buy | 05/02 | | | |
| 2021 -Intel Corp | | | | | Buy | 05/02 | | | |
| 2022. -Intel Corp | | | | | Sold | 10/20 | | | |
| 2023 -Johnson & Johnson | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15 001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500 000 | O =$500 001 - $1 000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5 000 001 - $25,000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2024. -Johnson & Johnson | | | | | Sold<br>(part) | 11/04 | | | |
| 2025. -JP Morgan Chase & Co | | | | | Buy | 05/02 | | | |
| 2026. -JP Morgan Chase & Co | | | | | Sold<br>(part) | 08/19 | | | |
| 2027. -Juniper Networks Inc | | | | | Buy | 10/31 | | | |
| 2028. -Juniper Networks Inc | | | | | Buy | 11/03 | | | |
| 2029. -Kbr Inc | | | | | Buy | 05/02 | | | |
| 2030. -Kbr Inc | | | | | Buy | 12/17 | | | |
| 2031. -Keycorp New | | | | | Buy | 10/17 | | | |
| 2032. -Laboratory Corp Amer Hldgs | | | | | Buy | 05/02 | | | |
| 2033 -McAfee Inc | | | | | Buy | 05/02 | | | |
| 2034 -Mc Donald's Corp | | | | | Buy | 05/02 | | | |
| 2035 -Marriott Int'l Inc New | | | | | Buy | 05/02 | | | |
| 2036. -Marriott Int'l Inc New | | | | | Sold | 07/31 | | | |
| 2037 -Medtronic Inc | | | | | Buy | 05/02 | | | |
| 2038. -Merck & Co Inc | | | | | Buy | 05/02 | | | |
| 2039 -Merck & Co Inc | | | | | Sold | 07/25 | | | |
| 2040 -Metlife Inc | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000 001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V -Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent. or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2041. -Metlife Inc | | | | | Sold | 10/07 | | | |
| 2042. -Microsoft Corp | | | | | Buy | 05/02 | | | |
| 2043 -Microsoft Corp | | | | | Sold | 07/11 | | | |
| 2044. -Molson Coors Brewing Co | | | | | Buy | 10/08 | | | |
| 2045. -Morgan Stanley | | | | | Buy | 05/02 | | | |
| 2046 -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 2047. -Mosiac Co | | | | | Buy | 06/13 | | | |
| 2048. -News Corp Inc | | | | | Buy | 05/02 | | | |
| 2049. -Nokia Corp | | | | | Buy | 07/31 | | | |
| 2050 -Novartis AG Spon Adr | | | | | Buy | 09/30 | | | |
| 2051 -Novartis AG Spon Adr | | | | | Buy | 10/10 | | | |
| 2052. -Omnicom Group Inc | | | | | Buy | 05/02 | | | |
| 2053 -Omnicom Group Inc | | | | | Sold (part) | 08/14 | | | |
| 2054. -Oracle Corp | | | | | Buy | 05/02 | | | |
| 2055 -PNC Financial Svcs Group | | | | | Buy | 05/02 | | | |
| 2056 -PNC Financial Svcs Group | | | | | Sold (part) | 10/17 | | | |
| 2057 -Parker Hannifin Corp | | | | | Buy | 12/29 | | | |

| 1 Income Gain Codes | A - $1 000 or less | B =$1 001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15 000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50 001 - $100 000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000 001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2058. -Pepsico Inc | | | | | Buy | 05/02 | | | |
| 2059. -Pfizer Inc | | | | | Buy | 05/02 | | | |
| 2060. -Phillip Morris Int'l W/I | | | | | Buy | 05/02 | | | |
| 2061. -Praxair Inc | | | | | Buy | 05/02 | | | |
| 2062. -Praxair Inc | | | | | Sold<br>(part) | 09/11 | | | |
| 2063. -Procter & Gamble Co | | | | | Buy | 05/02 | | | |
| 2064. -Qualcomm Inc | | | | | Buy | 05/02 | | | |
| 2065. -Qualcomm Inc | | | | | Sold<br>(part) | 07/23 | | | |
| 2066. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 2067. -Raytheon Co | | | | | Buy | 10/10 | | | |
| 2068 -Research in Motion Ltd | | | | | Buy | 05/02 | | | |
| 2069 -Research in Motion Ltd | | | | | Sold | 10/06 | | | |
| 2070 -Ross Stores Inc | | | | | Buy | 05/02 | | | |
| 2071 -St Jude Medical Inc | | | | | Buy | 05/02 | | | |
| 2072 -Schering Plough Corp | | | | | Buy | 05/02 | | | |
| 2073. -Schwab Chas Corp New | | | | | Buy | 11/25 | | | |
| 2074 -Senpra Energy | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100 000 | B =$1 001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000 000 | D =$5 001 - $15,000<br>H2 =More than $5,000,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15 001 - $50 000<br>O =$500,001 - $1 000,000 | L =$50 001 - $100,000<br>P1 =$1,000 001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25 000,001 - $50 000 000 | | | P4 =More than $50 000 000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S = Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2075 -Sprint Nextel | | | | | Buy | 08/13 | | | |
| 2076 -Sprint Nextel | | | | | Sold<br>(part) | 10/03 | | | |
| 2077 -Sprint Nextel | | | | | Sold | 11/03 | | | |
| 2078. -Supervalu Inc | | | | | Buy | 05/02 | | | |
| 2079. -Supervalu Inc | | | | | Sold | 07/28 | | | |
| 2080. -TJX Companies Inc | | | | | Buy | 05/02 | | | |
| 2081. -TJX Companies Inc | | | | | Sold | 12/09 | | | |
| 2082. -Terex Corp | | | | | Buy | 07/21 | | | |
| 2083. -Terex Corp | | | | | Sold | 10/24 | | | |
| 2084. -Texas Instruments Inc | | | | | Buy | 05/02 | | | |
| 2085 -Texas Instruments Inc | | | | | Sold | 07/31 | | | |
| 2086 -Textron Inc | | | | | Buy | 05/02 | | | |
| 2087 -Thermo Fisher Scientific Inc | | | | | Buy | 05/02 | | | |
| 2088. -Thermo Fisher Scientific Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 2089. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 2090. -Tyco Int'l Ltd W/I | | | | | Buy | 08/14 | | | |
| 2091 -Unitedhealth Group Inc | | | | | Buy | 05/02 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5 000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 $250,000 | |
| (See Columns C1 and D3) | N=$250,001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000 001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2092. -Unitedhealth Group Inc | | | | | Sold | 05/23 | | | |
| 2093. -US Bancorp | | | | | Buy | 05/02 | | | |
| 2094 -US Bancorp | | | | | Sold (part) | 10/17 | | | |
| 2095 -Vertex Pharmaceuticals | | | | | Buy | 11/06 | | | |
| 2096. -Viacom Inc Cl B | | | | | Buy | 05/02 | | | |
| 2097 -Viacom Inc Cl B | | | | | Sold | 05/13 | | | |
| 2098. -Verizon Comm | | | | | Buy | 05/02 | | | |
| 2099 -Verizon Comm | | | | | Sold | 06/17 | | | |
| 2100. -Wachovia Corp 2nd | | | | | Buy | 08/11 | | | |
| 2101 -Wachovia Corp 2nd | | | | | Sold | 10/03 | | | |
| 2102. -Wal Mart Stores | | | | | Buy | 05/02 | | | |
| 2103. -Wal Mart Stores | | | | | Sold (part) | 08/12 | | | |
| 2104 -Wells Fargo & Co New | | | | | Buy | 05/02 | | | |
| 2105. -Wells Fargo & Co | | | | | Sold (part) | 11/25 | | | |
| 2106 -Wyeth | | | | | Buy | 06/24 | | | |
| 2107 -Wyeth | | | | | Buy | 08/13 | | | |
| 2108 -Wyeth | | | | | Sold | 09/29 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less | B =$1,001 - $2 500 | C =$2 501 - $5 000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1 000 001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50 000 | L -$50 001 - $100 000 | M $100,001 - $250 000 | |
| | N -$250 001 - $500 000 | O -$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes (See Column C2) | Q -Appraisal | R Cost (Real Estate Only) | S =Assessment | T Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2109. Trust #18 (No Benef Interest) | None | | M | T | | | L | C | See Section VIII #1 |
| 2110 -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 2111. --BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2112 -BNY Mellon Income Stk Fd Cl M | | | | | Sold | 05/28 | | | See Section VIII #4 |
| 2113. -BNY Mellon Lge Cap Stk Fd | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2114. -BNY Mellon Lge Cap Stk Fd | | | | | Buy | 12/15 | | | See Section VIII #4 |
| 2115. -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2116 -BNY Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 05/28 | | | See Section VIII #4 |
| 2117 -BNY Mellon Small Cap Stk Fd Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2118. Trust #19 (No Benef Interest) | None | | N | T | | | L | D | See Section VIII #1 |
| 2119 -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 2120. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2121. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold (part) | 06/17 | | | See Section VIII #4 |
| 2122 -BNY Mellon Int'l Fund Cl M | | | | | Buy | 06/17 | | | See Section VIII #4 |
| 2123 -BNY Mellon Int'l Fund Cl M | | | | | Buy | 09/10 | | | See Section VIII #4 |
| 2124. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2125 -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 06/19 | | | See Section VIII #4 |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000 000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D4) | N =$250 001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000,001 $50,000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2126. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 12/18 | | | See Section VIII #4 |
| 2127 -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Buy | 05/28 | | | See Section VIII #4 |
| 2128 -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Buy | 06/17 | | | See Section VIII #4 |
| 2129. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 05/28 | | | See Section VIII #4 |
| 2130. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Buy | 06/19 | | | See Section VIII #4 |
| 2131. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Buy | 06/17 | | | See Section VIII #4 |
| 2132. -BNY Mellon U S Core | | | | | Buy | 09/12 | | | See Section VIII #4 |
| 2133. -AT&T | | | | | Buy | 06/20 | | | |
| 2134 -Abbott Laboratories | | | | | Buy | 06/20 | | | |
| 2135. -Abbott Laboratories | | | | | Buy | 09/15 | | | |
| 2136. -Accenture Ltd | | | | | Buy | 06/20 | | | |
| 2137 -Adobe Systems Inc | | | | | Buy | 06/20 | | | |
| 2138. -Aetna Inc | | | | | Buy | 07/28 | | | |
| 2139. -Aetna Inc | | | | | Buy | 08/14 | | | |
| 2140. -Akamai Tech Inc | | | | | Buy | 06/20 | | | |
| 2141 -Akamai Tech Inc | | | | | Sold | 10/31 | | | |
| 2142 -Alliance Data Sys Corp | | | | | Buy | 06/20 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500 001 - $1,000 000 | P1 =$1,000 001 - $5,000 000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R - Cost (Real Estate Only) | S -Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. -Alliance Data Sys Corp | | | | | Buy | 07/28 | | | |
| 2144. -American Int'l Group | | | | | Buy | 06/20 | | | |
| 2145. -American Int'l Group | | | | | Sold | 08/14 | | | |
| 2146. -Amgen Inc | | | | | Buy | 11/03 | | | |
| 2147 -Apache Corp | | | | | Buy | 06/20 | | | |
| 2148. -Apple Inc | | | | | Buy | 07/31 | | | |
| 2149. -Apple Inc | | | | | Buy | 09/15 | | | |
| 2150 -Apple Inc | | | | | Sold (part) | 11/14 | | | |
| 2151. -Bank of America | | | | | Buy | 06/20 | | | |
| 2152. -Bank of America | | | | | Buy | 10/20 | | | |
| 2153 -CVS Caremark Corp | | | | | Buy | 06/20 | | | |
| 2154. -Chubb Corp | | | | | Buy | 06/20 | | | |
| 2155 -Cisco Sys Inc | | | | | Buy | 06/20 | | | |
| 2156 -Cisco Sys Inc | | | | | Buy | 07/28 | | | |
| 2157 -Citgroup Inc | | | | | Buy | 06/20 | | | |
| 2158. -Citgroup Inc | | | | | Buy | 07/28 | | | |
| 2159 -Citgroup Inc | | | | | Buy | 09/24 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1 000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2160. -Citgroup Inc | | | | | Buy | 10/20 | | | |
| 2161. -Citgroup Inc | | | | | Sold | 11/25 | | | |
| 2162. -Coach Inc | | | | | Buy | 10/27 | | | |
| 2163. -Coca Cola Enterprises Inc | | | | | Buy | 06/20 | | | |
| 2164. -Colgate Palmolive Co | | | | | Buy | 08/12 | | | |
| 2165. -Companhia Vale Do Rio Doce | | | | | Buy | 06/20 | | | |
| 2166. -Concophillips | | | | | Buy | 06/20 | | | |
| 2167 -Danaher Corp | | | | | Buy | 06/20 | | | |
| 2168. -Danaher Corp | | | | | Buy | 09/15 | | | |
| 2169. -Danaher Corp | | | | | Sold (part) | 12/17 | | | |
| 2170 -Darden Restaurants Inc | | | | | Buy | 06/20 | | | |
| 2171. -Dell Inc | | | | | Buy | 06/20 | | | |
| 2172. -Dell Inc | | | | | Sold | 10/17 | | | |
| 2173 -Eaton Corp | | | | | Buy | 06/30 | | | |
| 2174. -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 2175 -Eaton Corp | | | | | Sold (part) | 07/21 | | | |
| 2176 -Eaton Corp | | | | | Sold | 11/05 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25 000 001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2177. -Emerson Electric Co | | | | | Buy | 06/20 | | | |
| 2178 -Emerson Electric Co | | | | | Sold (part) | 12/30 | | | |
| 2179 -Ensco Int'l Inc | | | | | Buy | 06/20 | | | |
| 2180 -Estee Lauder Cos Cl A | | | | | Buy | 08/20 | | | |
| 2181. -Exelon Corp | | | | | Buy | 06/20 | | | |
| 2182. -Exxon Mobil Corp | | | | | Buy | 06/20 | | | |
| 2183. -Fedex Corp | | | | | Buy | 11/25 | | | |
| 2184 -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |
| 2185. -First Horizon Nat'l Corp | | | | | Buy | 10/17 | | | |
| 2186. -Gap Inc | | | | | Buy | 06/20 | | | |
| 2187 -General Electric Co | | | | | Buy | 06/20 | | | |
| 2188. -Goldman Sachs Group Inc | | | | | Buy | 06/20 | | | |
| 2189 -Goldman Sachs Group Inc | | | | | Buy | 09/15 | | | |
| 2190 -Goldman Sachs Group Inc | | | | | Sold (part) | 10/31 | | | |
| 2191 -Halliburton Co | | | | | Buy | 06/20 | | | |
| 2192. -Hess Corp | | | | | Buy | 06/20 | | | |
| 2193 -Hess Corp | | | | | Buy | 09/15 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000 001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | ● = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2194 -Home Ddepot Inc | | | | | Buy | 11/25 | | | |
| 2195. -Honeywell Int'l Inc | | | | | Buy | 06/20 | | | |
| 2196. -Hospira Inc | | | | | Buy | 06/20 | | | |
| 2197. -Humana Inc | | | | | Buy | 06/20 | | | |
| 2198 -Humana Inc | | | | | Sold | 06/24 | | | |
| 2199 -IBM Corp | | | | | Buy | 06/20 | | | |
| 2200. -Intel Corp | | | | | Buy | 06/20 | | | |
| 2201 -Intel Corp | | | | | Buy | 06/20 | | | |
| 2202. -Intel Corp | | | | | Sold<br>(part) | 10/17 | | | |
| 2203. -Johnson & Johnson | | | | | Buy | 06/20 | | | |
| 2204. -Johnson & Johnson | | | | | Sold<br>(part) | 11/04 | | | |
| 2205 -JP Morgan Chase & Co | | | | | Buy | 06/20 | | | |
| 2206. -JP Morgan Chase & Co | | | | | Sold<br>(part) | 08/20 | | | |
| 2207 -Juniper Networks Inc | | | | | Buy | 10/31 | | | |
| 2208 -Kbr Inc | | | | | Buy | 06/20 | | | |
| 2209 -Kbr Inc | | | | | Buy | 12/17 | | | |
| 2210 -Keycorp New | | | | | Buy | 10/17 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2211. -Laboratory Corp Amer Hldgs | | | | | Buy | 06/20 | N | | |
| 2212. -McAfee Inc | | | | | Buy | 06/20 | | | |
| 2213. -Mc Donald's Corp | | | | | Buy | 06/20 | | | |
| 2214. -Marriott Int'l Inc | | | | | Buy | 06/20 | | | |
| 2215 -Marriott Int'l Inc | | | | | Sold | 07/31 | | | |
| 2216. -Medtronic Inc | | | | | Buy | 06/20 | | | |
| 2217. -Medtronic Inc | | | | | Buy | 09/15 | | | |
| 2218. -Merck & Co | | | | | Buy | 06/20 | | | |
| 2219. -Merck & Co | | | | | Sold | 07/25 | | | |
| 2220. -Metlife Inc | | | | | Buy | 06/20 | | | |
| 2221 -Metlife Inc | | | | | Sold | 10/07 | | | |
| 2222. -Microsoft Corp | | | | | Buy | 06/20 | | | |
| 2223 -Microsoft Corp | | | | | Sold<br>(part) | 07/11 | | | |
| 2224. -Morgan Stanley | | | | | Buy | 06/20 | | | |
| 2225. -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 2226. -Molson Coors Breewing Co B | | | | | Buy | 10/09 | | | |
| 2227 -Mosaic Co | | | | | Buy | 06/20 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000 000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C 1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5,000 000 | P2 =$5 000 001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S  Assessment | T - Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2228 -Mosaic Co | | | | | Buy | 09/15 | | | |
| 2229. -News Corp Inc | | | | | Buy | 06/20 | | | |
| 2230 -Nokia Corp Spon ADR | | | | | Buy | 07/31 | | | |
| 2231. -Novaritis AG Spon ADR | | | | | Buy | 09/29 | | | |
| 2232. -Novaritis AG Spon ADR | | | | | Buy | 10/10 | | | |
| 2233. -Omnicom Group Inc | | | | | Buy | 06/20 | | | |
| 2234. -Omnicom Group Inc | | | | | Sold (part) | 08/14 | | | |
| 2235. -Oracle Corp | | | | | Buy | 06/20 | | | |
| 2236 -PNC Financial Svs Grp | | | | | Buy | 06/20 | | | |
| 2237. -PNC Financial Svs Grp | | | | | Sold (part) | 10/17 | | | |
| 2238. -Parker Hannifin Cop | | | | | Buy | 12/29 | | | |
| 2239 -Pepsico Inc | | | | | Buy | 06/20 | | | |
| 2240 -Pfizer Inc | | | | | Buy | 06/20 | | | |
| 2241. -Phillip Morris Int-l Ltd W/I | | | | | Buy | 06/20 | | | |
| 2242 -Praxair Inc | | | | | Buy | 06/20 | | | |
| 2243 -Praxair Inc | | | | | Buy | 09/15 | | | |
| 2244 -Praxair Inc | | | | | Sold (part) | 09/11 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000 001 - $5 000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Standish, William L. | - | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245 -Procter & Gamble Co | | | | | Buy | 06/20 | | | |
| 2246. -Procter & Gamble Co | -- | | | | Buy | 09/15 | | | |
| 2247. -Qualcomm Inc | | | | | Buy | 06/20 | | | |
| 2248. -Qualcomm Inc | | | | | Sold (part) | 07/11 | | | |
| 2249. -Qualcomm Inc | | | | | Buy | 09/15 | | | |
| 2250. -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 2251 -Raytheon Co | | | | | Buy | 10/10 | | | |
| 2252. -Research in Motion | | | | | Buy | 06/20 | | | |
| 2253. -Research in Motion | | | | | Buy | 09/15 | | | |
| 2254. -Research in Motion | | | | | Sold | 10/06 | | | |
| 2255. -Ross Stores Inc | | | | | Buy | 06/20 | | | |
| 2256. -St Jude Medical Inc | | | | | Buy | 06/20 | | | |
| 2257. -Schering Plough Corp | | | | | Buy | 06/20 | | | |
| 2258 -Schwab Chas Corp New | | | | | Buy | 11/25 | | | |
| 2259 -Sempra Energy | | | | | Buy | 06/20 | | | |
| 2260. -Sprint Nextel Corp | | | | | Buy | 08/13 | | | |
| 2261 -Sprint Nextel Corp | | | | | Sold | 10/31 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F -$50 001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2 501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15 000 H2 =More than $5 000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less N =$250,001 - $500,000 -P3 -$25 000,001 - $50 000 000 | K -$15 001 - $50 000 O =$500,001 - $1 000,000 | L -$50,001 - $100,000 P1 =$1 000,001 - $5,000,000 P4 =More than $50,000,000 | M -$100,001 - $250 000 P2 =$5,000,001 - $25,000 000 | |
| 3 Value Method Codes (See Column C2) | Q -Appraisal U -Book Value | R =Cost (Real Estate Only) V =Other | S = Assessment W =Estimated | T Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2262 -Supervalu Inc | | | | | Buy | 06/20 | | | |
| 2263. -Supervalu Inc | | | | | Sold | 07/30 | | | |
| 2264 -TJX | | | | | Buy | 06/20 | | | |
| 2265. -TJX | | | | | Sold | 12/09 | | | |
| 2266. -Terex Corp | | | | | Buy | 06/20 | | | |
| 2267 -Terex Corp | | | | | Buy | 07/22 | | | |
| 2268. -Terex Corp | | | | | Sold | 10/24 | | | |
| 2269. -Texas Instruments Inc | | | | | Buy | 06/20 | | | |
| 2270. -Texas Instruments Inc | | | | | Sold | 07/31 | | | |
| 2271. -Textron Inc | | | | | Buy | 06/20 | | | |
| 2272 -Thermo Fisher Scientific Inc | | | | | Buy | 06/20 | | | |
| 2273 -Thermo Fisher Scientific Inc | | | | | Sold<br>(part) | 11/14 | | | |
| 2274. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 2275 -Tyco Int'l Ltd W/I | | | | | Buy | 06/20 | | | |
| 2276 -Tyco Int'l Ltd W/I | | | | | Buy | 08/14 | | | |
| 2277. -US Bancorp | | | | | Buy | 06/20 | | | |
| 2278 -US Bancorp | | | | | Sold<br>(part) | 10/17 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | F =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g , buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 2279. -Veretex Pharmaceuticals Inc | | | | | Buy | 11/05 | | | |
| 2280. -Wachovia Corp 2nd New | | | | | Buy | 09/24 | | | |
| 2281 -Wachovia Corp 2nd New | | | | | Sold | 10/03 | | | . |
| 2282. -Wal Mart Stores Inc | | | | | Buy | 06/20 | | | |
| 2283 -Wal Mart Stores Inc | | | | | Sold (part) | 08/13 | | | |
| 2284. -Wells Fargo & Co | | | | | Buy | 06/20 | | | |
| 2285. -Wells Fargo & Co | | | | | Sold (part) | 11/25 | | | |
| 2286 -Wyeth | | | | | Buy | 06/24 | | | |
| 2287. -Wyeth | | | | | Buy | 08/14 | | | |
| 2288. -Wyeth | | | | | Sold | 09/29 | | | |
| 2289. -Xto Energy | | | | | Buy | 06/20 | | | |
| 2290. -Trust #20 (No Benef Interest) | None | N | T | | | | K | | See Section VIII #1 |
| 2291. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 2292 -BNY Mellon Emerging Mkts Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2293 -BNY Mellon Income Stk Fd Cl M | | | | | Sold | 09/12 | | | See Section VIII #4 |
| 2294 -BNY Mellon Int'l Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2295. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 09/12 | | | See Section VIII #4 |

| 1 Income Gain Codes | A = S1 000 or less | B = S1,001 - S2,500 | C = S2 501 - S5,000 | D = S5 001 - S15,000 | E = S15 001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = S50 001 - S100 000 | G = S100,001 - S1,000,000 | H1 = S1,000 001 - S5,000 000 | H2 = More than S5,000 000 | |
| 2 Value Codes | J = S15,000 or less | K = S15 001 - S50,000 | L = S50001 - S100,000 | M = S100 001 - S250 000 | |
| (See Columns C1 and D3) | N = S250,001 - S500 000 | O = S500 001 - S1,000,000 | P1 = S1,000,001 - S5,000 000 | P2 = S5,000 001 - S25 000 000 | |
| | P3 = S25,000 001 - S50 000 000 | | P4 = More than S50,000 000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T - Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2296 -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2297 -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2298. -AT&T | | | | | Buy | 09/15 | | | |
| 2299. -Abbott Laboratories | | | | | Buy | 06/20 | | | |
| 2300. -Abbott Laboratories | | | | | Buy | 09/15 | | | |
| 2301. -Accenture Ltd | | | | | Buy | 09/15 | | | |
| 2302. -Adobe Sys Inc | | | | | Buy | 09/15 | | | |
| 2303. -Aetna Inc | | | | | Buy | 09/15 | | | |
| 2304 -Akamai Tech Inc | | | | | Buy | 09/15 | | | |
| 2305. -Akamai Tech Inc | | | | | Sold | 10/31 | | | |
| 2306. -Alliance Data Sys Corp | | | | | Buy | 09/15 | | | |
| 2307 -Amgen Inc | | | | | Buy | 11/03 | | | |
| 2308. -Apache Corp | | | | | Buy | 06/20 | | | |
| 2309. -Apache Corp | | | | | Buy | 09/15 | | | |
| 2310. -Apple Inc | | | | | Buy | 09/15 | | | |
| 2311 -Bank of America | | | | | Buy | 09/15 | | | |
| 2312 -Bank of America | | | | | Buy | 10/20 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2,501 - $5 000 | D =$5 001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J=$15 000 or less | K =$15 001 $50 000 | L =$50 001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500 001 - $1 000,000 | P1 =$1 000 001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. - | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2313. -CVS Caremark Corp | | | | | Buy | 09/15 | | | |
| 2314. -Chubb Corp | | | | | Buy | 09/15 | | | |
| 2315. -Chubb Corp | | | | | Sold (part) | 11/25 | | | |
| 2316. -Cisco Sys Inc | | | | | Buy | 09/15 | | | |
| 2317 -Citigroup Inc | | | | | Buy | 09/24 | | | |
| 2318. -Citigroup Inc | | | | | Buy | 10/06 | | | |
| 2319. -Citigroup Inc | | | | | Sold (part) | 11/25 | | | |
| 2320. -Coach Inc | | | | | Buy | 10/27 | | | |
| 2321. -Coca Cola Enterprises Inc | | | | | Buy | 09/15 | K | | |
| 2322 -Colgate Palmolive Co | | | | | Buy | 09/15 | | | |
| 2323. -Companhia Vale Do Rio Doce | | | | | Buy | 09/15 | | | |
| 2324 -Concophillips | | | | | Buy | 09/15 | | | |
| 2325. -Danaher Corp | | | | | Buy | 06/20 | | | |
| 2326. -Danaher Corp | | | | | Buy | 09/15 | | | |
| 2327 -Danaher Corp | | | | | Sold (part) | 12/17 | | | |
| 2328. -Darden Restaurants | | | | | Buy | 09/15 | | | |
| 2329 -Dell Inc | | | | | Buy | 09/15 | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50 001 - $100 000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5 000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2330. -Dell Inc | | | | | Sold | 10/17 | | | |
| 2331. -Eaton Corp | | | | | Buy | 06/20 | | | |
| 2332 -Eaton Corp | | | | | Buy | 09/15 | | | |
| 2333. -Eaton Corp | | | | | Sold | 11/05 | | | |
| 2334 -Emerson Electric Co | | | | | Buy | 09/15 | | | |
| 2335. -Emerson Electric Co | | | | | Sold<br>(part) | 12/30 | | | |
| 2336. -Ensco Int'l Inc | | | | | Buy | 09/15 | | | |
| 2337 -Estee Lauder Cos Cl A | | | | | Buy | 09/15 | | | |
| 2338. -Exelon Corp | | | | | Buy | 09/15 | | | |
| 2339 -Exxon Mobil Corp | | | | | Buy | 09/15 | | | |
| 2340. -Fedex Corp | | | | | Buy | 11/05 | | | |
| 2341 -Fifth Third Bancorp | | | | | Buy | 10/17 | | | |
| 2342. -First Horizon Nat'l Corp | | | | | Buy | 10/17 | | | |
| 2343 -Gap Inc | | | | | Buy | 09/15 | | | |
| 2344 -General Electric Co | | | | | Buy | 09/15 | | | |
| 2345 -Goldman Sachs Grp | | | | | Buy | 06/20 | | | |
| 2346 -Goldman Sachs Grp | | | | | Buy | 09/15 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001- $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E -$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000 001 - $5,000 000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2347. -Goldman Sachs Grp | | | | | Sold | 10/31 | | | |
| 2348 -Halliburton Co | | | | | Buy | 09/15 | | | |
| 2349. -Hess Corp | | | | | Buy | 06/20 | | | |
| 2350. -Hess Corp | | | | | Buy | 09/15 | | | |
| 2351 -Home Depot Inc | | | | | Buy | 11/25 | | | |
| 2352. -Honeywell Int'l Inc | | | | | Buy | 09/15 | | | |
| 2353 -Hospiria Indc | | | | | Buy | 09/15 | | | |
| 2354 -IBM Corp | | | | | Buy | 06/20 | | | |
| 2355. -IBM Corp | | | | | Buy | 09/15 | | | |
| 2356. -Intel Corp | | | | | Buy | 09/15 | | | |
| 2357 -Intel Corp | | | | | Sold (part) | 10/17 | | | |
| 2358. -Johnson & Johnson | | | | | Buy | 09/15 | | | |
| 2359 -Johnson & Johnson | | | | | Sold (part) | 11/04 | | | |
| 2360 -JP Morgan Chase | | | | | Buy | 09/15 | | | |
| 2361. -Juniper Networks Inc | | | | | Buy | 11/03 | | | |
| 2362 -Kbr Inc | | | | | Buy | 09/15 | | | |
| 2363 -Kbr Inc | | | | | Buy | 12/17 | | | |

| 1 Income Gain Codes | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5 000 | D =S5 001 - S15 000 | E =S15 001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50 001 - S100,000 | G =S100,001 - S1 000,000 | H1 =S1,000 001 - S5,000,000 | H2 =More than S5 000,000 | |
| 2 Value Codes | J =S15 000 or less | K S15 001  S50,000 | L =S50 001 - S100,000 | M =S100,001 - S250 000 | |
| (See Columns C1 and D3) | N - S250,001 - S500 000 | O - S500,001 - S1,000 000 | P1 - S1,000,001 - S5 000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50 000,000 | | P4 - More than S50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | L =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent. or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2364. -Keycorp New | | | | | Buy | 10/17 | | | |
| 2365. -Laboratory Corp Amer Hldgs | | | | | Buy | 06/20 | | | |
| 2366 -Laboratory Corp Amer Hldgs | | | | | Buy | 09/15 | | | |
| 2367 -McAfee Inc | | | | | Buy | 09/15 | | | |
| 2368. -Mc Donald's Corp | | | | | Buy | 09/15 | | | |
| 2369. -Medtronic Inc | | | | | Buy | 06/20 | | | |
| 2370. -Medtronic Inc | | | | | Buy | 09/15 | | | |
| 2371. -Metlife Inc | | | | | Buy | 09/15 | | | |
| 2372. -Metlife Inc | | | | | Sold | 10/07 | | | |
| 2373. -Microsoft Corp | | | | | Buy | 09/15 | | | |
| 2374 -Molson Coors Brewing Co B | | | | | Buy | 10/08 | | | |
| 2375 -Morgan Stanley | | | | | Buy | 09/15 | | | |
| 2376 -Morgan Stanley | | | | | Sold | 09/22 | | | |
| 2377 -Mosaic Co | | | | | Buy | 06/20 | | | |
| 2378. -Mosaic Co | | | | | Buy | 09/15 | | | |
| 2379 -News Corp Inc | | | | | Buy | 09/15 | | | |
| 2380 -Nokia Corp Spon ADR | | | | | Buy | 09/15 | | | |

1 Income Gain Codes (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2 500  C =$2,501 - $5 000  D =$5,001 - $15 000  E =$15,001 - $50 000
F =$50 001 - $100 000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000 000  H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3)  J - $15 000 or less  K -$15 001 - $50,000  L =$50,001 - $100,000  M =$100 001 - $250 000
N =$250 001 - $500,000  O =$500,001 - $1,000,000  P1 - $1,000,001 - $5,000,000  P2 -$5 000 001 - $25,000 000
P3 -$25 000,001 - $50 000 000  P4 =More than $50,000,000
3 Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S - Assessment  T =Cash Market
U -Book Value  V -Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2381. -Novartis AG Spon | | | | | Buy | 09/29 | | | |
| 2382 -Novartis AG Spon | | | | | Buy | 10/10 | | | |
| 2383. -Parker Hannifin Corp | | | | | Buy | 12/29 | | | |
| 2384 -Procter & Gamble Co | | | | | Buy | 09/15 | | | |
| 2385. -Omnicom Group Inc | | | | | Buy | 09/15 | | | |
| 2386 -Oracle Corp | | | | | Buy | 09/15 | | | |
| 2387. -PNC Financial Svcs Grp | | | | | Buy | 09/15 | | | |
| 2388 -PNC Financial Svs Grp | | | | | Sold<br>(part) | 10/17 | | | |
| 2389. -Pepsico Inc | | | | | Buy | 09/15 | | | |
| 2390. -Pfizer Inc | | | | | Buy | 09/15 | | | |
| 2391. -Phillip Morris Int'l W/I | | | | | Buy | 09/15 | | | |
| 2392 -Praxair Inc | | | | | Buy | 09/15 | | | |
| 2393 -Procter & Gamble Co | | | | | Buy | 06/20 | | | |
| 2394. -Procter & Gamble Co | | | | | Buy | 09/15 | | | |
| 2395 -Qualcomm Inc | | | | | Buy | 09/15 | | | |
| 2396 -Qualcomm Inc | | | | | Buy | 11/14 | | | |
| 2397 -Raytheon Co | | | | | Buy | 10/10 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 $50 000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000 001 - $5 000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2398 -Research in Motion | | | | | Buy | 06/20 | | | |
| 2399. -Research in Motion | | | | | Buy | 09/15 | | | |
| 2400 -Ross Stores Inc | | | | | Buy | 09/15 | | | |
| 2401 -St Jude Medical Inc | | | | | Buy | 06/20 | | | |
| 2402 -St Jude Medical Inc | | | | | Buy | 09/15 | | | |
| 2403 -Schering Plough Corp | | | | | Buy | 09/15 | | | |
| 2404. -Schwab Chas Corp New | | | | | Buy | 11/25 | | | |
| 2405. -Sempera Energy | | | | | Buy | 09/15 | | | |
| 2406. -Sprint Nextel Corp | | | | | Buy | 09/15 | | | |
| 2407. -Sprint Nextel Corp | | | | | Sold | 10/31 | | | |
| 2408. -TJX Cos Inc | | | | | Buy | 09/15 | | | |
| 2409. -TJX Cos Inc | | | | | Sold | 12/09 | | | |
| 2410 -Terex Corp New | | | | | Buy | 06/20 | | | |
| 2411. -Terex Corp New | | | | | Buy | 09/15 | | | |
| 2412 -Terex Corp New | | | | | Sold | 10/24 | | | |
| 2413 -Texas Instruments Inc | | | | | Buy | 06/20 | | | |
| 2414. -Textron Inc | | | | | Buy | 09/15 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1 001 - $2 500 G =$100,001 - $1 000,000 | C -$2 501 - $5 000 H1 =$1,000,001 - $5,000 000 | D =$5,001 - $15,000 H2 =More than $5 000 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N -$250 001 - $500,000 P3 =$25,000 001 - $50,000,000 | K -$15 001 - $50 000 O =$500,001 - $1,000,000 | L =$50 001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50 000,000 | M =$100 001 - $250,000 P2 =$5,000 001 - $25 000,000 | |
| 3 Value Method Codes (See Column C2) | Q Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S - Assessment W -Estimated | T - Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2415. -Thermo Fisher Scientific Inc | | | | | Buy | 09/15 | | | |
| 2416. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 11/14 | | | |
| 2417. -Time Warner Inc | | | | | Buy | 12/09 | | | |
| 2418. -Tyco Int'l Ltd W/I | | | | | Buy | 09/15 | | | |
| 2419. -US Bancorp | | | | | Buy | 09/15 | | | |
| 2420 -US Bancorp | | | | | Sold (part) | 10/17 | | | |
| 2421. -Veretex Pharmaceuticals | | | | | Buy | 11/05 | | | |
| 2422. -Wachovia Corp 2nd New | | | | | Buy | 09/15 | | | |
| 2423. -Wachovia Corp 2nd New | | | | | Buy | 09/24 | | | |
| 2424. -Wachovia Corp 2nd New | | | | | Sold | 10/03 | | | |
| 2425. -Wal Mart Stores Inc | | | | | Buy | 09/15 | | | |
| 2426. -Wells Fargo & Co New | | | | | Buy | 09/15 | | | |
| 2427. -Wells Fargo & Co New | | | | | Sold (part) | 11/25 | | | |
| 2428. -Wyeth | | | | | Buy | 09/15 | | | |
| 2429. -Wyeth | | | | | Sold | 09/29 | | | |
| 2430 -Xto Energy Inc | | | | | Buy | 09/15 | | | |
| 2431 -Trust #21 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5001 - $15 000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000 000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2432. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | See Section VIII #4 |
| 2433. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2434 -BNY Mellon Income Stk Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2435. -BNY Mellon Income Stk Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2436 -BNY Mellon Int'l Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2437. -BNY Mellon Int'l Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2438. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2439. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2440. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | See Section VIII #4 |
| 2441 -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | See Section VIII #4 |
| 2442. -Trust #22 (No Benef Interest) | -- | None | O | T | | | K | E | See Section VIII #1 |
| 2443. -Blackrock PA Muni Fd | | | | | Mon Mkt Inv | | | | |
| 2444. -AT&T Inc | | | | | | 01/25 | | | Inherited |
| 2445. -American Int'l Group | | | | | | 01/25 | | | Inherited |
| 2446 -American Int'l Group | | | | | Sold | 09/18 | | | |
| 2447 -Amgen Inc | | | | | | 01/25 | | | Inherited |
| 2448. -Bank of America | | | | | | 01/25 | | | Inherited |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Standish, William L. | - | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2449. -Burlington N SantaFe Corp | | | | | | 01/25 | | | Inherited |
| 2450. -Conagra Foods Inc | | | | | | 01/25 | | | Inherited |
| 2451. Emerson Electric Co | | | | | | 01/25 | | | Inherited |
| 2452. -Hewlett Packard | | | | | | 01/25 | | | Inherited |
| 2453. -Medco Hlth Solutions Inc | | | | | | 01/25 | | | Inherited |
| 2454. -Medtronic Inc | | | | | | 01/25 | | | Inherited |
| 2455. -Merck & Co | | | | | | 01/25 | | | Inherited |
| 2456 -Pepsico Inc | | | | | | 01/25 | | | Inherited |
| 2457 -Procter & Gamble Co | | | | | | 01/25 | | | Inherited |
| 2458. -JM Smucker Co/The New Com W/I | | | | | | 01/25 | | | Inherited |
| 2459. -Wells Fargo & Co | - - | | | | | 01/25 | | | Inherited |
| 2460. -Wells Fargo & Co | | | | | Sold | 10/03 | | | |
| 2461 -Westfield MA Co unltd 4 95-2008 | | | | | | 01/25 | | | Inherited |
| 2462. -Westfield MA Co unltd 4 95-2008 | | | | | Matured | 12/15 | | | |
| 2463 -Trust #23 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |
| 2464 -Blackrock PA Muni Fd | | | | | Mon Mkt Inv | | | | |
| 2465 -AT&T | | | | | | 01/25 | | | Inherited |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g, div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2466 -American Int'l Group | | | | | | 01/25 | | | Inherited |
| 2467. -American Int'l Group | | | | | Sold | 09/08 | | | |
| 2468. -Amgen Inc | | | | | | 01/25 | | | Inherited |
| 2469 -Amgen Inc | | | | | Sold | 09/08 | | | |
| 2470 -Bank of America | | | | | | 01/25 | | | Inherited |
| 2471. -Burlington N Santa Fe Corp | | | | | | 01/25 | | | Inherited |
| 2472. -Chevron Corp | | | | | Buy | 09/08 | | | |
| 2473. -Cincinnati Fin Group | | | | | Buy | 09/08 | | | |
| 2474. -Conagra Foods Inc | | | | | | 01/25 | | | Inherited |
| 2475. -Conagra Foods Inc | | | | | Sold | 09/08 | | | |
| 2476. -Duke Realty Corp | | | | | Buy | 09/08 | | | |
| 2477 -Emerson Electric Co | | | | | | 01/25 | | | Inherited |
| 2478 -Hewlett-Packard Co | | | | | | 01/25 | | | Inherited |
| 2479 -Medco Hlth Solutions Inc | | | | | | 01/25 | | | Inherited |
| 2480 -Medtronic Inc | | | | | | 01/25 | | | Inherited |
| 2481. -Medtronic Inc | | | | | Sold | 09/08 | | | |
| 2482 -Merck & Co Inc | | | | | | 01/25 | | | Inherited |

| 1 Income Gain Codes | A =$1 000 or less | B -$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G -$100,001 - $1 000 000 | H1 =$1 000,001 - $5 000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K -$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2483. -Merck & Co Inc | | | | | Sold | 09/08 | | | |
| 2484. -Pepsico Inc | | | | | | 01/25 | | | Inherited |
| 2485. -Plum Creek Timber Co | | | | | Buy | 09/08 | | | |
| 2486. -Praxair Inc | | | | | Buy | 09/08 | | | |
| 2487. -Procter & Gamble Co | | | | | | 01/25 | | | Inherited |
| 2488. -Proxcter & Gamble Co | | | | | Sold | 09/08 | | | |
| 2489. -JM Smucker Co/The new Com W/I | | | | | | 01/25 | | | Inherited |
| 2490. -Slumberger Ltd | | | | | Buy | 09/08 | | | |
| 2491. -Tortoise Energy Infra | | | | | Buy | 09/08 | | | |
| 2492. -Wells Fargo & Co | | | | | | 01/25 | | | Inherited |
| 2493 -Wells Fargo & Co | | | | | Sold | 10/03 | | | |
| 2494. -Centerville Osterville & Marsto Muni 3.25 0-2015 | | | | | Buy | 09/18 | | | |
| 2495 -Seekonk Mass 3.625-2018 | | | | | Buy | 09/17 | | | |
| 2496 -Westfield MA Co unltd 4 95-2008 | | | | | | 01/25 | | | Inherited |
| 2497 -Westfield MA Co unltd | | | | | Matured | 12/15 | | | - |
| 2498. -Trust #24 (No Benef Interest) | None | O | T | | | | K | E | See Section VIII #1 |
| 2499. -Blackrock PA Muni Fd | | | | | Mon Mkt Inv | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000. |
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500 001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2500  AT&T | | | | | | 01/25 | | | Inherited |
| 2501. -American Int'l Group | | | | | | 01/25 | | | Inherited |
| 2502. -American Int'l Group | | | | | Sold | 09/18 | | | |
| 2503. -Amgen Inc | | | | | | 01/25 | | | Inherited |
| 2504. -Bank of America | | | | | | 012/5 | | | Inherited |
| 2505. -Burlington N SantaFe Corp | | | | | | 01/25 | | | Inherited |
| 2506. -Conagra Foods Inc | | | | | | 01/25 | | | Inherited |
| 2507. -Emerson Electric Co | | | | | | 01/25 | | | Inherited |
| 2508. -Hewlett-Packard Co | | | | | | 01/25 | | | Inherited |
| 2509. -Medco Hlth Solutions Inc | | | | | | 01/25 | | | Inherited |
| 2510  -Medtronic Inc | | | | | | 01/25 | | | Inherited |
| 2511  -Merck & Co | | | | | | 01/25 | | | Inherited |
| 2512  -Pepsico Inc | | | | | | 01/25 | | | Inherited |
| 2513. -Procter & Gamble Co | | | | | | 01/25 | | | Inherited |
| 2514  -JM Smucker Co/The New Com W/I | | | | | | 01/25 | | | Inherited |
| 2515  -Wells Fargo & Co | | | | | | 01/25 | | | Inherited |
| 2516. -Wells Fargo & Co | | | | | Sold | 10/03 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J -$15,000 or less | K =$15 001 - $50 000 | L - $50,001 - $100 000 | M -$100,001 - $250 000 | |
| | N -$250 001 - $500,000 | O =$500 001 - $1 000,000 | P1 -$1,000 001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 -$25 000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| | U =Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2517 -Westfield MA Co unltd 4.95-2008 | | | | | | 01/25 | | | Inherited |
| 2518. -Westfield MA Co unltd 4.95-2008 | | | | | Matured | 12/15 | | | |
| 2519. | | | | | | | | | |
| 2520. | | | | | | | | | |
| 2521. | | | | | | | | | |
| 2522. | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000 000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50 000000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 06/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) Assets merged or delivered have no value at the end of the reporting period and require no entry in Column C

(3) Assets distributed in full in 2008.

(4) Mellon Bank changed its name to BNY Mellon on 3/31/08

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544